

# THE UNIVERSITY OF TEXAS AT TYLER
3900 UNIVERSITY BOULEVARD • TYLER, TX 75799 • (903) 565-5946

OFFICE OF STUDENT AFFAIRS

June 6, 2014

Dr. Mary Linehan
1505 W. Grande Blvd.
Apartment No. 403
Tyler, Texas 75703-5694

Re: Investigation of Student Complaints Alleging Violations of The University of Texas at Tyler (UT Tyler) Policies

Dr. Linehan

As a follow up to my May 13, 2014 letter, and in accordance with Section I.2.c of HOP 2.4.3, enclosed please find a copy of the written complaints from students. You will also be allowed until Friday, June 20, 2014 to respond to these complaints in writing. Once I receive your written response, I will contact you to schedule a time for your interview.

Pursuant to HOP 2.4.4, *Sexual Harassment by Faculty, Staff or Visitor*, an administrator, faculty member, student, or employee who retaliates in any way against an individual who has brought a complaint pursuant to the University's sexual harassment policy or against an individual who has participated in an investigation of such a complaint is subject to disciplinary action, including dismissal. Thus, you are again reminded not to engage in any conduct or actions that would violate this policy.

Thank you for your cooperation.

Ona Tolliver
Assistant Vice President of Student Affairs and Dean of Students

Enclosures (Copies of Student Complaints)
cc: Dr. Howard Patterson



EXHIBIT B

UTT_001014

THE UNIVERSITY OF TEXAS AT TYLER IS AN EQUAL OPPORTUNITY EMPLOYER

**From:** Makinzie Branson
**Sent:** Friday, May 23, 2014 10:23 AM
**To:** Ona Tolliver
**Subject:** Re: UT Tyler complaint

Ms. Tolliver,

Thank you for your email regarding my complaints against Dr. Linehan. The complaints you listed are correct in what needs to be filed. I would not like to make any changes to those complaints at this time. The desired outcome you described is still accurate as well.

Thank you,

Makinzie Branson

Sent from my iPhone

On May 20, 2014, at 11:34 AM, "Ona Tolliver" <OTolliver@uttyler.edu> wrote:

> MaKinzie,
>
> Thank you for meeting with me on May 6th, during our discussion you indicated that you wished to file a formal complaint against Dr. Mary Linehan. With this email I am formalizing your complaint and asking that you:
>
> 1. Please confirm receipt of this message.
> 2. Please confirm that the complaints listed below are the complaints you wish to file.
> 3. Please indicate by response to this email any changes you wish to make to the complaints.
> 4. Please confirm that the desired outcome, as stated below, are accurate.
>
> Complaints as communicated on May 6th:
>
> - Dr. Linehan used language which made you and your classmates uncomfortable. That she called you a "prostitute" and a "slut" during class time and in the presence of other students. That this "name calling" and language was initially a joke that began in the spring 2012 semester and has continued to be re-stated during each course for which you have been enrolled with Dr. Linehan, without Dr. Linehan providing an explanation to the class.
>
> - Dr. Linehan has made multiple changes to the syllabus for History 5388.001, spring 2014 which have caused stress. The frequent changes to the syllabus created academic issues which include

1

but are not limited to: unclear grading system and changes to required assignments and confusion with regard to assignments that contribute to the student's grade.

- Lack of professionalism in the classroom as it pertains to the amount of time spent discussing personal matters.

During our meeting, you indicated the following as your desired outcome:

- Use of language to stop. That she not call her or any other students derogatory names.

- Behavior stops. That she not discuss personal matters in class.

- Faculty member to provide clear expectations regarding course grading and assignments.

Please respond to the 4 items indicated above.

Thank you.


**Ona Tolliver, M. Ed.**
Assistant Vice President for Student Affairs
and Dean of Students
The University of Texas at Tyler
3900 University Blvd.
Tyler, Texas 75799
*Phone: 903 565 5651*
*Fax: 903 565 5811*

**From:** Carter, Jill
**Sent:** Tuesday, May 20, 2014 4:40 PM
**To:** Ona Tolliver
**Subject:** RE: UT Tyler Complaint

Ona,

I am confirming receipt of this message. In regard to the statement made about Makinzie Branson, the "and" a slut needs to be changed to "or", she did not call her all three of those, only one, and I could not remember exactly which one it was. The rest of the statements look correct and the desired outcomes are accurate.

Thank you,
Jill "Nikki" Carter

---

**From:** Ona Tolliver <OTolliver@uttyler.edu>
**Sent:** Tuesday, May 20, 2014 3:20 PM
**To:** Carter, Jill
**Subject:** UT Tyler Complaint

Nikki,

Thank you for meeting with me on May 6th, during our discussion you indicated that you wished to file a complaint against Dr. Mary Linehan. With this email I am confirming the bases of your complaint and asking that you:

1. Please confirm receipt of this message.

2. Please confirm that the complaints listed below are the complaints you wish to file.

3. Please indicate by response to this email any changes you wish to make to the complaints.

4. Please confirm that the desired outcome, as stated below, are accurate.

Complaints as communicated on May 6th:

- Dr. Linehan used language directed towards MaKinzie Branson which made you feel uncomfortable. She called Ms. Branson a "whore", a "prostitute" and a "slut" during class time and in the presence of other students.

- Dr. Linehan has made multiple changes to the syllabus for History 5388.001, spring 2014 which have caused stress. The frequent changes to the syllabus created academic issues which include but are not limited to: unclear grading system and changes to required assignments and confusion with regard to assignments that contribute to the student's grade.

- Lack of professionalism in the classroom as it pertains to:

    o The amount of time spent discussing personal matters and taking personal calls on her cell phone.

1

- Dr. Linehan's inappropriate use of her personal Facebook, and the Facebook page for the Historians of Tyler pertaining to students. Specifically posting personal student images on those sites without permission or sharing students personal information without their permission.

- Dr. Linehan told you during class that you "could not speak".

- Dr. Linehan made comments about student's personal attire.

- Exhibited gender bias as it pertains to men and assigning passing grades.

- Dr. Linehan appears to exhibit favoritism with regard to treatment and grading.

During our meeting, you indicated the following as your desired outcome:

- Use of language to stop. That she not call any students derogatory names.

- Behavior stops. That she not discuss personal matters in class. She should not make comments about a student's attire. She should stop using Facebook inappropriately as it pertains to student's images and information from their personal Facebook pages.

- Stop gender bias and favoritism.

- Faculty member to provide clear expectations regarding course grading and assignments.

Please respond to the 4 items indicated above.

Thank you.

**Ona Tolliver, M. Ed.**
Assistant Vice President for Student Affairs
and Dean of Students
The University of Texas at Tyler
3900 University Blvd.
Tyler, Texas 75799
*Phone: 903 565 5651*
*Fax: 903 565 5811*

| | |
|---|---|
| **From:** | Ona Tolliver |
| **Sent:** | Wednesday, May 28, 2014 11:00 AM |
| **To:** | 'Christina Gutierrez' |
| **Subject:** | RE: UT Tyler Complaint |
| **Importance:** | High |

Christina,

I am following up with your regarding the email I sent on May 20th seeking to confirm your complaints and expected outcomes. Please let me know if there are other issues you would like to address.

If the content is accurate please take a moment to confirm receipt of the email, and to confirm or change either the language stated in the complaint or the outcome.

Thank you again for making time to meet with me.


**Ona Tolliver, M. Ed.**
Assistant Vice President for Student Affairs
and Dean of Students
The University of Texas at Tyler
3900 University Blvd.
Tyler, Texas 75799
*Phone: 903 565 5651*
*Fax: 903 565 5811*

---

**From:** Ona Tolliver
**Sent:** Tuesday, May 20, 2014 5:01 PM
**To:** 'Christina Gutierrez'
**Subject:** UT Tyler Complaint
**Importance:** High

Christina,

Thank you for meeting with me on May 5th, during our discussion you indicated that you wished to file a complaint against Dr. Mary Linehan. With this email I am confirming the bases of your complaint and asking that you:

1. Please confirm receipt of this message.
2. Please confirm that the complaints listed below are the complaints you wish to file.
3. Please indicate by response to this email any changes you wish to make to the complaints.
4. Please confirm that the desired outcome, as stated below, are accurate.

Complaints as communicated on May 6th:

1

UTT_001019

- Dr. Linehan used language directed towards MaKinzie Branson which made you feel uncomfortable. She called Ms. Branson a "slut" during class time and in the presence of other students, often referring to her as "Slutz MaKinzie".

- Dr. Linehan has made multiple changes to the syllabus for History 5388.001, spring 2014 which have caused stress. The frequent changes to the syllabus created academic issues which include but are not limited to: unclear grading system and changes to required assignments and confusion with regard to assignments that contribute to the student's grade.

- Lack of professionalism in the classroom as it pertains to:
  - The amount of time spent discussing personal matters and taking personal calls on her cell phone.
  - Dr. Linehan made comments about student's personal attire in particular about their feet if exposed.
  - Dr. Linehan's inappropriate use of her personal Facebook, and the Facebook page for the Historians of Tyler pertaining to students and information obtained from students personal pages.
  - Exhibited gender bias as it pertains to men and assigning passing grades. She also referred to a male student as "she" or "he" repeatedly during a class with other students present.
  - Dr. Linehan appears to exhibit favoritism with regard to treatment and grading.
  - Feel that Dr. Linehan humiliated you in class after you broached the changing syllabus issue. You also feel that the faculty member has created an environment where students are fearful of retaliation with regard to her assignment of grades.

Regarding our meeting, it was my understanding from the concerns you expressed that you seek the following as your desired outcome:

- Use of language to stop. That she not call any students derogatory names.

- Behavior stops. That she not discuss personal matters in class. She should not make comments about a student's attire. She should stop using Facebook inappropriately as it pertains to student's information from their personal Facebook pages.

- Stop gender bias and favoritism.

- Faculty member to provide clear expectations regarding course grading and assignments.

Please respond to the 4 items indicated above.

Thank you.

**Ona Tolliver, M. Ed.**
Assistant Vice President for Student Affairs
and Dean of Students
The University of Texas at Tyler
3900 University Blvd.
Tyler, Texas 75799
*Phone: 903 565 5651*
*Fax: 903 565 5811*

2

UTT_001020

UTT_001021

**From:** Poindexter, Nylyn
**Sent:** Friday, May 30, 2014 1:51 PM
**To:** Ona Tolliver
**Subject:** Re: UT Tyler Complaint

Yes, they are accurate and I wish to file complaints. Thank you.

Nylyn Poindexter

On May 30, 2014, at 1:07 PM, "Ona Tolliver" <OTolliver@uttyler.edu> wrote:

> Nylyn,
>
> Thank you for responding. Just to clarify, the complaints listed below are the complaints you wish to file and are accurate?
>
> Ona
>
> **From:** Poindexter, Nylyn
> **Sent:** Friday, May 30, 2014 11:57 AM
> **To:** Ona Tolliver
> **Subject:** Re: UT Tyler Complaint
>
> Dear Ona,
>
> I agree I have received this message, I agree and confirm that the complaints listed below are the complaints you wish to file. I agree and confirm that I wish to make the complaints we spoke about. The desired outcomes listed are my desired outcomes in regard to this situation. This is not the professional behavior of a professor of University of Texas at Tyler.
>
> Sincerely,
>
> Nylyn Poindexter
>
> On May 21, 2014, at 12:02 PM, "Ona Tolliver" <OTolliver@uttyler.edu> wrote:
>
>> NyLyn,

1

Thank you for meeting with me on May 6th, during our discussion you indicated that you wished to file a complaint against Dr. Mary Linehan. With this email I am confirming the bases of your complaint and asking that you:

1. Please confirm receipt of this message.

2. Please confirm that the complaints listed below are the complaints you wish to file.

3. Please indicate by response to this email any changes you wish to make to the complaints.

4. Please confirm that the desired outcome, as stated below, are accurate.

Complaints as communicated on April 29th and May 6th:

- Dr. Linehan used language directed towards MaKinzie Branson which made you feel uncomfortable. She called Ms. Branson a "whore" and a "slut" during class time and in the presence of other students.

- Dr. Linehan has made multiple changes to the syllabus for History 5388.001, spring 2014 which have caused stress. The frequent changes to the syllabus created academic issues which include but are not limited to: unclear grading system and changes to required assignments and confusion with regard to assignments that contribute to the student's grade.

- Other classroom issues that pertain to:

  o Making inappropriate sexual comments during class that do not pertain to the subject at hand.

  o Felt attacked, goaded, and belittled by Dr. Linehan.

  o Dr. Linehan made comments about student's personal attire.

  o Dr. Linehan's inappropriate use of her personal Facebook, and the Facebook page for the Historians of Tyler pertaining to students, sharing and reposting photos and information obtained from students personal pages.

  o Exhibited gender bias as it pertains to men. She referred to a male student as a "girl" repeatedly during a class with other students present.

  o Dr. Linehan appears to exhibit favoritism with regard to treatment and grading.

  o Discusses personal matters in class.

  o Feel that the faculty member has created an environment where students are fearful of retaliation with regard to her assignment of grades. You also feel Dr. Linehan intimidates students.

2

UTT_001023

Regarding our meeting, it was my understanding from the concerns you expressed that you seek the following as your desired outcome:

- Use of language to stop. That she not call any students derogatory names.

- Behavior stops. That she not belittle or attack students. She should not make comments about a student's attire. She should stop using Facebook inappropriately as it pertains to student's information from their personal Facebook pages.

- Stop gender bias and favoritism.

- Faculty member to provide clear expectations regarding course grading and assignments.

Please respond to the 4 items indicated above.

Thank you.

**Ona Tolliver, M. Ed.**
Assistant Vice President for Student Affairs
and Dean of Students
The University of Texas at Tyler
3900 University Blvd.
Tyler, Texas 75799
*Phone: 903 565 5651*
*Fax: 903 565 5811*

3

| | |
|---|---|
| **From:** | Saikin, Patrick |
| **Sent:** | Wednesday, May 21, 2014 4:44 PM |
| **To:** | Ona Tolliver |
| **Subject:** | Re: UT Tyler Complaint |
| **Importance:** | High |

Everything listed is correct. Please let me know if there is anything else you need from me.

On May 21, 2014, at 4:34 PM, Ona Tolliver <OTolliver@uttyler.edu> wrote:

Patrick,

Thank you for meeting with me on May 7th, during our discussion you indicated that you wished to file a complaint against Dr. Mary Linehan. With this email I am confirming the bases of your complaint and asking that you:

1. Please confirm receipt of this message.

2. Please confirm that the complaints listed below are the complaints you wish to file.

3. Please indicate by response to this email any changes you wish to make to the complaints.

4. Please confirm that the desired outcome, as stated below, are accurate.

Complaints as communicated on May 7th:

- Dr. Linehan used language directed towards MaKinzie Branson which made you feel uncomfortable. She called Ms. Branson a "slut" during class time and in the presence of other students.

- Dr. Linehan has made multiple changes to the syllabus for History 5388.001, spring 2014 which have caused stress. The frequent changes to the syllabus created academic issues which include but are not limited to: unclear grading system and changes to required assignments and confusion with regard to assignments that contribute to the student's grade.

- Lack of professionalism in the classroom as it pertains to:

    o Dr. Linehan discusses personal matters in class and takes personal calls on her cell phone.

    o Dr. Linehan has made personal comments about students and "bashed" them on Blackboard.

    o Exhibited gender bias and has made sexist comments about men in her classes.

    o Dr. Linehan disclosed a student's grades to other students.

    o Dr. Linehan appears to exhibit favoritism with regard to treatment and grading.

    o Feel that the faculty member has created an environment where students are fearful of retaliation with regard to her assignment of grades.

1

UTT_001025

- You also observed this lack of professionalism as an undergraduate.

Regarding our meeting, it was my understanding from the concerns you expressed that you seek the following as your desired outcome:

- Use of language to stop. That she not call any students derogatory names or make sexist comments.

- Behavior stops. That she not discuss personal matters in class. She should stop using Blackboard inappropriately as it pertains to negative comments about students.

- Stop gender bias and favoritism.

- Faculty member to provide clear expectations regarding course grading and assignments.

Please respond to the 4 items indicated above.

Thank you.

**Ona Tolliver, M. Ed.**
Assistant Vice President for Student Affairs
and Dean of Students
The University of Texas at Tyler
3900 University Blvd.
Tyler, Texas 75799
*Phone: 903 565 5651*
*Fax: 903 565 5811*