

# THE UNIVERSITY OF TEXAS AT TYLER

3900 UNIVERSITY BOULEVARD • TYLER, TX 75799 • (903) 566-7013 • FAX: (903) 565-7007

OFFICE OF ACADEMIC AFFAIRS

July 17, 2014

Dr. Mary Linehan
1505 W. Grande Blvd., Apt. 403
Tyler, TX 75703

RE: Administrative Leave with Pay

Dear Dr. Linehan:

This letter serves as notice that effective immediately, until further notice, you are being placed on administrative leave with pay and relieved of all administrative and faculty duties at The University of Texas at Tyler (UT Tyler). As you know, the Dean of Students' Office is in the process of investigating allegations of possible violations of UT Tyler's policies, including but not limited to allegations of sexual misconduct/sexual harassment against you. This action is not disciplinary in nature.

While on administrative leave you are not authorized to be on the premises of UT Tyler unless you are so instructed by the Office of Human Resources or by the Dean of Students' Office during the course of its investigation. You should not contact any person associated with UT Tyler (which includes students, faculty and staff) for business-related matters. Your point of contact for the Dean of Students' Office Investigation will be Ona Tolliver, Assistant Vice President for Student Affairs and Dean of Students. Your point of contact for all other matters will be Amy Clem, the *Interim* Executive Director of Human Resources. Additionally, during this time, you are not to represent the University in an official capacity. Finally, you are reminded that while you remain on paid administrative leave, you are obligated to respond: to email or other correspondence, timely respond to any questions that may be asked of you, and remain available during business hours.

Pursuant to HOP 2.4.4, *Sexual Harassment by Faculty, Staff or Visitor*, an administrator, faculty member, student, or employee who retaliates in any way against an individual who has brought a complaint pursuant to the University's sexual harassment policy or against an individual who has participated in an investigation of such a complaint is subject to disciplinary action, including dismissal. Thus, you are again reminded not to engage in any conduct or actions that reasonably may be interpreted as retaliatory against any current or former employee(s) or student(s) who participated in or who you believe may have participated in this investigation.

All questions regarding your administrative leave should be directed to Amy Clem, *Interim* Executive Director of Human Resources.

Regards,

Ross Sherman, Ed.D.
Interim Provost and Vice President for Academic Affairs

cc: Amy Clem, *Interim* Executive Director of Human Resources.
    Ona Tolliver, Assistant Vice President for Student Affairs and Dean of Students

EXHIBIT D

THE UNIVERSITY OF TEXAS AT TYLER IS AN EQUAL OPPORTUNITY EMPLOYER