```
 1      Q    And you don't recall who the adjunct was?
 2      A    I really don't.
 3      Q    Okay.  When did that occur?  Do you recall
 4  when you were directed to cancel those courses?
 5      A    That was in May.  I do not recall the specific
 6  date.
 7      Q    And is Provost White still with UTT?
 8      A    No.
 9      Q    Do you know when she -- when did she stop
10  being with UTT?
11      A    Provost White left -- I think it was that
12  year.  She's now the president of Austin P. University
13  in Tennessee.
14      Q    Okay.  Do you recall when she reported to the
15  Tennessee campus?
16      A    I have no idea.
17      Q    Okay.  Do you recall receiving emails from
18  Ms. Linehan about problems that she was having with
19  students in the history course 5388.001?
20      A    Yes, I do.
21      Q    Okay.
22              (Exhibit No. 4 marked for
23              identification.)
24           MR. O'KELLY:  Exhibit 4.
25           MR. SOTO:  Four?
```



EXHIBIT G

800.211.DEPO (3376)
EsquireSolutions.com

```
 1  week of March, so I would assume about three weeks at
 2  that point in time.
 3       Q    Okay.  And what did Ms. Linehan first report
 4  to you as was the problem she was having with her
 5  students?
 6       A    She told me -- she emailed me that some
 7  students were unhappy, there were some problems, and
 8  most of the information I received from Dr. Linehan I
 9  got off the students actually came to us and complained
10  and complained, and we met with them.
11       Q    And my question is what did Ms. Linehan report
12  to you were problems that she was having in her class?
13       A    Disgruntled students who were doing poor work
14  and were complaining.
15       Q    Okay.  What did you say to Ms. Linehan in
16  response to that report?
17       A    I do not recall what I specifically said years
18  ago.
19       Q    Did you direct her to change the manner in
20  which she was teaching the class?
21       A    After I found out about the syllabus having
22  been changed midstream, I told her to go back to the
23  original syllabus.
24       Q    As of -- and you say you found out about this
25  after the spring break?
```



 1     A     After spring break, correct.
 2     Q     Okay. When was the spring break in 2014?
 3     A     Middle of March.
 4     Q     Okay. That's what I'm -- was it beginning or
 5  mid or end? That's what I'm --
 6     A     I'm not really sure, to be quite honest with
 7  you, if it was the third or second week of March.
 8     Q     Okay. Who were the students that Ms. Linehan
 9  identified to you as students with whom she was having
10  problems?
11     A     I mean, the one involved in this one, I do
12  remember, and her name was Nylyn.
13     Q     Okay. Do you remember her full name?
14     A     I do not.
15     Q     And that student, had she actually -- I think
16  that's a student who Ms. Linehan had suspected was
17  plagiarizing?
18     A     That's correct.
19     Q     All right. Did you make any attempt to
20  investigate whether or not the student had plagiarized
21  the material, the words?
22     A     What I -- what I actually did, some of the
23  read -- some of the writing assignments we got copies
24  for, and I gave them to other history faculty members to
25  read them.

```
 1      Q    And when you says class discrepancies --
 2      A    Like changing the syllabus.
 3      Q    Okay.  And did you verify what changes had
 4  been made to the syllabus?
 5      A    Yes, I did.
 6      Q    And what were the changes?
 7      A    Changes were in grading procedure, like exams
 8  being dropped, previous work before spring break not
 9  counting toward the final grade, and that's what I
10  remember.
11      Q    And how did you communicate with Ms. Linehan
12  about these complaints?
13      A    Electronically.
14      Q    Okay.  Did you ever go and meet with
15  Ms. Linehan to talk about these things?
16      A    I did not.
17      Q    Okay.  And when you contacted her
18  electronically, did you identify who had made the
19  complaints?
20      A    I did not.  I was afraid of reprisal.
21      Q    And reprisal from whom?
22      A    Of Dr. Linehan with the students.
23      Q    Doesn't UTT have a strict policy against
24  retaliation and reprisals by professors?
25      A    We do.
```



```
 1   communication with Ms. Linehan.  I do not remember
 2   word-for-word.  It was three years ago, and I did
 3   mention the term reprisal in there.
 4           We met with the students, identified the
 5   students, and tracked their academic progress throughout
 6   the rest of the semester.  We even went as far as taking
 7   some of the written assignments and had them looked at
 8   by other history professors.
 9      Q    Is that your full answer?
10      A    That is it.
11      Q    And do you recall -- but you never met with
12   Ms. Linehan to say, look, students have complained, I
13   don't want you to take any action against them or do
14   anything to make it look like it's retaliation, or words
15   to that effect?
16      A    We met electronically.
17      Q    Okay.
18      A    Like I said, Dr. Linehan has never been in my
19   office.  She's been at U.T. Tyler for eight years.
20      Q    Did you ask her to come and meet with you?
21      A    I did not.  We communicated electronically.
22      Q    Okay.  When did you meet with the students?
23      A    We met the week of -- I think it was the 20th
24   of March, if I remember correctly.
25      Q    And when you say we, who is we?
```



1   administrative leave for 32 months risks having damage
2   done to their professional career by being absent for so
3   long?
4               MR. SOTO:  Objection, form.
5       Q   (By Mr. O'Kelly) You may answer.
6       A   To be quite honest, I hate to give an answer
7   because I really don't know.  I've never encountered a
8   situation like this before in my whole career, and so I
9   have nothing to compare it to, so --
10      Q   That may go to my next question.
11      A   Yeah.
12      Q   Are you aware of anyone who has been suspended
13  for 32 months by a university under any circumstances?
14      A   I am not.
15      Q   Okay.
16      A   Yeah.
17      Q   And you don't have an opinion on whether such
18  a suspension pending an investigation, regardless of the
19  outcome of the investigation, but anyone on a required
20  mandatory leave, you don't have an opinion on whether
21  that would hurt or harm their professional either
22  standing in the university or professional career?
23              MR. SOTO:  Objection, compound.
24      Q   (By Mr. O'Kelly) You may answer.
25      A   I'm going to be very honest, it will hurt



1  obviously.
2      Q    I have nothing further.
3           MR. SOTO:  One minute and then I may not
4  have any questions.
5           (3-minute break.)
6           MR. O'KELLY:  So I did have a couple more
7  questions and I'll be real quick, if that's okay.
8           MR. SOTO:  Okay.  Yeah.
9      Q    (By Mr. O'Kelly) Dr. Stadelmann, your last
10 response to my question was obviously a suspension of 32
11 months would hurt a professor's career.  Would it hurt
12 them financially?
13          MR. SOTO:  Objection, calls for
14 speculation.
15     Q    (By Mr. O'Kelly) You may answer.
16     A    From what I understand, it was a paid
17 suspension, so it would not have hurt financially.
18     Q    What about in terms of getting a promotion?
19          MR. SOTO:  Objection, calls for
20 speculation.
21     A    In terms of promotion, Dr. Linehan is an
22 associate professor, and based on her CV, her curriculum
23 vitae, I don't think she would have been able to go for
24 a promotion at this point in time.
25     Q    Okay.  And with regard to her professional