```
 1   identified, and I think it was the statement, Dr.
 2   Linehan appears to exhibit favoritism in regard to
 3   treatment and grading.  Is that correct or did I get
 4   that wrong?
 5        A    As it pertains to the bullet?
 6        Q    Yeah.
 7        A    Okay.  Yeah.  It says Dr. Linehan appears to
 8   exhibit favoritism with regard to treatment and grading.
 9        Q    All right.  What did Ms. Carter tell you with
10   regard to that statement?
11        A    I don't recall.
12        Q    Okay.  Did you ever check the grades that Dr.
13   Linehan had given the students in that class?
14        A    I don't recall checking the grades.  It would
15   be very difficult to do that.
16        Q    Why would it be difficult to look at students'
17   grades.
18        A    We would have to go back and visit every
19   single class, every single student.  That would be
20   something that would be an academic inquiry.
21        Q    Okay.  But as I understand from these last two
22   bullet points, it says, Exhibited gender bias as it
23   pertains to men and assigning passing grades, and the
24   second one says, Dr. Linehan appears to exhibit
25   favoritism with regard to treatment and grading.
```





EXHIBIT

H

1       Using those two bullet points, my question is

2   did you make any attempt to see what the final grade was

3   on any course given by Dr. Linehan since 2012?

4       A    I don't recall the time frame.

5       Q    Did you look at any grades given by Dr.

6   Linehan to any student which she taught in one of her

7   classes since 2012?

8       A    I don't recall the semester.

9       Q    Do you recall looking at any grades that Dr.

10  Linehan gave students between 2012 and 2014?

11      A    Yes.

12      Q    What grades did you look at?

13      A    I don't recall.

14      Q    Okay.  At any time during the course of your

15  investigation into these allegations, did you reach a

16  conclusion that Dr. Linehan displayed favoritism or bias

17  in the way she graded students?

18      A    I was unable to determine that because I would

19  have to go and pull all of the grades for previous

20  semesters to make that determination.

21      Q    So I guess if you weren't able to look, then

22  you weren't able to make a conclusion as to whether

23  there was any bias or favoritism by Dr. Linehan towards

24  any group based on grades.

25      A    I believe that's addressed in the report, and

1    I would have to refamiliarize myself with what the

2    response to that was, so I don't recall.

3         Q    Okay.   Are you referring to Exhibit 2?

4         A    The report issued by me on December 18th,

5    2015.

6         Q    All right.   That's the report --

7         A    Exhibit 2.

8         Q    That's the report that you wrote?

9         A    That's correct.

10        Q    Okay.   Turn, if you would, to Exhibit 3 again,

11   please, and I'm directing you to UTT page 001019.

12        A    Okay.

13        Q    Did you ever receive a confirmation from

14   Ms. Gutierrez that your summary that you sent to her on

15   May 20th, 2014, was accurate?

16        A    I did not.

17        Q    Did you ever follow up and call Ms. Gutierrez

18   and ask whether or not she agreed with the summary that

19   you provided her on May -- emailed to her on May 20th,

20   2014?

21        A    I do not recall.

22        Q    So is it fair to say that Ms. Gutierrez never

23   verified or confirmed the information that you sent her

24   regarding her allegations against Dr. Linehan?

25             MR. SOTO:   Objection, form.



1    Q    (By Mr. O'Kelly) You may answer.

2    A    I interviewed Ms. Gutierrez following the

3  initial complaint --

4    Q    Okay.

5    A    -- and have a recording of my interview with

6  her.

7    Q    You didn't provide that recording to Dr.

8  Linehan when you sent this letter in June of 2014;

9  right?

10    A    I did not.

11    Q    Okay.  And this report that you -- this

12  summary that you sent Ms. Gutierrez, it states in the

13  first bullet point found on 001020, it says at the top

14  bullet point, Dr. Linehan used language directed towards

15  MaKinzie Branson which made you feel uncomfortable.  She

16  called Ms. Branson a slut during class time and in the

17  presence of other students, often referring to her as

18  Sluts MaKinzie.

19         Did I read that correctly?

20    A    Yes.

21    Q    Okay.  And nowhere in that bullet point is the

22  term whore or prostitute mentioned; correct?

23    A    Correct.

24    Q    And Ms. Gutierrez has never confirmed this to

25  you; correct?



1          MR. SOTO:  Objection, form.

2      Q    (By Mr. O'Kelly) She never got back to you

3  with a written confirmation of what you've summarized

4  here.

5      A    She never got back to me with confirmation,

6  no.

7      Q    And did you follow up with any emails like we

8  found on page 001019?

9      A    Yes.

10     Q    Okay.  When did you follow-up with her after

11 May 28th, 2014?

12     A    I don't recall.

13     Q    But you say you did?

14     A    I'm positive I would have followed up with

15 her.

16     Q    But you don't see any further response from

17 Ms. Gutierrez; correct?  You're not aware of one, are

18 you?

19     A    No, I'm not aware.

20     Q    Wasn't the purpose of sending these summaries

21 to the individual students was to make sure that they

22 could confirm what you understood them to have said in

23 these interviews?

24     A    That's correct.

25     Q    And so when a student doesn't confirm or



1   comments about female attire or male attire?

2        A    I don't recall.

3        Q    Okay.  The fourth bullet point says, Exhibited

4   gender bias as pertains to men and assigning passing

5   grades.  She also referred to a male student as he or

6   she repeatedly during a class with other students

7   present.

8             I take it this comes from your interview with

9   Ms. Gutierrez?

10       A    Yes.

11       Q    Okay.  And we've already offered the issue.

12  You never looked at any grades to verify or determine

13  whether Dr. Linehan exhibited gender bias.

14            MR. SOTO:  Objection, form.

15       A    That would have required me to go back and

16  review multiple semesters of the students' academic

17  records.  The only -- there was only one small -- this

18  particular class is the only one that I addressed with

19  regard to the grades.

20       Q    (By Mr. O'Kelly) Well, did you -- did you look

21  at the spring semester class for 2014 to determine

22  whether Dr. Linehan exhibited gender bias as it pertains

23  to men and assigning passing grades?

24       A    I did look at the grades, but, again, it would

25  have required me to review multiple semesters to see if

1    there was a pattern of gender bias with regard to

2    grades.

3         Q    Okay.  But you say you did look at the grades

4    that Dr. Linehan gave her students for the spring 2014

5    semester?

6         A    Yes.

7         Q    And did you discern from your review of those

8    grades whether Dr. Linehan was exhibiting gender bias?

9         A    Again, I would have to compare that to other

10   semesters to determine whether there was bias.

11        Q    In other words, you don't know?

12        A    I don't know.

13        Q    It also states, She also referred to a male

14   student as he or she repeatedly during a class with

15   other students present.

16             Did this particular bullet point refer to Dr.

17   Linehan's behavior during the spring 2014 semester?

18        A    Yes.

19        Q    Okay.  And so did Ms. Gutierrez tell you that

20   that's what Dr. Linehan did during the spring 2014

21   semester?

22        A    Yes.

23        Q    Okay.  Did she identify the -- did

24   Ms. Gutierrez identify who she referred to -- who Dr.

25   Linehan referred to as she or he during the class?

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARY LINEHAN, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:16-CV-00066 |
| | § | |
| UNIVERSITY OF TEXAS AT TYLER. | § | |
| *Defendant.* | § | |
| | § | |

---

## DECLARATION OF ONA TOLLIVER

---

1. My name is Ona Tolliver, M. Ed. I have personal knowledge of the matters contained in this Declaration and am fully competent to make this Declaration.

2. I am currently employed as the Dean of Students and Assistant Vice President of Student Affairs at The University of Texas at Tyler ("UTT" or the "University"). I have served in these positions since 2010. My job responsibilities include interpreting and enforcing UTT and The University Texas System ("UT System") policies, procedures, and Regent Rules, and addressing non-academic student grievances. I also provide supervision for the offices of judicial affairs, student money management, career services, the veteran's resources center, student life and leadership, students services, campus scheduling, student wellness and students in recovery, and the student center. And, at the time of the Title IX complaints against Dr. Mary Linehan, I also served as the UTT's Title IX Coordinator for students and was charged with investigating such complaints.

3. On or around April 24, 2014, I was notified of student complaints of potential violations of Title IX involving Dr. Mary Linehan. Based on those complaints, my office began an investigation in accordance with Title IX and UTT Handbook of Operating Procedures ("HOP"). A true and correct copy of my May 13, 2014, letter to Dr. Linehan advising her of the investigation is attached hereto as Exhibit A-1. True and correct copies of HOP 2.4.1, 2.4.3 and 2.4.4 are attached hereto as Exhibit A-2.

4. Between May 5-7, 2014, I interviewed the five student complainants. In accordance with UTT policy, I summarized the complainants' allegations in writing and sought their verification through email. Dr. Linehan was provided the written summary of the allegations and the students' verifications on June 6, 2014. A true and correct copy of my June 6, 2014 letter to Dr. Linehan advising her of the allegations is attached hereto as Exhibit A-3.

EXHIBIT A

5. During the course of my investigation, I interviewed the five student complainants, seven additional witnesses, and Dr. Linehan. I also reviewed documentary evidence and a number of audio recordings of Dr. Linehan's classes. At the time I interviewed the student complainants and started my investigation into the Title IX allegations, I was not aware that Dr. Linehan had ever opposed an employment practice made illegal under Title VII or any other employment discrimination law.

6. Based on my review of the evidence, I concluded that Dr. Linehan violated University policies and procedures and created an environment where students were limited in their ability to participate in or benefit from UTT's education program on the basis of gender. My conclusions are contained in a report I issued on December 18, 2015. A true and correct copy of the report is attached hereto as Exhibit A-4. True and correct copies of excerpts from the documentary evidence I reviewed are attached hereto as Exhibit A-5.

7. In addition to my Title IX investigation, the College of Art & Sciences also conducted an investigation into the student complainants' allegation of academic misconduct against Dr. Linehan. The University's Human Resources Department ("HR") also conducted an investigation into an internal gender discrimination complaint Dr. Linehan made against several of her supervisors.

8. The University made the decision to complete Dr. Linehan's gender discrimination complaint first as it involved allegations against several of the College's faculty who were involved in investigating the academic misconduct allegations. During this time, I continued my Title IX investigation by interviewing witnesses and reviewing documentary evidence. HR's investigation concluded on or about September 4, 2014.

9. In order to complete a thorough investigation, I repeatedly sought to interview Dr. Linehan following the completion of the HR's investigation. Unfortunately, I was not able to schedule her interview in 2014 because Dr. Linehan indicated that her medical issues limited her ability to participate. In addition, in December 2014, Dr. Linehan went on FMLA leave lasting until the end of March 2015. True and correct copies of email correspondence between myself and Dr. Linehan dating from October to December 2014 are attached hereto as Exhibit A-6.

10. Dr. Linehan was finally interviewed in May 2015. Following that interview, I interviewed one additional witness, re-reviewed the evidence provided in the course of the investigation, and drafted my report. All while fulfilling my extensive day-to-day job responsibilities.

11. I am not aware of any other University employee who has engaged in a nearly identical pattern of pervasive sexual misconduct, gender discrimination, and harassment or has been alleged to have engaged in a nearly identical pervasive pattern of sexual misconduct, gender discrimination, and harassment. Likewise, I am not aware of any other University employee who was subject to multiple investigations at the same time. Finally, am I not aware of any other Title IX investigation where the subject of the

investigation was on extended medical leave or otherwise unavailable to a similar degree as Dr. Linehan.

12. None of the actions I took in the course of this investigation were motivated by discrimination or caused by retaliation. Rather, the investigation was initiated in response to student complaints and as part of my job responsibilities, and my conclusions and recommendations were based on my review of the evidence.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2 of August, 2017.

ONA TOLLIVER



# THE UNIVERSITY OF TEXAS AT TYLER
3900 UNIVERSITY BOULEVARD • TYLER, TX 75799 • (903) 565-5946

OFFICE OF STUDENT AFFAIRS

June 6, 2014

Dr. Mary Linehan
1505 W. Grande Blvd.
Apartment No. 403
Tyler, Texas 75703-5694

Re: Investigation of Student Complaints Alleging Violations of The University of Texas at Tyler (UT Tyler) Policies

Dr. Linehan

As a follow up to my May 13, 2014 letter, and in accordance with Section I.2.c of HOP 2.4.3, enclosed please find a copy of the written complaints from students. You will also be allowed until Friday, June 20, 2014 to respond to these complaints in writing. Once I receive your written response, I will contact you to schedule a time for your interview.

Pursuant to HOP 2.4.4, *Sexual Harassment by Faculty, Staff or Visitor*, an administrator, faculty member, student, or employee who retaliates in any way against an individual who has brought a complaint pursuant to the University's sexual harassment policy or against an individual who has participated in an investigation of such a complaint is subject to disciplinary action, including dismissal.  Thus, you are again reminded not to engage in any conduct or actions that would violate this policy.

Thank you for your cooperation.

Ona Tolliver
Assistant Vice President of Student Affairs and Dean of Students

Enclosures (Copies of Student Complaints)
cc: Dr. Howard Patterson

**EXHIBIT A-3**

THE UNIVERSITY OF TEXAS AT TYLER IS AN EQUAL OPPORTUNITY EMPLOYER

**From:**
**Sent:** Friday, May 23, 2014 10:23 AM
**To:** Ona Tolliver
**Subject:** Re: UT Tyler complaint

Ms. Tolliver,


Thank you for your email regarding my complaints against Dr. Linehan. The complaints you listed are correct in what needs to be filed. I would not like to make any changes to those complaints at this time. The desired outcome you described is still accurate as well.


Thank you,


Sent from my iPhone


On May 20, 2014, at 11:34 AM, "Ona Tolliver" <OTolliver@uttyler.edu> wrote:


Thank you for meeting with me on May 6th, during our discussion you indicated that you wished to file a formal complaint against Dr. Mary Linehan. With this email I am formalizing your complaint and asking that you:

1.   Please confirm receipt of this message.

2.   Please confirm that the complaints listed below are the complaints you wish to file.

3.   Please indicate by response to this email any changes you wish to make to the complaints.

4.   Please confirm that the desired outcome, as stated below, are accurate.

Complaints as communicated on May 6th:

- Dr. Linehan used language which made you and your classmates uncomfortable. That she called you a "prostitute" and a "slut" during class time and in the presence of other students. That this "name calling" and language was initially a joke that began in the spring 2012 semester and has continued to be re-stated during each course for which you have been enrolled with Dr. Linehan, without Dr. Linehan providing an explanation to the class.

- Dr. Linehan has made multiple changes to the syllabus for History 5388.001, spring 2014 which have caused stress. The frequent changes to the syllabus created academic issues which include

1

but are not limited to: unclear grading system and changes to required assignments and confusion with regard to assignments that contribute to the student's grade.

- Lack of professionalism in the classroom as it pertains to the amount of time spent discussing personal matters.

During our meeting, you indicated the following as your desired outcome:

- Use of language to stop. That she not call her or any other students derogatory names.

- Behavior stops. That she not discuss personal matters in class.

- Faculty member to provide clear expectations regarding course grading and assignments.

Please respond to the <u>4</u> items indicated above.

Thank you.


**Ona Tolliver, M. Ed.**
**Assistant Vice President for Student Affairs**
**and Dean of Students**
The University of Texas at Tyler
3900 University Blvd.
Tyler, Texas 75799
*Phone: 903 565 5651*
*Fax: 903 565 5811*

UTT_001016

**From:**
**Sent:** Tuesday, May 20, 2014 4:40 PM
**To:** Ona Tolliver
**Subject:** RE: UT Tyler Complaint

Ona,

I am confirming receipt of this message. In regard to the statement made about Makinzie Branson, the "and" a slut needs to be changed to "or", she did not call her all three of those, only one, and I could not remember exactly which one it was. The rest of the statements look correct and the desired outcomes are accurate.

Thank you,

---

**From:** Ona Tolliver <OTolliver@uttyler.edu>
**Sent:** Tuesday, May 20, 2014 3:20 PM
**To:**
**Subject:** UT Tyler Complaint

Thank you for meeting with me on May 6th, during our discussion you indicated that you wished to file a complaint against Dr. Mary Linehan. With this email I am confirming the bases of your complaint and asking that you:

1. Please confirm receipt of this message.

2. Please confirm that the complaints listed below are the complaints you wish to file.

3. Please indicate by response to this email any changes you wish to make to the complaints.

4. Please confirm that the desired outcome, as stated below, are accurate.

Complaints as communicated on May 6th:

- Dr. Linehan used language directed towards ▓▓▓▓▓▓ which made you feel uncomfortable. She called Ms. ▓▓ a "whore", a "prostitute" and a "slut" during class time and in the presence of other students.

- Dr. Linehan has made multiple changes to the syllabus for History 5388.001, spring 2014 which have caused stress. The frequent changes to the syllabus created academic issues which include but are not limited to: unclear grading system and changes to required assignments and confusion with regard to assignments that contribute to the student's grade.

- Lack of professionalism in the classroom as it pertains to:

  o The amount of time spent discussing personal matters and taking personal calls on her cell phone.

1

    o Dr. Linehan's inappropriate use of her personal Facebook, and the Facebook page for the Historians of Tyler pertaining to students. Specifically posting personal student images on those sites without permission or sharing students personal information without their permission.

    o Dr. Linehan told you during class that you "could not speak".

    o Dr. Linehan made comments about student's personal attire.

    o Exhibited gender bias as it pertains to men and assigning passing grades.

    o Dr. Linehan appears to exhibit favoritism with regard to treatment and grading.

During our meeting, you indicated the following as your desired outcome:

- Use of language to stop. That she not call any students derogatory names.

- Behavior stops. That she not discuss personal matters in class. She should not make comments about a student's attire. She should stop using Facebook inappropriately as it pertains to student's images and information from their personal Facebook pages.

- Stop gender bias and favoritism.

- Faculty member to provide clear expectations regarding course grading and assignments.

Please respond to the **4** items indicated above.

Thank you.

**Ona Tolliver, M. Ed.**
**Assistant Vice President for Student Affairs**
**and Dean of Students**
**The University of Texas at Tyler**
**3900 University Blvd.**
**Tyler, Texas 75799**
*Phone: 903 565 5651*
*Fax: 903 565 5811*

2

UTT_001018

| | |
|---|---|
| **From:** | |
| **Sent:** | Ona Tolliver |
| **To:** | Wednesday, May 28, 2014 11:00 AM |
| **Subject:** | RE: UT Tyler Complaint |

**Importance:**        High

▮▮▮▮▮

I am following up with your regarding the email I sent on May 20th seeking to confirm your complaints and expected outcomes. Please let me know if there are other issues you would like to address.

If the content is accurate please take a moment to confirm receipt of the email, and to confirm or change either the language stated in the complaint or the outcome.

Thank you again for making time to meet with me.

**Ona Tolliver, M. Ed.**
Assistant Vice President for Student Affairs
and Dean of Students
The University of Texas at Tyler
3900 University Blvd.
Tyler, Texas 75799
*Phone: 903 565 5651*
*Fax: 903 565 5811*

---

**From:** Ona Tolliver
**Sent:** Tuesday, May 20, 2014 5:01 PM
**To:** ▮▮▮▮▮
**Subject:** UT Tyler Complaint
**Importance:** High

▮▮▮▮▮

Thank you for meeting with me on May 5th, during our discussion you indicated that you wished to file a complaint against Dr. Mary Linehan. With this email I am confirming the bases of your complaint and asking that you:

1. Please confirm receipt of this message.

2. Please confirm that the complaints listed below are the complaints you wish to file.

3. Please indicate by response to this email any changes you wish to make to the complaints.

4. Please confirm that the desired outcome, as stated below, are accurate.

Complaints as communicated on May 6th:

1

- Dr. Linehan used language directed towards ████████████ which made you feel uncomfortable. She called Ms. ████ a "slut" during class time and in the presence of other students, often referring to her as "Slutz ████".

- Dr. Linehan has made multiple changes to the syllabus for History 5388.001, spring 2014 which have caused stress. The frequent changes to the syllabus created academic issues which include but are not limited to: unclear grading system and changes to required assignments and confusion with regard to assignments that contribute to the student's grade.

- Lack of professionalism in the classroom as it pertains to:

  o The amount of time spent discussing personal matters and taking personal calls on her cell phone.

  o Dr. Linehan made comments about student's personal attire in particular about their feet if exposed.

  o Dr. Linehan's inappropriate use of her personal Facebook, and the Facebook page for the Historians of Tyler pertaining to students and information obtained from students personal pages.

  o Exhibited gender bias as it pertains to men and assigning passing grades. She also referred to a male student as "she" or "he" repeatedly during a class with other students present.

  o Dr. Linehan appears to exhibit favoritism with regard to treatment and grading.

  o Feel that Dr. Linehan humiliated you in class after you broached the changing syllabus issue. You also feel that the faculty member has created an environment where students are fearful of retaliation with regard to her assignment of grades.

Regarding our meeting, it was my understanding from the concerns you expressed that you seek the following as your desired outcome:

- Use of language to stop. That she not call any students derogatory names.

- Behavior stops. That she not discuss personal matters in class. She should not make comments about a student's attire. She should stop using Facebook inappropriately as it pertains to student's information from their personal Facebook pages.

- Stop gender bias and favoritism.

- Faculty member to provide clear expectations regarding course grading and assignments.

Please respond to the 4 items indicated above.

Thank you.

**Ona Tolliver, M. Ed.**
**Assistant Vice President for Student Affairs**
**and Dean of Students**
**The University of Texas at Tyler**
**3900 University Blvd.**
**Tyler, Texas 75799**
*Phone: 903 565 5651*
*Fax: 903 565 5811*

UTT_001020

UTT_001021

**From:**
**Sent:** ████████████  Friday, May 30, 2014 1:51 PM
**To:** Ona Tolliver
**Subject:** Re: UT Tyler Complaint

Yes, they are accurate and I wish to file complaints. Thank you.

████████████

On May 30, 2014, at 1:07 PM, "Ona Tolliver" <OTolliver@uttyler.edu> wrote:

> ████ ,
>
> Thank you for responding. Just to clarify, the complaints listed below are the complaints you wish to file and are accurate?
>
> Ona
>
> **From:** ████████
> **Sent:** Friday, May 30, 2014 11:57 AM
> **To:** Ona Tolliver
> **Subject:** Re: UT Tyler Complaint
>
> Dear Ona,
>
> I agree I have received this message, I agree and confirm that the complaints listed below are the complaints you wish to file. I agree and confirm that I wish to make the complaints we spoke about . The desired outcomes listed are my desired outcomes in regard to this situation. This is not the professional behavior of a professor of University of Texas at Tyler.
>
> Sincerely,
>
> ████████████
>
> On May 21, 2014, at 12:02 PM, "Ona Tolliver" <OTolliver@uttyler.edu> wrote:
>
>> ████████

1

UTT_001022

Thank you for meeting with me on May 6th, during our discussion you indicated that you wished to file a complaint against Dr. Mary Linehan. With this email I am confirming the bases of your complaint and asking that you:

1. Please confirm receipt of this message.

2. Please confirm that the complaints listed below are the complaints you wish to file.

3. Please indicate by response to this email any changes you wish to make to the complaints.

4. Please confirm that the desired outcome, as stated below, are accurate.

Complaints as communicated on April 29th and May 6th:

- Dr. Linehan used language directed towards ███████ which made you feel uncomfortable. She called Ms ████ a "whore" and a "slut" during class time and in the presence of other students.

- Dr. Linehan has made multiple changes to the syllabus for History 5388.001, spring 2014 which have caused stress. The frequent changes to the syllabus created academic issues which include but are not limited to: unclear grading system and changes to required assignments and confusion with regard to assignments that contribute to the student's grade.

- Other classroom issues that pertain to:

    o Making inappropriate sexual comments during class that do not pertain to the subject at hand.

    o Felt attacked, goaded, and belittled by Dr. Linehan.

    o Dr. Linehan made comments about student's personal attire.

    o Dr. Linehan's inappropriate use of her personal Facebook, and the Facebook page for the Historians of Tyler pertaining to students, sharing and reposting photos and information obtained from students personal pages.

    o Exhibited gender bias as it pertains to men. She referred to a male student as a "girl" repeatedly during a class with other students present.

    o Dr. Linehan appears to exhibit favoritism with regard to treatment and grading.

    o Discusses personal matters in class.

    o Feel that the faculty member has created an environment where students are fearful of retaliation with regard to her assignment of grades. You also feel Dr. Linehan intimidates students.

2

UTT_001023

Regarding our meeting, it was my understanding from the concerns you expressed that
you seek the following as your desired outcome:

- Use of language to stop. That she not call any students derogatory names.

- Behavior stops. That she not belittle or attack students. She should not make
  comments about a student's attire. She should stop using Facebook
  inappropriately as it pertains to student's information from their personal
  Facebook pages.

- Stop gender bias and favoritism.

- Faculty member to provide clear expectations regarding course grading and
  assignments.

Please respond to the 4 items indicated above.

Thank you.

**Ona Tolliver, M. Ed.**
**Assistant Vice President for Student Affairs**
**and Dean of Students**
**The University of Texas at Tyler**
**3900 University Blvd.**
**Tyler, Texas 75799**
*Phone: 903 565 5651*
*Fax: 903 565 5811*

3

UTT_001024

**From:**

**Sent:** Wednesday, May 21, 2014 4:44 PM

**To:** Ona Tolliver

**Subject:** Re: UT Tyler Complaint

**Importance:** High

Everything listed is correct. Please let me know if there is anything else you need from me.

On May 21, 2014, at 4:34 PM, Ona Tolliver <OTolliver@uttyler.edu> wrote:

Thank you for meeting with me on May 7th, during our discussion you indicated that you wished to file a complaint against Dr. Mary Linehan. With this email I am confirming the bases of your complaint and asking that you:

1. Please confirm receipt of this message.

2. Please confirm that the complaints listed below are the complaints you wish to file.

3. Please indicate by response to this email any changes you wish to make to the complaints.

4. Please confirm that the desired outcome, as stated below, are accurate.

Complaints as communicated on May 7th:

- Dr. Linehan used language directed towards ▮▮▮▮▮▮▮ which made you feel uncomfortable. She called Ms. ▮▮▮▮ a "slut" during class time and in the presence of other students.

- Dr. Linehan has made multiple changes to the syllabus for History 5388.001, spring 2014 which have caused stress. The frequent changes to the syllabus created academic issues which include but are not limited to: unclear grading system and changes to required assignments and confusion with regard to assignments that contribute to the student's grade.

- Lack of professionalism in the classroom as it pertains to:

  o Dr. Linehan discusses personal matters in class and takes personal calls on her cell phone.

  o Dr. Linehan has made personal comments about students and "bashed" them on Blackboard.

  o Exhibited gender bias and has made sexist comments about men in her classes.

  o Dr. Linehan disclosed a student's grades to other students.

  o Dr. Linehan appears to exhibit favoritism with regard to treatment and grading.

  o Feel that the faculty member has created an environment where students are fearful of retaliation with regard to her assignment of grades.

1

Case 6:16-cv-00066-RWS-JDL   Document 54-1   Filed 08/03/17   Page 34 of 118 PageID #:
990
Case 6:16-cv-00066-RWS-JDL   Document 54-1   Filed 09/07/17   Page 23 of 108 PageID #:

- You also observed this lack of professionalism as an undergraduate.

Regarding our meeting, it was my understanding from the concerns you expressed that you seek the following as your desired outcome:

- Use of language to stop. That she not call any students derogatory names or make sexist comments.

- Behavior stops. That she not discuss personal matters in class. She should stop using Blackboard inappropriately as it pertains to negative comments about students.

- Stop gender bias and favoritism.

- Faculty member to provide clear expectations regarding course grading and assignments.

Please respond to the 4 items indicated above.

Thank you.

**Ona Tolliver, M. Ed.**
**Assistant Vice President for Student Affairs**
**and Dean of Students**
**The University of Texas at Tyler**
**3900 University Blvd.**
**Tyler, Texas 75799**
*Phone: 903 565 5651*
*Fax: 903 565 5811*

UTT_001026



# THE UNIVERSITY OF TEXAS AT TYLER

3900 UNIVERSITY BOULEVARD • TYLER TX 75799 • (903) 566-7316

ASSISTANT VICE PRESIDENT
FOR STUDENT AFFAIRS

May 13, 2014

Dr. Mary Linehan
1505 W. Grande Blvd.
Apartment No. 403
Tyler, Texas 75703-5694

Dr. Linehan,

The Dean of Students Office (Office) received several verbal complaints from students alleging violations of The University of Texas at Tyler (UT Tyler) policies, including but not limited to allegations of sexual misconduct/sexual harassment against you. Therefore, in accordance with UT Tyler's Handbook of Operating Procedures (HOP), 2.4.3, *Sexual Harassment Complaint, Investigation, and Grievance Procedures and Responsibilities*, the Office is in the process of investigating these complaints. In accordance with Section I.2.c of HOP 2.4.3, the written complaints will be forwarded to you upon our receipt from the students; and you will subsequently be allowed a reasonable time in which to respond to those complaints in writing.

Pursuant to HOP 2.4.4, *Sexual Harassment by Faculty, Staff or Visitor*, an administrator, faculty member, student, or employee who retaliates in any way against an individual who has brought a complaint pursuant to the University's sexual harassment policy or against an individual who has participated in an investigation of such a complaint is subject to disciplinary action, including dismissal. You are reminded not to engage in any conduct or actions that would violate this policy.

For your convenience, I have enclosed the above referenced policies mentioned for your review.

I will contact you soon to schedule your interview.

Ona Tolliver
Deputy Title IX Coordinator
Assistant Vice President for Student Affairs and Dean of Students

Enclosures
cc: Dr. Howard Patterson

# REPORT ON ALLEGATIONS OF SEXUAL DISCRIMINATION BASED ON GENDER AND SEXUAL MISCONDUCT/SEXUAL HARASSMENT AGAINST DR. MARY LINEHAN



Submitted By
Ona Tolliver, Dean of Students
December 18, 2015

**EXHIBIT A-4**

UTT_000054

# I.

## EXECUTIVE SUMMARY

On April 24, 2014, the Dean of Students Office at The University of Texas at Tyler ("UT Tyler") was notified by Dr. Marcus Stadelmann, Chair of History and Political Science, of potential violations of the Title IX of the Education Amendments of 1972 ("Title IX") involving several students and faculty member Dr. Mary Linehan, Associate Professor, Department of History ("Dr. Linehan" or "Respondent").

Ona Tolliver, Dean of Students met with Complainant 1, Dr. Marcus Stadelmann and Dr. Patricia Gajda, Professors in the Department of History, to discuss the student's complaints. Complainant 1 was enrolled in Dr. Mary Linehan's History 5388.001 course (HIST 5388) during the spring 2014 semester. Complainant 1 alleged that Dr. Linehan referred to her as a "slut" or a "prostitute" during the semester. She also alleged that Dr. Linehan referred to her using these terms in other classes prior to the spring 2014 semester. Complainant 1 confirmed that she was the author of an anonymous letter received by Dr. Stadelmann in March 2014 outlining her complaints. Finally, the student also expressed concerns regarding Dr. Linehan's professionalism and unfair treatment of other students.

The Dean of Students also met with Complainant 3, another student in Respondent's HIST 5388 course. Complainant 3, also filed a complaint indicating that the Respondent used inappropriate language when referring to Complainant 1. Complainant 3 also stated that she felt harassed and intimidated by Respondent and that she also feared that the Respondent would retaliate if she brought forth her complaints. Complainant 3 also detailed her complaints as they pertain to her academic experiences with Respondent (addressed in a separate report by Dean Slann).

The Dean of Students also learned during the course of the investigation that other students in Respondent's HIST 5388 course had similar complaints regarding Respondent's use of inappropriate language and that Respondent exhibited gender bias, specifically directed towards or about males.

The investigation also revealed two former students who allegedly had similar experiences with Respondent (Witness 1 and Witness 3).

Based on the foregoing verbal complaints, on May 5, 2014 in accordance with Title IX and UT Tyler's Handbook of Operating Procedures (HOP) 2.4.3, *Sexual Harassment Complaint, Investigation, and Grievance Procedures and Responsibilities*, and HOP 2.4.1, *Nondiscrimination Policy and Complaint Procedure*, the Dean of Students Office began its investigation of those complaints.

Although Witness 1 and Witness 3 were not a part of the 2014 complaint their experiences as former students of Respondent support the claim that a pattern of behavior existed prior to 2014. The information also corroborates the perception of intimidation, differential treatment of

2

individuals based on gender, unprofessional behavior and the existence of a possible hostile environment.

Respondent alleges that the statements presented to her regarding the student complaints are irregular due to their similar nature. Due to the similar nature of the complaints submitted by each student, the Dean of Students provided each with a summary, requesting confirmation of their complaints and expected outcomes. The terminology, complaints and experiences dictated the similarity in complaints as stated in the summary for each complainant.

Respondent takes issue with the fact that Complainant 2 never responded to the Dean of Students' request for written confirmation of her written complaint. However, Complainant 2 met personally with the Dean of Students regarding her complaint and indicated her desire to have her concerns addressed—which was done. Additionally, Complainant 2 communicated her concerns related to the Respondent's unprofessional behavior and academic concerns to the Chair of the Department, Dr. Marcus Stadelmann. Thus, Complainant 2's complaints were clearly communicated and investigated.

As discussed in more detail in the following report, I find that the Complainant1 (and other students) were made to feel uncomfortable by Respondent's comments and behaviors—which were based on gender and were of a sexual nature. It is also my opinion that Respondent regularly used language that was inappropriate and unprofessional with regard to men which had the effect of demeaning male students. Multiple witness interviews, corroborating statements from Complainants and witnesses, audio recordings from the spring HIST 5388 class, and various other documents, the evidence shows that Respondent violated The University of Texas at Tyler HOP 2.4.4, *Sexual harassment by faculty, staff, or visitor* by engaging in inappropriate verbal conduct of a sexual nature inappropriate for the classroom. Based on the documentation and witness corroboration Respondent is also found to have violated HOP 2.4.1, *Nondiscrimination Policy and Complaint Procedure* by engaging in conduct that discriminated against students based on gender. Further, Respondent's conduct, in the aggregate, created a hostile environment based on gender and a hostile environment where students feared retaliation for making complaints. Respondent also engaged in a pattern and practice of unprofessional and inappropriate conduct with students. Respondent created an environment where students were limited in their ability to participate in or benefit from UT Tyler's educational program on the basis of gender. Based on the violations of policy, I recommend that the Provost and Vice President for Academic Affairs consider taking disciplinary action, up to and including termination, against Respondent.

## II.
## APPLICABLE POLICIES

### A. HOP 2.4.1

UT Tyler's Handbook of Operating Procedures (HOP), Section 2.4.1, *Nondiscrimination Policy and Complaint Procedure* (Nondiscrimination Policy), provides the following definitions:

3

UTT_000056

- **Discrimination**, including harassment, is defined as conduct directed at a specific individual or a group of identifiable individuals that subjects the individual or group to treatment that adversely affects their employment or education on account of race, color, national origin, religion, *sex*, sexual orientation, age, veteran status, or disability. (Emphasis added).

- **Harassment**, as a form of discrimination, is defined as verbal or physical conduct that is directed at an individual or group because of disability, sex, age, race, color, national origin, religion, citizenship, veteran status, or sexual orientation when such conduct is sufficiently severe, pervasive or persistent so as to substantially interfere with an individual's or group's academic or work performance; or of creating a hostile academic or work environment. Constitutionally protected expression cannot be considered harassment under the policy.

## B. HOP 2.4.4

UT Tyler's HOP, Section HOP 2.4.4, *Sexual Harassment by Faculty, Staff, or Visitor* (Sexual Harassment Policy), provides the following definitions:

- **Sexual Misconduct**: Sexual misconduct includes unwelcome sexual advances, requests for sexual favors, *or verbal or physical conduct of a sexual nature* directed towards another individual that does not rise to the level of sexual harassment but is unprofessional and inappropriate for the workplace or classroom. (Emphasis added)

- **Sexual Harassment**: Sexual harassment includes:

a. Any criminal offense under the Texas Penal Code of a sexual nature, including rape, sexual assault, sexual battery, assault, sexual coercion, or other acts of sexual violence; and

b. Unwelcome sexual advances, requests for sexual favors, or verbal or physical conduct of a sexual nature when:

  i. Submission to such conduct is made either explicitly or implicitly a term or condition of employment or student status; or
  ii. Submission to or rejection of such conduct is used as a basis for evaluation in making personnel or academic decisions affecting that individual; or
  iii. Such conduct has the purpose of effect or unreasonably interfering with an individual's performance as an administrator, faculty member, staff or student, or creating an intimidating, hostile, or offensive environment

4

UTT_000057

## III.
## ALLEGATIONS

The complainants, have alleged that a Respondent verbally harassed and or used harassing language when addressing students. Complainants also allege that the Respondent discriminated individuals based on gender.

A summary of specific allegations includes:

- Respondent made comments of a sexual nature, referring to a student as a "slut" "prostitute" or a "whore" and other comments of a sexual nature
- Respondent exhibited inappropriate treatment based on gender including referring to a male student as "she" or "her" and in conducting the "Mr. Women's History Pageant"
- Respondent created an environment where males felt intimidated and uncomfortable by making negative comments about men and discussing their academic performance.
- Respondent made comments regarding students' personal attire (both males and females) thereby allegedly creating an uncomfortable environment
- Respondent behaved unprofessionally such as: 1) interacting with students in person and electronically in a manner not appropriate for a professor with a student; 2) directing students to participate in a non-academic Facebook page "HOTties"; and 3) discussing her personal life with students
- Respondent created a hostile environment where students feared retaliation

## IV.
## PERSONS INTERVIEWED

The following persons were interviewed.

1. Complainant 1 – Graduate student, History (May 6, 2014)
2. Complainant 2 – Graduate student, History (May 5, 2014)
3. Complainant 3 – Graduate student, History (May 6, 2014)
4. Complainant 4 – Graduate student, History (May 6, 2014)
5. Complainant 5 – Graduate student, History (May 7, 2014)
6. Witness 1 – Former student, (on May 6, 2014) and (June 6, 2014)
7. Witness 2 – Student (June 20, 2014)
8. Witness 3 – Former student (on July 21, 2014) and via email (August 6, 7 11, 2014)
9. Witness 4 – Graduate student, History (June 25, 2014)
10. Witness 5 – Staff, Graduate School (July 22, 2014)
11. Witness 6 – Staff, and former faculty, Academic Affairs (August 4, 2014)
12. Respondent – Faculty, History, (May 6, 2015)
13. Witness 7 – Graduate student (May 12, 2015)

5

# V.
## DOCUMENTS PROVIDED AND REVIEWED

The following documents were provided and reviewed.

1. Written statement from Complainant 1 on May, 20, 2014
2. Written statement from Complainant 4 on May 20, 2014
3. Written statement from Complainant 2, request sent May 20, 2014 and May 28, 2014
4. Written statement from Complainant 3 on May 30, 2014
5. Written statement from Complainant 5 on May 21, 2014
6. Written response from Respondent dated June 17, 2014 (and received on June 20, 2014) (including individual responses to each complaints' written statement)
7. Supplemental written response from Respondent's legal counsel dated June 19, 2014
8. "Anonymous" Letter submitted to the Chair of History, Dr. Marcus Stadelmann, in March 2014 (Confirmed to be from Complainant 1)
9. Email correspondence between Complainant 1 and Complainant 2 to Dr. Marcus Stadelmann dated April 21, 2014 and March 26-27, 2014 respectively
10. Email correspondence between Witness 4, and Dr. Marcus Stadelmann dated April 21, 2014
11. Email correspondence between History Student 6, dated April 20, 2014 and Student 7 dated April 20, 2014
12. Facebook correspondence between Complainant 4 and Respondent dated September 22, 2011 thru November 7, 2012, resuming April 12, 2013 and potentially January 24 – March 17 believed to be 2014
13. Email correspondence between Complainant 4 and Respondent dated September 25, 2012
14. Blackboard post to all students in HIST 4387.001, spring 2012 by Respondent dated April 18, 2012 believed to be posts made on Blackboard or Facebook
15. Correspondence between Witness 3 and Respondent (via email) August 2010 thru November 2010
16. Email correspondence between Respondent and Dr. Marcus Stadelmann during the spring 2014 semester related to History 5388.001 and various students
17. Audio recording of the History 5388.001 classes, Spring 2014 and recorded by Student 8
18. May 8, 2012 Written Warning from Dean Slann to Respondent
19. Email correspondence between Dr. Marcus Stadelmann and Student 6 dated April 1-4, 2014
20. September 4, 2014 Report regarding the investigation of Respondent's discrimination complaint (prepared by UT Tyler's Office of Human Resources)
21. Response from Respondent, submitted on June 17, 2014 as part of the Office of Human Resources' investigation of Respondent's discrimination complaints
22. Investigator notes

6

# VI.
## FACTUAL FINDINGS

**A. Allegation 1 - Respondent made comments of a sexual nature, referring to a student as a "slut" "prostitute" or a "whore" and other comments of a sexual nature**

In this section I discuss the evidence and findings related to Dr. Linehan's alleged comments of a sexual nature.

    1. Evidence in support of the conclusion that Dr. Linehan used language of sexual nature

        a.   Respondent referred to a student as a "slut", "prostitute", or a "whore"

Complainant 1 stated that Respondent first referred to her as a slut, prostitute or a whore during a course in or about 2012. Complainant 1 states that she continued to refer to her by these names in every course she has taken with Respondent (which was a total of eight courses). Respondent often introduced Complainant 1 using one of those terms without explanation to the class regarding its origin. Complainant 1 and Respondent both provided context for the original use of the term indicating it was related to the subject matter being covered in 2012 course. Specifically, Respondent used the example of women in history resorting to prostitution if they became pregnant and placed Complainant 1 in that role for the purpose of the example. Complainant 1 stated that Respondent continued to introduce her or make reference to her using some variation of those terms in subsequent semesters. Complaint 1 stated that she did not take the comment seriously but felt a need to explain the use of terms to her classmates each time she was introduced by Respondent in this manner.

The recording and witness testimony confirm Complainant 1's allegation that the terms were introduced by Respondent (not Complainant 1). Complainant 1 indicates that she became increasingly more uncomfortable by the statement and that she also sensed that her classmates were uncomfortable. Complainant 3 stated that she felt Complainant 1 was afraid to come forward regarding her concerns because she was "scared" of Respondent. Complainant 1 originally submitted her complaint to the department anonymously; but she confirmed during her interview that the concern submitted during the spring 2014 semester was submitted by her. When I interviewed Complainant 1, I believed that she was genuinely wary and embarrassed by the continued use of the terms "slut" and or "prostitute". It is my belief that the perceived treatment of students (unfair grading, public discussions about a specific student's academic status) who came forward to complain about the academic issues in the spring 2014 semester impacted Complainant 1's decision to submit her initial complaint anonymously. I believe she was fearful of being personally embarrassed by Respondent.

All Complainants confirmed that they heard Respondent refer to Complainant 1 during the spring 2014 course as a slut, prostitute or a whore. At least two witnesses, Complainant 4 and Complainant 3, have been in numerous classes with Complainant 1 and Respondent and both confirmed that the language was used in previous courses. Complainant 1 states that she became aware that other students within the Department were aware of the comments made related to her.

7

Respondent stated that she did not refer to Complainant 1 using any of those terms beyond the initial class activity in 2012. She stated that she only used the term in order to inform the class of the nature of the language only after Complainant 1's used the terms. Respondent stated that she did not refer to Complainant 1 specifically as a "slut" or a "slutty girl". The Respondent explained that on February 9, 2012 during a Women's History course the class discussed *Le Miserables,* Complainant 1 agreed to play act the lead role. Complainant 1 portrayed the role of the heroine who had to turn to prostitution which was the only way she could support her child. When asked if she used those terms more than once during a course she stated "only to clarify Complainant 1's statements, yes". Respondent clarified by stating that in subsequent semesters (following 2-12) Complainant 1 would refer to herself as the "unwed slut" and that she would explain the circumstances to each class. Respondent stated that Complainant 1 brought up the reference to herself in every course she took with her and that Complainant 1 posted it on Facebook. When asked about the context under which Complainant 1 would broach the subject Respondent stated that she did not know, but recalled Complainant 1 stating that "Fantine", the heroine in Le Miserables was her favorite character. Respondent was also asked if she had ever referred to Complainant 1 using those terms after 2012 she again stated that only when she needed to clarify the statement to other students. Although the initial example and demonstration utilized in 2012 may have been appropriate for the applicability of the course material it is my opinion that the use of the term "slut" or "prostitute" beyond this class constitutes sexual misconduct.

Respondent states in her response that Complainant 1 referred to herself in this manner and that Complainant 1 has taken the "lead" in using those terms when referring to herself. Respondent stated that she often had to provide explanation or context to the class when Complainant 1 introduced herself.

Further Respondent indicated in her written response that "'slut' is a highly contested word in our culture and one that I would not use". The respondent denied ever referring to a student as: "slut", "slutty girl" or "whore" when asked during her interview. The Respondent is heard during the first class referring to Complainant 1 as "slutty girl".

During the first class of HIST 5388 course (audio recording), Respondent is heard referring to Complainant 1 as "slutty girl". Complainant 1 is also heard vocalizing her discomfort with the comment. Respondent comments "see it does bother you" (Respondent is heard laughing).

 b. Comments of a sexual nature

In relation to Respondent making inappropriate comments of a sexual nature Student 6 submitted a complaint to Dr. Stadelmann in April 2014 expressing concerns regarding the Respondent's comment via Facebook stating that her son's name, ▮▮▮▮▮ means "big penis". The exchange was presented as a screen capture which included a profile picture/graphic of "Captain Crunch". The student refers to the individual in the exchange as Dr. L. and in other electronic exchanges between Dr. Linehan and students the "Captain Crunch" profile picture/graphic identifies the user as Dr. Mary Linehan. This evidence supports the allegation that Dr. Linehan referred to Student 6's son using the term.

8

Based on the foregoing evidence, I find that Respondent did make comments of a sexual nature, referring to a student, Complainant 1, as a "slut" "prostitute" or a "whore" during a course for which the language was not germane to the subject matter being presented. Regarding the comments related to ███████, it is more likely than not that the exchange between Student 6 and Dr. Linehan occurred and that she made the comments.

## B. Allegation 2 - Respondent exhibited inappropriate treatment based on gender including referring to a male student as "she" or "her" and in conducting the "Mr. Women's History Pageant"

In this section I will discuss the evidence and findings related to Dr. Linehan's alleged treatment based on gender.

1. Evidence in support of the conclusion that Dr. Linehan exhibited inappropriate treatment based on gender

   a. Respondent made unusual comments about students' attire

Several witnesses stated that Respondent referred to a male student in HIST 5388 as "she", or "her" after noticing that the male student (Witness 4) was wearing a "flip-flop" style of shoe. Witness 4 recalled Respondent making comments about attire, specifically about his feet while he was wearing "flip-flops". Witness 4 stated that he took the comment as a joke and was not offended. As discussed below, in Section VII. D. similar comments about personal attire were also made by the Respondent towards females. Respondent stated that she did not single anyone out regarding footwear; that she did not like "anyone" wearing flip flops in general, multiple witness indicated that she addressed both men's and women's footwear. Respondent also stated that she did not recall referring to a male student as "she" or "her".

   b. Respondent conducted the "Mr. Women's History Pageant"

Witness 3 confirmed that he participated in the Mr. Women's History Pageant during the spring 2010 semester and that the winner was given a feather boa to wear during the class. He recalled Respondent making a statement that she should have brought her "tampons", as an award for the winner. Witness 3 also indicated that the male student participants were asked to answer "sensitive" questions that he felt were meant to put the male students in touch with their "other genetic side". Based on the demeanor of the witness during the interview and his responses to questions related to his experiences with the Respondent, I believe that he felt demeaned by activity.

Witness 5 indicated that she had met with Witness 3 while he was a student sometime in 2010. Witness 3 stated that he expressed concern regarding Respondent's actions. Witness 5 recalled Witness 3 stating that during one of his courses he had to participate in a fashion show for males only. Witness 3 told her that Respondent made a statement to the effect "she wished she had brought her tampons so she could have given the men tampons as prizes". Witness 5 stated that Witness 3 stated that Respondent "treated men different".

9

UTT_000062

Respondent confirmed that she had conducted the Mr. Women's History Pageant at UT Tyler four times. Respondent admitted to holding this pageant but stated that the contest was a pedagogical technique utilizing questions that are things only women would know. She also stated that since she has been at UT Tyler she did not award tampons but a mirror, Cosmo magazine, body or hand lotion to the male students. When the subject of the contest was addressed by Dr. Ken Wink, Interim Dean, Respondent stated that she did not stop utilizing the contest because he did not tell her to stop the activity. The "Mr. Women's History" contest is also discussed in the Gender Discrimination report as submitted by Mrs. Amy Clem, ad interim Executive Director of Human Resources, September 5, 2014.

Based on the testimony of all witnesses, I find that Respondent engaged in inappropriate treatment of males by requiring male students to participate in a Mr. Women's History Pageant and that prizes that were feminine in nature (such as mirrors, women's magazines, lotions) were awarded to the male students. I also find that the effect of this contest was to demean male students because, as discussed below in Section VII. C., Respondent's expressed view of men is negative (i.e., she thinks "men are pathetic.") Also, based on her negative view of men and the feminine nature of the prizes given to males who participated in this contest, I find that it is more likely than not that Respondent made a statement about wishing she had brought her tampons so she could have given the men contestants tampons as prizes.

Although unusual, I found that the Respondent's comments in general about "flip-flops" were not based on gender because, as stated below in Section D, these comments based on personal attire were made to both males and females and did not discriminate against students based on gender. I found that other comments related to her personal opinion of men in concert with her reference to a male student wearing "flip-flops" as "she" or "her" were based on gender.

## C.  Allegation 3 - Respondent created an environment where males felt intimidated and uncomfortable by making negative comments about men and discussing their academic performance.

In this section I will discuss the evidence and findings related to Dr. Linehan's comments specific to men.

    1.  Evidence in support of the conclusion that Dr. Linehan created an environment where males felt intimidated and uncomfortable

        a.  Respondent made negative comments about men

Respondent is heard making comments on the HIST 5388 audio recording such as, "Discuss that later when I talk about things that upset me...men would be number one" and "men are weird...pathetic". Respondent stated that she was not aware of the statement and that she never told students that "men are pathetic".

10

Complainant 5 recalled an incident during the spring 2014 semester where Respondent requested that he guest lecture for one of her courses. Due to a number of issues and miscommunications, Complainant 5 was unable to guest lecture. Respondent sent a student (Witness 2) to the History department to ask Complainant 5 to come to her class. Upon returning Witness 2 informed Respondent that Complainant 5 was unavailable and Respondent responded to Witness 2 that Complainant 5 was an "ass." Witness 2 made Complainant 5 aware of this incident. Both witnesses corroborated this statement when interviewed.

Respondent referred to a male student as "she" or "her" after observing the student (Witness 4) wearing "flip-flops". Witness 4 stated that he took the comment regarding his footwear as a joke and was not offended.

Complainant 5 stated that Respondent acts "very sexist" towards males in class. Providing the example: Respondent makes comments in class about any given subject matter and then stating "why do men act this way." Complainant 5 also recalled Respondent making similar statements to males in previous classes.

Witness 1 recalled Respondent stating that "you are worthless being a guy, you should be a girl". He also stated that she would "hate on you" for being a guy.

### b. Respondent discussed the academic performance of male students

Complainant 4 stated that she was asked during a previous semester to "talk" to the men and let them know that it was okay to take her class. Complainant 4 also provided copies of a November 17, 2011 email exchange between herself and Respondent where Respondent asks Complainant 4 "could you please post there that I do not hate men." Other email exchanges were also provided by Complainant 4 reflecting Respondent discussing the "rumor" that men will not succeed in her class and the individuals who have spread this "rumor". Respondent denied that she asked a student to communicate that she did not grade males more harshly.

Complainant 2 stated that Respondent made comments to the effect that male students would not receive an "A" grade in class, "if anyone got an A it would be a girl".

Witness 2 stated that she was aware that males would not take a class from Respondent because she would "belittle" them. Respondent stated that she found it hard to believe that students would feel belittled by her.

Complainant 5, and Witness 1 indicated that Respondent would "put down" males who participated in class, that she graded males more harshly. Respondent stated that she grades all students equally. No evidence was provided to support the claim that the Respondent graded males more harshly.

Witness 3 indicated that Respondent made him feel obligated to her because she placed him in an adjunct position. He also stated that he felt she would retaliate against him or prevent him from achieving graduation if he went against her wishes.

11

UTT_000064

Regarding the allegation of whether Respondent graded males more harshly than females, no database exists wherein this information is readily discernible.

Based not only on the testimony of students but on the audio recording of HIST 5388, I find that it is more likely than not that Respondent made negative comments about students' gender (i.e., males) where she created an environment where male students felt intimidated and uncomfortable. I also find that documentary evidence shows that Respondent was aware that her conduct in the treatment of men was demeaning otherwise she would not have asked other students to talk to male students and let them know that it was okay to take her class. Finally, I find that it is more likely than not that she made the following statements (or similar statements) that had the effect of demeaning male students:

- "Why do men act this way."
- "Men are weird…pathetic."
- "You are worthless being a guy, you should be a girl."

### D. Allegation 4 - Respondent made comments regarding students' personal attire (both males and females) thereby allegedly creating an uncomfortable environment

This section will address the findings pertaining to the allegation that Dr. Linehan made comments regarding student's personal attire.

1. Evidence and findings regarding Respondents use of language pertaining to personal attire and gender

a. Respondent made comments regarding students' personal attire

Multiple witnesses (males and females) indicated they had knowledge of Respondent's dislike of exposed feet and "flip-flops", that she made comments during several semesters regarding their footwear. Respondent provided a response indicating that she informed students of the origin of her dislike (i.e., a student who was injured as a result of wearing this style of shoe). Complainant 4 also stated that Respondent made comments related to "flip-flops" and how "disgusting people's feet are". Complainant 2 stated that Respondent referred to the "toe" thing throughout the semester and that the comments about this and attire "created an uncomfortable atmosphere".

Complainant 4 also indicated that Respondent made comments about an individual's personal attire, noting that Respondent had made several comments about Complainant 4 wearing "polo" style shirts that she began calling her "polo" which made her uncomfortable to the degree that she stopped wearing that style of shirt. Respondent stated that she never referred to a student as "Polo". Complainant 4 also stated that Respondent made comments related to "flip-flops" and how "disgusting people's feet are".

Based on the evidence, I do not find that Respondent made comments about students' personal attire that were based on gender or that were meant to discriminate based on gender. Thus, I find no policy violation.

12

**E. Allegation 5 -** **Respondent behaved unprofessionally such as: 1) interacting with students in person and electronically in a manner not appropriate for a professor with a student; 2) directing students to participate in a non-academic Facebook page "HOTties"; and 3) discussing her personal life with students**

This section will address the findings which support the allegation that Dr. Linehan behaved unprofessionally in a manner appropriate for a professor and student.

1.  Evidence in support of the conclusion that Dr. Linehan interacted with students inappropriately

    a.  Respondent interacted without appropriate boundaries with students in person and electronically

Multiple witnesses stated that they felt Respondent "stalked" them on Facebook by capturing personal photos and reposting those images without permission or sharing things she may have seen on their personal Facebook page that did not pertain to class. Respondent makes reference to Facebook during the HIST 5388 audio recording making statements such as: "that's because she's not my friend so I can't creep her and steal her pictures."; "I just stalk them on Facebook."; "I go through their pictures all the time and steal them." Notably, a student is heard responding "that's why I don't post pictures".

During the HIST 5388 recording, there appears to be a discussion about popular items posted on Facebook and that Respondent reviewed the site, several individuals are speaking at once about Facebook and Respondent states "It's fun and I can see all of your secret stuff." A student responded "And then she'll bring it up in class." Then Respondent responds "Yeah, that's always fun." Respondent stated that she did not recall making the comments. She stated that she did not "friend" students on Facebook unless they contacted her. She also indicated that the nature of Facebook allows access to individual's pages and that she did utilize their photos by reposting them without permission to the "HOTties" page.

Complainant 2 stated that she did not use Facebook for personal reasons and that she rarely shared personal information because she felt Respondent used personal information as "leverage" against students.

Complainant 5 stated that he "blocked" Respondent from his Facebook page after becoming aware of issues regarding other students, stating that she "harasses" people through messages on Facebook.

Witness 3 provided a copy of an email sent by Respondent to him, Dr. Tabri, Dr. Newsome and Dr. Gajda (faculty in the department) dated August 9-11, 2010 speculating as to whether "Dan"

13

(faculty) was leaving the university and whether his house sold. Witness 3 was a student at the time of this correspondence which included faculty. Respondent stated that she did not include students in an email discussing department administration and faculty.

Witness 2 stated that she felt Respondent would "get too personal with the students," that there is a fine line between professor and friend and that she feels Respondent is trying to be both.

> 2. Evidence in support of the conclusion that Respondent used social media "HOTties", for academic purposes

>> b. Respondent directed students to participate in a non-academic Facebook page "HOTties"

Multiple witnesses stated that Respondent encouraged them to participate in the Historians of Tyler ("HOTties") Facebook page, a page that was not affiliated with UT Tyler. Complainant 2 stated that Respondent posted course information on this site. Witness 4 stated that he was confused by the site and originally thought it was an official channel of communication for the class but learned that it was an external site. He also stated that Respondent created a fundraiser for a student on the site and felt she "pushed" students to support this cause. Complainant 4 stated that Respondent used the Facebook page to post course information beyond Blackboard.

During the spring 2014 audio records, Respondent is heard explaining the benefits of the Historians of Tyler Facebook page to the class. Respondent states that "the "HOTties" will have first access to the fall schedule which will be posted on Friday".

During the interview the Respondent was asked if the "HOTties" site was the page created for an Educational purpose, she indicated it was not. Respondent also addressed this in her written response, however she is overheard during the first class informing students that the "HOTties" will have first access to the fall schedule. This contradiction contributed to the student's perception that the "HOTties" site was an official University of Texas site.

> 3. Evidence in support of the conclusion that Dr. Linehan discussed and engaged students in her personal life

>> c. Respondent discussed her personal life with students

Multiple witnesses stated that Respondent discussed her personal life with students. Complainant 4 stated that Respondent used class time to discuss her personal life. Respondent is heard discussing "██████" and "██████" during the audio recording of the HIST 5388 course (which were not class-related discussions). Respondent indicated that ████ had been discussed with students because many knew he was her best friend.

14

Complainant 5 stated that Respondent spoke frequently about an individual named "███" when he was a student in her undergraduate courses. Witness 1 recalled that Respondent spoke frequently of her physical trainers in class. Witness 3 provided copies of his electronic communication with Respondent. Two individuals are mentioned frequently, "███" (Witness 3 thought he was a friend of Respondent) and "Trainer" (whom he thought was her personal trainer). Respondent is heard making reference to being in a bad mood on the audio recording from the HIST 5388 course, stating "███ and I aren't speaking...." (which was not a class-related discussion).

Complainant 4 recalled several statements made by Respondent during an undergraduate class in 2011 that she felt were inappropriate and not pertaining to the course content. Respondent made statements about finding some lesbians on Craigslist that were going to Canton Trade Days and that she wanted to go but she didn't want to be the "awkward or the fourth or fifth person".

Complainant 4 also recalled Respondent making a comment that the reason Nancy Regan's skin appeared so young is because she put Ronald Regan's sperm on her face every night. Respondent stated that she did not make these statements but instead stated that Complainant 5 had shared the information related to Nancy Regan.

Witness 3 stated that Respondent asked him to run errands for her while he was a graduate student in the department. She asked him to pick up her lunch, get her drinks, to run personal errands both on campus and off and to perform various tasks at her home. Witness 3 stated that tasks performed at her home included things like taking out the trash, and picking her up from the airport. He stated that he was compensated by Respondent. Respondent confirmed that Witness 3 performed various tasks for her at her home for which he was compensated. She stated that Witness 3 was not her Graduate Assistant at the time and that she did not refer to him as her "home improvement dude". She indicated that tasks performed in her home had no effect on their academic life. She also stated that she stopped utilizing students for personal tasks in her home when Dr. Slann informed her to stop.

Witness 3 stated that Respondent called him multiple times, often multiple times a day on his personal phone regarding topics unrelated to his academics. He also states that she made an issue of wanting to speak to his personal physician regarding his health. The Dean of Students verified this exchange in the documentation provided by Witness 3 dated August 8, 2010. Respondent requested that he bring her ice cream after sharing that she asked "Trainer" to bring her ice cream the night before, this exchange was verified in the documentation provided by Witness 3 dated August 6, 2010.

Witness 3 recalled a time when Respondent directed him to pick up an envelope left for her on campus by "Trainer" (a person Witness 3 understood to be her personal trainer) and bring it to her office. Respondent sent him an email from "Trainer" dated November 4, 2010 that indicated that he was attempting to provide the respondent with a refund ($400 in cash) for services not rendered.

15

"Trainer" further states that he is aware that she has students' involved in her personal business transactions and dealings and that that is a violation of the universities code of ethics. Respondent sent this message to Witness 3 and he was later instructed to disregard the email and to delete it. The copy of this correspondence provided by Witness 3 indicates that Respondent addressed/forwarded the messages directly to Witness 3's email. Respondent denies that Witness 3 picked up the money on her behalf.

Based on the foregoing evidence, I find Respondent's conduct unprofessional and inappropriate such as interacting with students electronically regarding topics that were non-academic in nature; asking students to run errands not related to the educational environment; intruding in students personal lives and using social media as a means of intruding in the personal lives of students without their permission.

I also find that it is more like than not that Dr. Linehan communicated the "HOTties" site to students in such a way that many perceived it to be associated with The University of Texas at Tyler, Department of History.

## F.    Allegation 6 - Respondent created a hostile environment where students feared retaliation.

This section will address the evidence and findings related to whether Dr. Linehan created a hostile environment for students.

1. Evidence in support of the conclusion that Dr. Linehan created a hostile environment for students where students feared retaliation

a.    Respondent created a hostile environment

Witness 3 provided numerous exchanges between Respondent and himself. An email exchange dated November 8, 2010 where Witness 3 states "All am trying to tell you I'm busy and stressed out so please stop sending me your problems I'm tring to finish this paper so I can move on to the next thing that needs my attention....", he later states "I have asked you to stop emailing me, now it appears that you are somehow attacking me as a person as well as a student. Because of this I feel we can no longer operate on a student professor relationship." Witness 3 indicates that he will take all communication between him and Respondent to the Deans office. He provided the department of History with a copy of his email exchanges.

Multiple witnesses indicated that they were made to feel uncomfortable due to the statements made when referring to Complainant 1 as a "slut", "prostitute" or a "whore".

Complainant 2 states that after sharing her academic grievances with Respondent she felt humiliated in class.   Specifically, Respondent challenged her perception of the concern related to

16

the changes in class stating that none of the other class members had issues. Complainant 2 felt that she was being graded more harshly on Blackboard after addressing her grievance. Complainant 2 stated that students were afraid to come forward because they were afraid of what Respondent would do to their grades or their career.

Complainant 3 also stated that she found Respondent to be combative after she expressed her academic concerns directly to her and that she was afraid the respondent would retaliate against her for coming forward. For example, Respondent accused Complainant 3 of plagiarism, stating that the source she used for her book review was not acceptable. Complainant 3 was able to determine via Blackboard that other members of her class were utilizing the same source.

Complainant 4 stated that she felt students were intimidated by Respondent and that she would retaliate against them through grades and impacting their ability to graduate. Complainant 4 also felt this fear intimidated students into not expressing their concerns about Respondent's class. Multiple witnesses (current and former students, Complainant 5, Witness 3, Complainant) indicated a fear that she would impact their academic careers.

Complainant 5 stated that Respondent would make comments about a student's personal life in class and that she would bash/go after/attack with posts to Blackboard that could be viewed by other members of the class. For example, he perceived that if she didn't like the students she would attack them by grading them poorly on Blackboard. She had no written expectations for what students should post on Blackboard.

Witness 4 stated that the overall tension he experienced in the spring 2014 class as it pertained to academic issues, personal perceptions and hostilities affected his classroom experience.

Witness 1 stated that following summer 2011 he felt Respondent was not fair with regard to grading and class participation and he dropped the class. He felt she graded males more harshly. He indicated that he could not enroll at UT Tyler and pursue a Master's degree in History as long as she was on faculty because he feels she has not treated him fairly.

Witness 3 indicated that Respondent made him feel obligated to her because she placed him in an adjunct position, using the phrase "reciprocity" when explaining his relationship with her.

Witness 3 was quite adamant about his fear of her influence on his ability to secure employment in his field and in academia. He stated that he withheld his true place of employment from anyone who might know her, expressing that the academic community was small and that he told individuals that he was employed at one college while actually working at another in an attempt to prevent her from harming his career. Respondent stated that she was surprised to hear that students were of afraid of her. When asked what reasons Witness 3 thought she might retaliate against him, he stated "Other than the fact she is a pyscho? No. She is extremely clever and to her it's probably just good sport ruining anyone who stands up to her."

17

UTT_000070

Witness 3 was asked if he was interested in returning to UT Tyler to pursue other courses he indicated that he was and that he "loved higher learning" but he would not return nor allow his children to attend the university as long as she was teaching at UT Tyler.

Based on testimony of each witness, I find that it is more likely than not that Respondent created a hostile environment where the students feared that the Respondent would negatively impact their grades or influence their academic career.

## VII.
## CREDIBILITY ASSESSMENTS

All complainants and witnesses were interviewed in person. When follow-up was necessary all witnesses and complaints (with the exception of Complainant 2/witness) responded in a timely fashion and adequately addressed the questions presented.

**A.**    Complainant 1 – When Complainant 1 met with me she was calm and able to recall and articulate instances where Respondent made comments that made her feel uncomfortable. She also conveyed no malice and made a point of providing her own justification for the use of language when she perceived it as a joke.

**B.**    Complainant 2 – I found Complainant 2 to be forthcoming and honest with regard to the presentation of information regarding her complaint. She was genuinely concerned about the dynamics of the course and her ability to succeed in the course based upon the environment.

**C.**    Complainant 3 – I found Complainant 3 to be open and willing to share information related to the complaint. Her message was consistent each time I met with her and her concerns related to the complaints were corroborated by other witnesses. Complainant 3/witness indicated that prior to the complaint regarding her academics she had a positive relationship with the Respondent.

**D.**    Complainant 4 – Complainant 4 was calm and meticulous with regard to recalling incidents related to the complaint. She provided evidence to support various statements and openly acknowledged that she previously had a positive relationship with Respondent. She expressed her desire to improve the professionalism of the faculty member as well as improve the course for future students.

**E.**    Complainant 5 – Complainant 5 was composed and direct when addressing the nature of his complaint. He articulated clearly his experiences and concerns regarding professionalism and challenges related to academic issues.

18

UTT_000071

F.     Witness 1 – Witness 1 presented his experiences in a clear and concise manner. He was open with regard to the challenges related to his interactions with Respondent regarding a perceived threat.

G.     Witness 2 – Witness 2 was direct with regard to answering questions and willingly offered information from her perspective. Witness 2 stated that Respondent was a great advisor and that she had been helpful to her academically.

H.     Witness 3 – I found Witness 3 to be very thoughtful when addressing questions. It was evident from his demeanor that he felt the need to be guarded when responding. He was fearful that Respondent would find out where he was and impact him professionally. His statements related to his experiences were supported significantly by documentation and by other witnesses.

I.     Witness 4 – Witness 4 was calm and thorough during the interview. I felt he was honest with regard to his perception of the "perceived" complaint related to gender and indicated that he was not offended.

J.     Witness 5 – When interviewed Witness 5 was open and honest when conveying her knowledge of the interaction with Witness 3. She clearly recalled his concern for confidentially as it related to his academics and career based upon his experiences with the respondent.

K.     Witness 6 – Witness 6 was calm and direct while conveying her interactions with Witness 3. She was honest as it pertains to areas she was unable to recall due to the time period. She provided supporting documentation in a timely manner as it pertained to the complaint as presented by Witness 3

L.     Witness 7 – Witness 7 responded promptly to questions when asked. Was direct and forthcoming when providing information. I found him to be a credible witness.

M.     Respondent – Respondent was calm when conveying her responses to questions and considerate when evaluating questions for which she was unsure. She seemed genuinely confused by various statements when asked to confirm or deny if those statements were made by her.

UTT_000072

# VIII.

# CONCLUSION

*Allegations of Respondent's Comments of a Sexual Nature*

Complainant 1 alleges that Respondent consistently referred to her as a "slut" or a "prostitute". Both Complainant 1 and Respondent agree that the use of the language (specifically prostitute) was introduced as part of a class exercise during 2012. Complainant 1 and several witnesses state that Complainant 1 was introduced during the 2012 class and future classes with Respondent using the term "slut" or "prostitute" to refer to Complainant 1. Although Respondent states that Complainant 1 introduced herself in this manner and that she only addressed the language to clarify, this was not the case during the first class of the spring 2014 semester of the History 5388.001 course as Respondent is clearly heard referring to Complainant 1 as "slutty girl" on course audio and making a statement which implies that the language has been used previously. While I do find that the Respondent did use the terms "slut", "prostitute" or "whore," she explained that it was used as a term to discuss an academic issue related to the Women's History Class and Complainant 1 admitted that it was initially used as part of a class exercise. Based on witness testimony indicating that the Respondent referred to Complainant 1 as a "slut", "prostitute" or "whore" during semesters beyond 2012 and the Respondent's use of the phrase "slutty girl" during the spring 2014 course I find that it is more likely than not the Respondent utilized these or similar terms beyond the 2012 semester in a manner not germane to the course subject. I find the Respondent used terms that were directed towards an individual that were unprofessional and inappropriate for the classroom and thus I find her in violation of the Sexual Harassment Policy, specifically Sexual Misconduct.

*Allegations of Respondent's Treatment Based on Gender*

Several Complainants allege that Respondent addressed a male member of her class during the spring 2014 semester of the History 5388.001 course by referring to him as "she" or "her". The student in question stated that he was not offended by any of the comments made by Respondent and thought they were said in jest. Although students confirmed that she referred to a male as a "she" or "her", Respondent stated that she did not refer to a female student as male or a male student as female. Regardless, I find that these comments by Respondent were indeed made and although I feel the Respondent has a proven pattern of demeaning males, I do not find enough evidence to conclude that in this instance the comment(s) were intended for that purpose.

Allegations related to attire were not limited to one gender however students confirmed that the Respondent's reference to a student as "she" or her" during class stemmed from his footwear. Respondent verified that she made comments regarding students specifically wearing flip flops and provided a reason for these comments that pertain to the student's safety. Although a female student complained that she was frequently referred to as "Polo" because of her choice of attire— which Respondent denied, males were largely the focus of her comments. In sum, the frequency of these comments over a period of time created an environment where students (particularly, male students) were uncomfortable wearing not only flip flops but any open-toed shoes.

20

UTT_000073

Complainants also alleged that Respondent conducted a "Mr. Women's History Pageant (which included the males in her class) in one of her courses where the male winner was given a feather boa to wear during the class; that Respondent made a statement about giving out "tampons" as prizes; and that male students were asked to answer "sensitive" questions that were meant to put the male students in touch with their "other genetic side". Respondent admitted to holding this pageant but stated that the contest was a pedagogical technique utilizing questions that are things only women would know. I find that the Respondent engaged in inappropriate treatment of males by requiring male students to participate in a Mr. Women's History Pageant and that prizes that were feminine in nature (such as mirrors, women's magazines, lotions) were awarded to the male students. I also find that the effect of this contest was to demean male students because Respondent's view of men is negative (i.e. she thinks "men are pathetic.") Also based on her negative view of men and the feminine nature of the prizes given to males who participated in this contest I find that it is more likely than not that Respondent made a statement about wishing she had brought her tampons so she could have given the men contestants tampons as prizes. While I do not find that Respondent conduct related to the "Mr. Women's History Pageant" constitutes sexual misconduct, I do find that it was discriminatory based on gender (i.e., male) and thus violates the Nondiscrimination Policy.

Finally, several witnesses indicated their personal experiences with Respondent's opinion of men. Specifically, various witnesses stated that they or their male peers received poor grades, and that males were treated differently in class based on their gender. Indeed, one witness provided evidence that Respondent was aware of this perception and asked that she assist her in changing this perception. In addition Respondent is heard on audio using negative language as it pertains to men, this pattern is substantiated by witness account. Respondent response to this allegation and perception was that she had never treated males differently, graded them differently, or stated that she had general dislike for males or asked a student to help change this perception.

In sum, students' allegations that Respondent treats males differently than females is supported by the evidence. For example, the consistent use of a contest singling out one gender (i.e., males), and multiple statements made during class indicating a general dislike for males support the allegation that Respondent created an environment where male students felt intimidated and uncomfortable.

### *Allegations that Respondent created an environment where males felt intimidated and uncomfortable*

Complaints and witness indicated that over time they perceived Respondents opinion of men to be negative based upon comments such as "men are pathetic", men are the number one thing that upset her and that males were singled out in classes. Respondent indicated that she did not treat males differently nor did she grade them differently. While allegations related to grades were not confirmed, the use of language related to men is documented. Respondent is noted requesting Complainant 4 to "talk" to men and let them know it was okay to take her class, which confirms her knowledge of a perception that male students were fearful of taking her class.

Various Witnesses indicated that Respondent belittled males, put them down or behaved in a sexist way towards males. Complainants and witnesses also indicated Respondent implied that men wear worth less by stating that the male student should be a girl and that girls received "A" grades.

21

Respondent's consistent use of the "Mr. Women's History" pageant and the type of questions and prizes presented support the allegation that Respondent made males feel uncomfortable.

Furthermore two Witnesses, indicated that they feared the impact she could have on their academic career. One witness stated that he withdrew after feeling she did not grade him fairly and that he would not return as long as she was on faculty with the department. A second witness indicated that he would not return to the University and that he had taken extra measures to insure that she would not be able to locate him after he graduated in order to prevent Respondent from having a negative impact on his career.

Respondent over time created an environment where males felt intimidated and uncomfortable due to her use of language, singling them out in class and references to low grades.

### Allegations regarding Respondent's Comments Related to Attire

While it is evident Respondent made numerous comments related to student's footwear there is no indication that these comments were used to target a specific gender. Complainant 4 indicated that Respondent referred to her as "Polo" so frequently that she became uncomfortable and stopped wearing that style of clothing. While there is no direct evidence that Respondent referred to complainant or that the use of the term if used was related to her gender, the pattern of overly targeting students based upon their attire (i.e. footwear), frequently brining up former language to introduce students (i.e. "slut", "prostitute", "whore") and the reference to a male student as "she" or "her" indicate that it is likely a student would perceive any such comments as uncomfortable and consistent with Respondents demeaning of individuals based upon gender.

### Allegations regarding Respondent's Unprofessionalism

Complainants allege that Respondent would take phone calls during class; ask students to answer her phone during class; and direct students to participate in a non-academic Facebook page called the "HOTties". These allegations of unprofessionalism have been verified by numerous witnesses and the History 5388.001 course audio recordings. Respondent frequently made reference to individuals who were perceived by students as her friends during class and is heard discussing those individuals during the course audio recordings.

While Respondent provided background regarding the purpose of the "HOTties" Facebook page, witnesses, however, students indicated their confusion over the use of this site and its application as it related to their course work (i.e., whether it was an official form of class communication). More specifically, the site was used for purposes unrelated to the course such as acquisition of student's personal photos, re-posting photos or information about students to this site without permission and thus contributed to the students' confusion. Respondent admits frequenting individual student's Facebook pages and utilizing their images elsewhere without their permission. During the audio recording of the History 5388.001 course, Respondent is heard making comments similar to "creeping" their pages even though she was told by Dr. Martin Slann to cease this activity on May 8, 2012. Based on the level of personal comments, phone calls, use of language when referring to students, continued misuse of social media and information shared about and on the

22

UTT_000075

Historians of Tyler site, it is clear that that Respondent engaged in conduct that was not professional.

***Allegations that Respondent created a hostile environment where students feared retaliation if they reported her conduct.***

Several students indicated their concerns regarding Respondent's treatment of students—citing her demeanor in class; body language; observed treatment of males and females; and the issues related to academic course challenges in the spring (which are addressed by the College of Arts and Sciences in a concurrent investigation) contributed to a general fear of retaliation. For example, Complainant 1 originally submitted an anonymous letter complaint to the department because she feared retaliation by Respondent. Also a student witness verified that Respondent called another student an "ass" after that student could not do something Respondent wanted him to do. After speaking with Complainant 1 and other witnesses, I found their fear of retaliation to be genuine.

Generally, I believe that Respondent created a hostile environment for students (and males in particular). Witness 3 and Witness 1 both indicated that they would not return to UT Tyler unless she was not longer employed. Their concerns stemmed from a fear that she would have a negative impact on their academic career. The most recent complaints filed by the Complainants articulate the same concern. Complainant 1 was initially unwilling to submit her complaint regarding the academic issues and her treatment due to fear.

After completing the interviews and reviewing documentation presented, the evidence indicates that Respondent was in violation of The University of Texas at Tyler HOP 2.4.4, *Sexual harassment by faculty, staff, or visitor*, HOP 2.4.1 *Nondiscrimination Policy and Complaint Procedure* and that she engaged in unprofessionalism conduct. The Complainants were made to feel uncomfortable by these comments and behaviors. I also found her statements "men would be number one" thing that upset her and that "men are weird...pathetic" as strong evidence of her general dislike of males and the basis for treating them differently. Based on multiple witness interviews, corroboration among statements made by the Complainants, audio files from the spring History 5388.001 class, and various documents, the evidence shows that gender bias was real as it pertains to men. Thus, Respondent was not only unprofessional but created an environment where students were limited in their ability to participate in or benefit from UT Tyler's educational program on the basis of gender.

Respondent violated The University of Texas at Tyler HOP 2.4.4, *Sexual harassment by faculty, staff, or visitor* by engaging in inappropriate verbal conduct of a sexual nature inappropriate for the classroom. Based on the documentation and witness corroboration Respondent is also found to have violated HOP 2.4.1, *Nondiscrimination Policy and Complaint Procedure* by engaging in conduct that discriminated against students based on gender. Based on the violations of policy, I recommend that the Provost and Vice President for Academic Affairs consider taking disciplinary action, up to and including termination, against Respondent.

23

UTT_000076

# (Audio File)

# UTT_000798

# (page intentionally left blank)

# FW: Re: last chance

**Sent:**        Friday, November 19, 2010 3:02 PM
**To:**          awolf@uttyler.edu
**Categories:**  Red Category

From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
Sent: Thursday, November 04, 2010 4:15 PM
To:
Subject: Fw: Re: last chance

This is the whole story.  Feel free to delete.  But, when you go over, you are a
co-worker, not a student.  I don't put it past this guy to call the police!

-----Forwarded Message-----
>From: mlinehan13@earthlink.net
>Sent: Nov 4, 2010 4:20 PM
>To:
>Subject: Re: last chance
>
>I thought you would see things my way!
>
>-----Original Message-----
>>From:
>>Sent: Nov 4, 2010 11:21 AM
>>To: mlinehan13@earthlink.net
>>Subject: Re: last chance
>>
>>
>>
>>
>>
>>
>>I find it very hard to believe that you can not walk from the ADMIN parking lot
into the building. However, I have made two seperate efforts to return your refund
to you and YOU are the one refusing to go get it.  So, in one final attempt, your
student may be allowed to go get the money, but it will be counted in front of them
and they will sign your name AND their own for it and be held responsible for
getting it to you.  I am not making this difficult on you, and have made the
compromise to put the money at your workplace, yet this is still disagreeable to
you.
>>
>>The money has been available for you to receive it since Oct. 26 and the
implication that I am trying to "spite" you is very insulting.  I have not once
threatened you or said anything derragatory, yet you continue to do so to me.  I
have read my training manual and its ethics policies and am fully aware of what it
states.  I am also aware that having students involved in your personal business
transactions and dealings is a violation of the University's code of ethics.
>>
>>Your refund is available as I type this, and hope that this will be the end of
our transaction.
>>
>>
>>
>>
>>

RE: how evil do you have to be?   Document 64-8   Filed 09/07/17   Page 50 of 108 PageID of2
Case 6:16-cv-00066-RWS-JDL   Document 54-8   Filed 08/03/17   Page 60 of 118 PageID #:
4017
601

## RE: how evil do you have to be?

**Sent:** Sunday, August 08, 2010 12:31 PM
**To:** mlinehan13@earthlink.net

surely

---

From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
Sent: Sunday, August 08, 2010 12:30 PM
To: ███████████
Subject: RE: how evil do you have to be?

definitely

-----Original Message-----
>From: █████████████████████
>Sent: Aug 8, 2010 1:28 PM
>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>Subject: RE: how evil do you have to be?
>
>maybe so
>
>
>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>Sent: Sunday, August 08, 2010 12:27 PM
>To: ███████████
>Subject: RE: how evil do you have to be?
>
>yes, but they do know how to use the possessive.
>
>-----Original Message-----
>>From: ████████████████████
>>Sent: Aug 8, 2010 1:24 PM
>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>Subject: RE: how evil do you have to be?
>>
>>Warlock do not have phds
>>
>>
>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>Sent: Sunday, August 08, 2010 12:23 PM
>>To: ███████████
>>Subject: RE: how evil do you have to be?
>>
>>I have a doctorate.  As does your chiropractor.  So don't be a mental fuck-up
listen to the man!
>>
>>-----Original Message-----
>>>From: ████████████████████
>>>Sent: Aug 8, 2010 1:21 PM
>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>Subject: RE: how evil do you have to be?
>>>
>>>good point
>>>
>>>
>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>Sent: Sunday, August 08, 2010 12:04 PM

>>>To: [REDACTED]
>>>Subject: RE: how evil do you have to be?
>>>
>>>and some people are just mentally fucked up.
>>>
>>>-----Original Message-----
>>>>From: [REDACTED]
>>>>Sent: Aug 8, 2010 12:55 PM
>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>Subject: RE: how evil do you have to be?
>>>>
>>>>some people hate change so much that they force themselves in to it
>>>>
>>>>_____
>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>Sent: Sunday, August 08, 2010 11:25 AM
>>>>To: [REDACTED]
>>>>Subject: RE: how evil do you have to be?
>>>>
>>>>Just got off the phone with Pat.  She said when Dan was hired (but no longer)
that if you stayed here 10 years, you and your family got lifetime medical care.
He gave that up too.
>>>>
>>>>-----Original Message-----
>>>>>From: [REDACTED]
>>>>>Sent: Aug 8, 2010 12:20 PM
>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>Subject: RE: how evil do you have to be?
>>>>>
>>>>>not evil sociopathic
>>>>>
>>>>>_____
>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>Sent: Sunday, August 08, 2010 9:35 AM
>>>>>To: [REDACTED] ; [REDACTED]
>>>>>Subject: how evil do you have to be?
>>>>>
>>>>>How evil do you have to be to relocate your family and sell your house
(presumably at a loss) to take a temp job, when all you had to do was teach an
extra survey and decorate a bulletin board?

UTT_000251

https://sn2prd0102.outlook.com/owa/?ae=Item&t=IPM.Note&id=RgAAAAkNNtJZ%2bo...   5/9/2011

RE: wow.
Case 6:16-cv-00066-RWS-JDL  Document 54-3  Filed 08/03/17  Page 52 of 108  Page 4 of 5
Case 6:16-cv-00066-RWS-JDL  Document 54-3  Filed 08/03/17  Page 62 of 118  PageID #:
5039

```
>>>Sent: Sunday, August 08, 2010 9:28 AM
>>>To:
>>>Subject: RE: wow.
>>>
>>>i don't see how that is possible.
>>>
>>>-----Original Message-----
>>>>From:
>>>>Sent: Aug 8, 2010 10:13 AM
>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>Subject: RE: wow.
>>>>
>>>>YES I DO!!!!!!!
>>>>
>>>>_____
>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>Sent: Saturday, August 07, 2010 10:40 PM
>>>>To:
>>>>Subject: RE: wow.
>>>>
>>>>no. no you don't,
>>>>
>>>>-----Original Message-----
>>>>>From:
>>>>>Sent: Aug 7, 2010 11:31 PM
>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>Subject: RE: wow.
>>>>>
>>>>>yes I do
>>>>>
>>>>>_____
>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>Sent: Saturday, August 07, 2010 10:09 PM
>>>>>To:
>>>>>Subject: RE: wow.
>>>>>
>>>>>and you don't know the half of it.
>>>>>
>>>>>-----Original Message-----
>>>>>>From:
>>>>>>Sent: Aug 7, 2010 10:43 PM
>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>Subject: RE: wow.
>>>>>>
>>>>>>true, but those services are also exceptional
>>>>>>
>>>>>>_____
>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>Sent: Saturday, August 07, 2010 10:56 AM
>>>>>>To:
>>>>>>Subject: RE: wow.
>>>>>>
>>>>>>At least the sarcasm comes free.  other services have to be bought and paid
for.
>>>>>>
>>>>>>-----Original Message-----
>>>>>>>From:
>>>>>>>Sent: Aug 7, 2010 12:19 AM
>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>Subject: RE: wow.
```

UTT_000253

>>>>>>>
>>>>>>>what does the t-shirt say- "Sarcasm- just another service I offer"
>>>>>>>
>>>>>>>_____
>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>Sent: Friday, August 06, 2010 6:29 PM
>>>>>>>To: █████
>>>>>>>Subject: RE: wow.
>>>>>>>
>>>>>>>wouldn't that be loverly?
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>>From: ████████████████████████████████
>>>>>>>>Sent: Aug 6, 2010 7:20 PM
>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>Subject: RE: wow.
>>>>>>>>
>>>>>>>>mike can only be stopped by creating a social program funded and managed by
the federal government.
>>>>>>>>
>>>>>>>>_____
>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>Sent: Friday, August 06, 2010 10:31 AM
>>>>>>>>To: █████
>>>>>>>>Subject: RE: wow.
>>>>>>>>
>>>>>>>>So, you're going to turn me down on the ice cream thing too? :)  I am
really happy that you at least had a good night's sleep, sans junior I hope. Let's
hope you can get that excruciating pain cracked out of you so you can go back to
watching Mike.  he's your friend.  Trust Mike. Love Mike. Follow Mike.
>>>>>>>>
>>>>>>>>-----Original Message-----
>>>>>>>>>From: █████████████████████████████████████
>>>>>>>>>Sent: Aug 6, 2010 9:20 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: wow.
>>>>>>>>>
>>>>>>>>>Ergo?  I did have a ok nights sleep, in quite a bit of pain this morning
>>>>>>>>>
>>>>>>>>>_____
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Friday, August 06, 2010 7:20 AM
>>>>>>>>>To: █████
>>>>>>>>>Subject: wow.
>>>>>>>>>
>>>>>>>>>Not to minimize what you went through, but this withdrawal stuff is
rough.  I spent the night begging Jeremy to bring me gallon of Goldenbrook Vanilla
ice cream.  He did not think this was a good idea.  Sadly, there is no way I'll be
driving today and, ergo, no ice cream.  Someone would make a fortune delivering ice
cream and treats to crazy old ladies.  I really hope you had a good night's sleep.

Case 6:16-cv-00066-RWS-JDL   Document 54-8   Filed 08/03/17   Page 54 of 108 PageID #:
4621
Case 6:16-cv-00066-RWS-JDL   Document 54-8   Filed 08/03/17   Page 64 of 118 PageID #:
605

## RE: RE:

████████████████

**Sent:** Tuesday, August 10, 2010 1:43 PM
**To:**   mlinehan13@earthlink.net


to some


From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
Sent: Tuesday, August 10, 2010 1:40 PM
To: ████████
Subject: RE: RE:

i know, but i'm just impressed the thought of cooking cheese.  and the life jd sang
about was very simple too "friends and family" that's really all that is important

-----Original Message-----
>From: ████████████████████████████
>Sent: Aug 10, 2010 2:38 PM
>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>Subject: RE: RE:
>
>i cook more than cheese and my life is really pretty simple
>
>_____
>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>Sent: Tuesday, August 10, 2010 1:19 PM
>To: ████████
>Subject: RE: RE:
>
>not buying that.  Tell you why.  A.  you are way, way deeper than that.  B. when
you were talking about the way you cook and fry cheese it made me think about what
I always liked best about JD and it is something REK also touched on in that Home
song.  I picture you cooking cheese with all your loved ones and friends around you
and it takes me back to so many JD songs I wanted to believe in about "friends
around the campfire" and having a community to which you belonged.  Your image of
cheese cooking just seemed very lovely and peaceful and the way life is supposed to
be.
>
>-----Original Message-----
>>From: ████████████████████████████
>>Sent: Aug 10, 2010 2:07 PM
>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>Subject: RE: RE:
>>
>>because he's not the beatles
>>
>>_____
>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>Sent: Tuesday, August 10, 2010 1:04 PM
>>To: ████████
>>Subject: RE: RE:
>>
>>your gardening skill is not really the share i am interested in.  i want to know
why jd makes you cry.
>>
>>-----Original Message-----
>>>From: ████████████████████████████
>>>Sent: Aug 10, 2010 1:54 PM

UTT_000255

```
>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>Subject: RE: RE:
>>>
>>>i was
>>>
>>>_____
>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>Sent: Tuesday, August 10, 2010 12:50 PM
>>>To: ███████████
>>>Subject: RE: RE:
>>>
>>>you got to share first.
>>>
>>>-----Original Message-----
>>>>From: ███████████████████
>>>>Sent: Aug 10, 2010 1:46 PM
>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>Subject: RE: RE:
>>>>
>>>>then i won't ask, but i thought we were sharing
>>>>
>>>>_____
>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>Sent: Tuesday, August 10, 2010 12:46 PM
>>>>To: ███████████
>>>>Subject: RE: RE:
>>>>
>>>>if i told you, it would kill you.
>>>>
>>>>-----Original Message-----
>>>>>From: ███████████
>>>>>Sent: Aug 10, 2010 1:38 PM
>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>Subject: RE: RE:
>>>>>
>>>>>and what would that be
>>>>>
>>>>>_____
>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>Sent: Tuesday, August 10, 2010 12:33 PM
>>>>>To: ███████████
>>>>>Subject: RE: RE:
>>>>>
>>>>>I know we are great connivers, and I use that power to battle the
decepticons.  However, it is far from my greatest superpower.
>>>>>
>>>>>-----Original Message-----
>>>>>>From: ████████████████████████████
>>>>>>Sent: Aug 10, 2010 1:23 PM
>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>Subject: RE: RE:
>>>>>>
>>>>>>sure we are , you just don't see our advantage properly
>>>>>>
>>>>>>_____
>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>Sent: Tuesday, August 10, 2010 12:20 PM
>>>>>>To: ███████████
>>>>>>Subject: RE: RE:
>>>>>>
```

>>>>>>>>>Sent: Tuesday, August 10, 2010 10:24 AM
>>>>>>>>>To: █████████
>>>>>>>>>Subject: RE: RE:
>>>>>>>>>
>>>>>>>>>really?  that hasn't been obvious all semester at all.
>>>>>>>>>
>>>>>>>>>-----Original Message-----
>>>>>>>>>From: █████████████████████
>>>>>>>>>Sent: Aug 10, 2010 11:18 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: RE:
>>>>>>>>>
>>>>>>>>>I want him to win anyway
>>>>>>>>>
>>>>>>>>>_____
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Tuesday, August 10, 2010 10:17 AM
>>>>>>>>>To: █████████
>>>>>>>>>Subject: RE: RE:
>>>>>>>>>
>>>>>>>>>To sit there and sulk while █████ joyously does the work would be you
presenting manly skills,not womanly skills.
>>>>>>>>>
>>>>>>>>>-----Original Message-----
>>>>>>>>>From: "Dixon, Jason" <jdixon@patriots.uttyler.edu>
>>>>>>>>>Sent: Aug 10, 2010 11:14 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: RE:
>>>>>>>>>
>>>>>>>>>maybe i'll just pretend, and while i'm at it i'll just pretend not to
play
>>>>>>>>>
>>>>>>>>>_____
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Tuesday, August 10, 2010 10:13 AM
>>>>>>>>>To: █████████
>>>>>>>>>Subject: RE: RE:
>>>>>>>>>
>>>>>>>>>we don't have a sink in the classroom.
>>>>>>>>>
>>>>>>>>>-----Original Message-----
>>>>>>>>>From: █████████████
>>>>>>>>>Sent: Aug 10, 2010 11:08 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: RE:
>>>>>>>>>
>>>>>>>>>maybe i'll go with dishwashing- real women's work
>>>>>>>>>_____
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Tuesday, August 10, 2010 10:00 AM
>>>>>>>>>To: █████████
>>>>>>>>>Subject: RE: RE:
>>>>>>>>>
>>>>>>>>>well, whatever skill you choose to present, I am sure it will be
almost as good at █████████
>>>>>>>>>
>>>>>>>>>-----Original Message-----
>>>>>>>>>From: █████████████████████
>>>>>>>>>Sent: Aug 10, 2010 8:45 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>

https://sn2prd0102.outlook.com/owa/?ae=Item&t=IPM.Note&id=RgAAAAkNNtJZ%2bo...   5/9/2011

>>>>>>>>>>>>>Subject: RE: RE:
>>>>>>>>>>>>>
>>>>>>>>>>>>>if only I had time to showcase my gardening skills
>>>>>>>>>>>>>
>>>>>>>>>>>>>_____
>>>>>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>>>>>Sent: Monday, August 09, 2010 9:05 PM
>>>>>>>>>>>>>To: ▮▮▮▮▮▮
>>>>>>>>>>>>>Subject: RE: ▮▮▮▮▮
>>>>>>>>>>>>>
>>>>>>>>>>>>>which one will you exhibit for the class tomorrow?  I'm pretty sure
they are not going to be impressed by the cleaning.
>>>>>>>>>>>>>-----Original Message-----
>>>>>>>>>>>>>From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>>>>>>>>>>>>>Sent: Aug 9, 2010 9:59 PM
>>>>>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>>>>>Subject: RE:
>>>>>>>>>>>>>
>>>>>>>>>>>>>of those i have many, cooking cleaning child rearing ect
>>>>>>>>>>>>>
>>>>>>>>>>>>>_____
>>>>>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>>>>>Sent: Monday, August 09, 2010 7:43 PM
>>>>>>>>>>>>>To: ▮▮▮▮▮▮▮
>>>>>>>>>>>>>Subject:
>>>>>>>>>>>>>
>>>>>>>>>>>>>Don't forget your "womanly" talent for tomorrow.

LITT_000259

Case 6:16-cv-00066-RWS-JDL   Document 64-8   Filed 09/07/17   Page 58 of 108 PageID #:
695
Case 6:16-cv-00066-RWS-JDL   Document 54-3   Filed 08/03/17   Page 68 of 118 PageID #: 1 of 5
609

# RE: good news/bad news

█████████████

**Sent:** Tuesday, August 10, 2010 1:42 PM
**To:** mlinehan13@earthlink.net

then no sharing sucks just ask a child

---

**From:** mlinehan13@earthlink.net [mlinehan13@earthlink.net]
**Sent:** Tuesday, August 10, 2010 1:39 PM
**To:** █████████████
**Subject:** RE: good news/bad news

is not an are we, it's an is jay

-----Original Message-----
>**From:** █████████████
>**Sent:** Aug 10, 2010 2:38 PM
>**To:** "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>**Subject:** RE: good news/bad news
>
>are we sharing
>
>
>_____
>**From:** mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>**Sent:** Tuesday, August 10, 2010 1:15 PM
>**To:** █████████████
>**Subject:** RE: good news/bad news
>
>good, cause you will go first if we ever share again.
>
>-----Original Message-----
>>**From:** █████████████
>>**Sent:** Aug 10, 2010 2:04 PM
>>**To:** "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>**Subject:** RE: good news/bad news
>>
>>i like circles
>>
>>_____
>>**From:** mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>**Sent:** Tuesday, August 10, 2010 1:02 PM
>>**To:** █████████████
>>**Subject:** RE: good news/bad news
>>
>>i don't understand why he had to break me down. may be i'll let you explain at
the next sharing circle.
>>
>>-----Original Message-----
>>>**From:** █████████████
>>>**Sent:** Aug 10, 2010 1:55 PM
>>>**To:** "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>**Subject:** RE: good news/bad news
>>>
>>>a broken heart is hard to mend
>>>
>>>_____
>>>**From:** mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>**Sent:** Tuesday, August 10, 2010 12:49 PM

UTT_000260

RE: good news/bad news
Case 6:16-cv-00066-RWS-JDL Document 64-8 Filed 09/07/17 Page 59 of 108 PageID #:
Case 6:16-cv-00066-RWS-JDL Document 54-26 Filed 08/03/17 Page 69 of 118 PageID #:
610

>>>To: ▮▮▮▮▮▮▮
>>>Subject: RE: good news/bad news
>>>
>>>i will never understand why sean did what he did.  heart is still broken over it.
>>>
>>>-----Original Message-----
>>>>From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>>>>Sent: Aug 10, 2010 1:41 PM
>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>Subject: RE: good news/bad news
>>>>
>>>>more amazing quotes of the day
>>>>
>>>>_____
>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>Sent: Tuesday, August 10, 2010 12:36 PM
>>>>To: ▮▮▮▮▮▮▮
>>>>Subject: RE: good news/bad news
>>>>
>>>>you don't get dumped in the dirt that often and keep clean.  your soul is forever blackened by the sean's of the world.
>>>>
>>>>-----Original Message-----
>>>>>From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>>>>>Sent: Aug 10, 2010 1:24 PM
>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>Subject: RE: good news/bad news
>>>>>
>>>>>keep it clean
>>>>>
>>>>>_____
>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>Sent: Tuesday, August 10, 2010 12:21 PM
>>>>>To: ▮▮▮▮▮▮
>>>>>Subject: RE: good news/bad news
>>>>>
>>>>>I've had a lot of experience with your people.
>>>>>
>>>>>-----Original Message-----
>>>>>>From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>>>>>>Sent: Aug 10, 2010 1:20 PM
>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>Subject: RE: good news/bad news
>>>>>>
>>>>>>wow you really get it
>>>>>>
>>>>>>_____
>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>Sent: Tuesday, August 10, 2010 12:15 PM
>>>>>>To: ▮▮▮▮▮▮
>>>>>>Subject: RE: good news/bad news
>>>>>>
>>>>>>how like a man, use 'em, abuse 'em, and throw 'em in the dirt when you are done.
>>>>>>
>>>>>>-----Original Message-----
>>>>>>>From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>>>>>>>Sent: Aug 10, 2010 1:11 PM
>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>

UTI_000261

>>>>>>>Subject: RE: good news/bad news
>>>>>>>
>>>>>>>good at least there is more for me to use
>>>>>>>
>>>>>>>_____
>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>Sent: Tuesday, August 10, 2010 11:11 AM
>>>>>>>To: █████████
>>>>>>>Subject: RE: good news/bad news
>>>>>>>
>>>>>>>yes you do.  but my last nerve still has plenty of wear in it.
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>From: ████████████████████████████
>>>>>>>Sent: Aug 10, 2010 11:47 AM
>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>Subject: RE: good news/bad news
>>>>>>>
>>>>>>>i try
>>>>>>>
>>>>>>>_____
>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>Sent: Tuesday, August 10, 2010 10:43 AM
>>>>>>>To: █████████
>>>>>>>Subject: RE: good news/bad news
>>>>>>>
>>>>>>>well, i'm glad you are following that bit of advice.
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>From: ████████████████████████████
>>>>>>>>Sent: Aug 10, 2010 11:39 AM
>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>
>>>>>>>>i'm encouraged to walk
>>>>>>>>
>>>>>>>>_____
>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>Sent: Tuesday, August 10, 2010 10:38 AM
>>>>>>>>To: █████████
>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>
>>>>>>>>that's not the question I asked.
>>>>>>>>
>>>>>>>>-----Original Message-----
>>>>>>>>From: ████████████████████████████
>>>>>>>>>Sent: Aug 10, 2010 11:35 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>
>>>>>>>>>I walk he just happens to run beside me and chase rabbitts
>>>>>>>>>
>>>>>>>>>_____
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Tuesday, August 10, 2010 10:32 AM
>>>>>>>>>To: █████████
>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>
>>>>>>>>>Did you talk to your doctor about all that dog walking and the pull it
must created on your poor hapless spine?

UTT 000262
https://sn2prd0102.outlook.com/owa/?ae=Item&t=IPM.Note&id=RgAAAAkNNtJZ%2bo...   5/9/2011

RE: good news/bad news vs JPL    Document 64-8    Filed 09/07/17    Page 61 of 108 PageID #:
Case 6:16-cv-00066-RWS-JDL    Document 54-8    Filed 08/03/17    Page 71 of 118 PageID #:
612

```
>>>>>>>>>
>>>>>>>>>-----Original Message-----
>>>>>>>>>From: ███████████
>>>>>>>>>Sent: Aug 10, 2010 11:30 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>
>>>>>>>>>I've got my own dog to walk, but he climbs trees too.
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Tuesday, August 10, 2010 10:24 AM
>>>>>>>>>To:
>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>
>>>>>>>>>yes, but lop-sided mcgee never could
>>>>>>>>>
>>>>>>>>>-----Original Message-----
>>>>>>>>>From: ███████████
>>>>>>>>>Sent: Aug 10, 2010 11:19 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>
>>>>>>>>>but he could potentially walk ed's dogs
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Tuesday, August 10, 2010 10:18 AM
>>>>>>>>>To: ███████
>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>
>>>>>>>>>I thought we went over this.  Landon on a roof, would be like going to
neurosurgeon with a splinter.  Some things are just not meant to be.
>>>>>>>>>
>>>>>>>>>-----Original Message-----
>>>>>>>>>From: ███████████
>>>>>>>>>Sent: Aug 10, 2010 11:14 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>
>>>>>>>>>good point, he's a special boy that needs to learn how to clean roofs
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Tuesday, August 10, 2010 10:14 AM
>>>>>>>>>To: ███████
>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>
>>>>>>>>>I'm not sure you are both "versions" of the same thing.  Landon seems
more special than that.
>>>>>>>>>
>>>>>>>>>-----Original Message-----
>>>>>>>>>From: ███████████
>>>>>>>>>Sent: Aug 10, 2010 11:10 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>
>>>>>>>>>its true he is a higher operating version than myself.
>>>>>>>>>
>>>>>>>>>
```

UTT 000263

RE: good news/bad news
Case 6:16-cv-00066-RWS-JDL   Document 64-8   Filed 09/07/17   Page 62 of 108 PageID #:
4029
Case 6:16-cv-00066-RWS-JDL   Document 59-1   Filed 08/03/17   Page 72 of 118 PageID #:3 of 5
613

>>>>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>>>>Sent: Tuesday, August 10, 2010 9:59 AM
>>>>>>>>>>>>To: █████████
>>>>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>>>>
>>>>>>>>>>>>often imitated, never duplicated.
>>>>>>>>>>>>
>>>>>>>>>>>>-----Original Message-----
>>>>>>>>>>>>From: █████████
>>>>>>>>>>>>Sent: Aug 10, 2010 8:44 AM
>>>>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>>>>
>>>>>>>>>>>>good point I'll shoot him an email to see if ok if I imitate his
style
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>>>>Sent: Monday, August 09, 2010 9:06 PM
>>>>>>>>>>>>To: █████████
>>>>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>>>>
>>>>>>>>>>>>You better ask him first.  You wouldn't want to bring him down.
>>>>>>>>>>>>
>>>>>>>>>>>>-----Original Message-----
>>>>>>>>>>>>From: █████████
>>>>>>>>>>>>Sent: Aug 9, 2010 10:00 PM
>>>>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>>>>
>>>>>>>>>>>>from now on i will only root for kutch
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>>>>Sent: Monday, August 09, 2010 7:42 PM
>>>>>>>>>>>>To: █████████
>>>>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>>>>
>>>>>>>>>>>>No. LAndon is awesome.  This news is just half-awesome.
>>>>>>>>>>>>
>>>>>>>>>>>>-----Original Message-----
>>>>>>>>>>>>From: █████████
>>>>>>>>>>>>Sent: Aug 9, 2010 8:37 PM
>>>>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>>>>Subject: RE: good news/bad news
>>>>>>>>>>>>
>>>>>>>>>>>>awesome
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>>>>Sent: Monday, August 09, 2010 5:38 PM
>>>>>>>>>>>>To: █████████
>>>>>>>>>>>>Subject: good news/bad news
>>>>>>>>>>>>
>>>>>>>>>>>>Your Wednesday is up to 12, your Monday is down to 4.
>>>>>>>>>>>>
>>>>>>>>>>>>Oddly, that was the only enrollment change all day.
>>>>>>>>>>>>
>>>>>>>>>>>>Good luck tomorrow and let them know I will give you an amazing
recommendation.

>>>Subject: RE: sharing
>>>
>>>you are right.  There will be so many tears, it will be more like a creek than a
puddle.
>>>
>>>-----Original Message-----
>>>>From: ███████████████████████████████████████
>>>>Sent: Aug 10, 2010 1:22 PM
>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>Subject: RE: sharing
>>>>
>>>>somehow i doubt that
>>>>
>>>>
>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>Sent: Tuesday, August 10, 2010 12:19 PM
>>>>To: ████████████
>>>>Subject: RE: sharing
>>>>
>>>>you have no idea how i can get people to crack.  I'm better than a chiropractor
at cracking.  I just kind of tilt my head to the side, open my eyes really wide,
purse my lips in a thoughtful way, and grown men are reduced to tears.  You'd be
reduced to a puddle.
>>>>
>>>>-----Original Message-----
>>>>>From: ███████████████████████████████████████
>>>>>Sent: Aug 10, 2010 1:13 PM
>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>Subject: RE: sharing
>>>>>
>>>>>really?
>>>>>
>>>>>
>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>Sent: Tuesday, August 10, 2010 11:12 AM
>>>>>To: ████████████
>>>>>Subject: RE: sharing
>>>>>
>>>>>yeah. really.
>>>>>
>>>>>-----Original Message-----
>>>>>>From: ███████████████████████████████████████
>>>>>>Sent: Aug 10, 2010 11:48 AM
>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>Subject: RE: sharing
>>>>>>
>>>>>>really
>>>>>>
>>>>>>
>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>Sent: Tuesday, August 10, 2010 10:42 AM
>>>>>>To: ████████████
>>>>>>Subject: RE: sharing
>>>>>>
>>>>>>Silly rabbit.  I'm not going to pursue it now.  That would be foolish indeed.
But, someday, when you least expect it, Dr. Overbearing will strike and you will
melt like a pile of chocolate on a Texas sidewalk in July.  I'm that good.
>>>>>>
>>>>>>-----Original Message-----
>>>>>>>From: ███████████████████████████████████████

UTT_000266

>>>>>>>Sent: Aug 10, 2010 11:37 AM
>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>Subject: RE: sharing
>>>>>>>
>>>>>>>if you choose to pursue this theme we will have to switch over to something
i'm more comfortable discussing  i say Jonny cash is a good place to start
>>>>>>>
>>>>>>>_____
>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>Sent: Tuesday, August 10, 2010 10:34 AM
>>>>>>>To: ███████████
>>>>>>>Subject: RE: sharing
>>>>>>>
>>>>>>>Hello.  Have you met Dr. Overbearing.  Of course, I'm coming back to this.
Or, as JD would say, "yes, and hey it's good to be back home again." Or, "I'm
bringing me home to you, that's all I've got to give" or "take me home Country
Roads."  We always go back to stories and places that interest us.
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>From: ████████████████████████████████
>>>>>>>Sent: Aug 10, 2010 11:29 AM
>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>Subject: RE: sharing
>>>>>>>
>>>>>>>no you won't- and I'm not frightend by anyone you proclaims "thank God I'm
a Country Boy"
>>>>>>>
>>>>>>>_____
>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>Sent: Tuesday, August 10, 2010 10:23 AM
>>>>>>>To: ███████████
>>>>>>>Subject: RE: sharing
>>>>>>>
>>>>>>>intriguing.  I've never heard of anyone being frightened by JD before.
I'll be back to this.
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>>From: ████████████████████████████edu>
>>>>>>>>Sent: Aug 10, 2010 11:18 AM
>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>Subject: RE: sharing
>>>>>>>>
>>>>>>>>i'd rather not - much to painful
>>>>>>>>
>>>>>>>>_____
>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>Sent: Tuesday, August 10, 2010 10:16 AM
>>>>>>>>To: ███████████
>>>>>>>>Subject: RE: sharing
>>>>>>>>
>>>>>>>>What memories?  Sharing begets sharing.
>>>>>>>>
>>>>>>>>-----Original Message-----
>>>>>>>>From: ████████████████████████████
>>>>>>>>Sent: Aug 10, 2010 11:13 AM
>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>Subject: RE: sharing
>>>>>>>>
>>>>>>>>Sorry it churns up bad "rocky mountain High Colorado" memories.  Besides
the beatles are timeless

UTT_000267

Case 6:16-cv-00066-RWS-JDL   Document 64-8   Filed 09/07/17   Page 65 of 108 PageID #: 4 of 4
Case 6:16-cv-00066-RWS-JDL   Document 54-12   Filed 08/03/17   Page 75 of 118 PageID #:
616

>>>>>>>>>
>>>>>>>>>
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Tuesday, August 10, 2010 9:58 AM
>>>>>>>>>To: ███████
>>>>>>>>>Subject: RE: sharing
>>>>>>>>>
>>>>>>>>>Again, when a friend spills open their guts, "the other version is better" is not the response they are looking for.  Second strike.
>>>>>>>>>
>>>>>>>>>-----Original Message-----
>>>>>>>>>From: ███████████████████
>>>>>>>>>Sent: Aug 10, 2010 8:41 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: sharing
>>>>>>>>>
>>>>>>>>>Thruth be told I have seen John Denver live in Houston.  However I am more partial to the Beatles Version
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Monday, August 09, 2010 11:48 PM
>>>>>>>>>To: ███████████
>>>>>>>>>Subject: sharing
>>>>>>>>>
>>>>>>>>>Jay Jay,
>>>>>>>>>
>>>>>>>>>You did not do to well with my confession about the City of New Orleans yesterday, but I'll give you another shot at my secrets.
>>>>>>>>>
>>>>>>>>>This is my all time favorite song ever.  It is the one song that has held my life together.  If I was going to have a funeral this is what I would play.
>>>>>>>>>
>>>>>>>>>I like how the lyrics can be a call for peace and a demand for change and I use it in my life depending on what I need at the moment.
>>>>>>>>>
>>>>>>>>>You can use it too.  I bet I only know one-tenth of what is going on in your achy little head.  But, it's clear that a lot of things are making you unhappy, confused, or scared.  I truly, truly believe -- very as antagonistic toward commercial religion as I am -- that Mother Mary comes to you, if you let yourself be open to what she is trying to say to you.
>>>>>>>>>
>>>>>>>>>Let it be is my prayer.  I hope it helps you too.
>>>>>>>>>
>>>>>>>>>Mary
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>http://www.youtube.com/watch?v=82xxh-k18tw&feature=related

UTT_000268

Case 6:16-cv-00066-RWS-JDL   Document 64-8   Filed 09/07/17   Page 66 of 108 PageID #: 1
Case 6:16-cv-00066-RWS-JDL   Document 54-3   Filed 08/03/17   Page 76 of 118 PageID #:
617

## RE: true confessions

**Sent:** Sunday, August 08, 2010 9:40 PM
**To:**   mlinehan13@earthlink.net

listening to my theme song: cypress hill rockstar rock version

From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
Sent: Sunday, August 08, 2010 9:35 PM
To:
Subject: true confessions

http://www.youtube.com/watch?v=-1gnfk9PXNw

This is totally weird, but the City of New Orleans (Cgo to NO) was the train I took
back and forth to college.  I would sit in the window and see the world for the
first time and dream about all I could do and to make it better and live a full
life and I would softly (in public) sing this song under my breath.  I was a little
idealistic back in the day.

LFT 000271

# RE: paranoia

▉▉▉▉▉▉
**Sent:** Tuesday, August 10, 2010 1:44 PM
**To:**   mlinehan13@earthlink.net

yes

**From:** mlinehan13@earthlink.net [mlinehan13@earthlink.net]
**Sent:** Tuesday, August 10, 2010 1:40 PM
**To:** ▉▉▉▉▉▉
**Subject:** RE: paranoia

a lot of what comes out of your mouth is traumatic.  does that count?

-----Original Message-----
>**From:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
>**Sent:** Aug 10, 2010 2:39 PM
>**To:** "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>**Subject:** RE: paranoia
>
>i was thing more along the lines of trauma
>
>_____
>**From:** mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>**Sent:** Tuesday, August 10, 2010 1:14 PM
>**To:** ▉▉▉▉▉▉
>**Subject:** RE: paranoia
>
>mouth, nose, ears that's five holes right htere.
>
>-----Original Message-----
>>**From:** ▉▉▉▉▉▉▉▉▉▉▉▉
>>**Sent:** Aug 10, 2010 2:05 PM
>>**To:** "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>**Subject:** RE: paranoia
>>
>>no
>>
>>_____
>>**From:** mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>**Sent:** Tuesday, August 10, 2010 1:02 PM
>>**To:** ▉▉▉▉▉▉
>>**Subject:** RE: paranoia
>>
>>see how wrong you can be.
>>
>>-----Original Message-----
>>>**From:** ▉▉▉▉▉▉▉▉▉▉▉
>>>**Sent:** Aug 10, 2010 2:01 PM
>>>**To:** "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>**Subject:** RE: paranoia
>>>
>>>I'm sure I don't have a hole in my head
>>>
>>>_____
>>>**From:** mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>**Sent:** Tuesday, August 10, 2010 1:00 PM

UTT_000275

Case 6:16-cv-00066-RWS-JDL   Document 64-8   Filed 09/07/17   Page 68 of 108 PageID #:
1035
Case 6:16-cv-00066-RWS-JDL   Document 54-5   Filed 08/03/17   Page 78 of 118 PageID Page 2 of 6
619

>>>To: ████████████
>>>Subject: RE: paranoia
>>>
>>>i am deleting this thread.  you obviously don't know the difference between a
fact and a hole in your head.
>>>
>>>-----Original M...
>>>>From: ████████████████████████████
>>>>Sent: Aug 10, 2010 1:53 PM
>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>Subject: RE: paranoia
>>>>
>>>>its easy to call it giberish when its the truth is it?
>>>>
>>>>
>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>Sent: Tuesday, August 10, 2010 12:49 PM
>>>>To: ████████
>>>>Subject: RE: paranoia
>>>>
>>>>i would love to see your facts.  all i've heard all day is gibberish.
>>>>
>>>>-----Original Message-----
>>>>>From: ██████████████████████
>>>>>Sent: Aug 10, 2010 1:42 PM
>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>Subject: RE: paranoia
>>>>>
>>>>>thats the democratic response, when someone does point out a fact it is just
easier to cover your ears and go lalalala instead of realizing the truth, have
you been taking notes ffrom the speaker of the house on your personal matters
>>>>>
>>>>>
>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>Sent: Tuesday, August 10, 2010 12:37 PM
>>>>>To: ████████
>>>>>Subject: RE: paranoia
>>>>>
>>>>>again, wake me up when you have facts that disprove my case.  otherwise your
baseless banter is oh so wearisome.
>>>>>
>>>>>>-----Original Message-----
>>>>>>From: ████████                ████████████████
>>>>>>Sent: Aug 10, 2010 1:25 PM
>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>Subject: RE: paranoia
>>>>>>
>>>>>>they are not jokes or insults, just careful observations into your demeanor.
Don't fight it the process is only beginning I figure it should take several years,
but you will emerge as a butterfly.
>>>>>>
>>>>>>
>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>Sent: Tuesday, August 10, 2010 12:23 PM
>>>>>>To: ████████
>>>>>>Subject: RE: paranoia
>>>>>>
>>>>>>and I repeat, you ain't got any facts to prove your point, so you are relying
on jokes and insults.  how very glen beck of you.
>>>>>>

UTT_000276

>>>>>>-----Original Message-----
>>>>>>From:
>>>>>>Sent: Aug 10, 2010 1:21 PM
>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>Subject: RE: paranoia
>>>>>>
>>>>>>no while i still view as a commited marxist lenist I think there is room for
you to improve.   I wish to illuminate the way.
>>>>>>
>>>>>>_____
>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>Sent: Tuesday, August 10, 2010 12:17 PM
>>>>>>To:
>>>>>>Subject: RE: paranoia
>>>>>>
>>>>>>so, in other words, what you are saying is, "I got nothing which to argue
against you mare."
>>>>>>
>>>>>>-----Original Message-----
>>>>>>>From:                          <j
>>>>>>>Sent: Aug 10, 2010 1:13 PM
>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>Subject: RE: paranoia
>>>>>>>
>>>>>>>I do not find it insulting at all that you use the powers of capitalism to
better your advantage, in fact that is one of the pillars of capitalism   I
congadulate you in all of your future endevors down the right path
>>>>>>>
>>>>>>>_____
>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>Sent: Tuesday, August 10, 2010 11:13 AM
>>>>>>>To:
>>>>>>>Subject: RE: paranoia
>>>>>>>
>>>>>>>what were you and Betsy saying yesterday about Ann Coulter?  Use counter-
arguments, not mindless insults.
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>>From:                          <
>>>>>>>>Sent: Aug 10, 2010 11:49 AM
>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>Subject: RE: paranoia
>>>>>>>>
>>>>>>>>another typical reply from a dedicated communist
>>>>>>>>
>>>>>>>>_____
>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>Sent: Tuesday, August 10, 2010 10:40 AM
>>>>>>>>To:
>>>>>>>>Subject: RE: paranoia
>>>>>>>>
>>>>>>>>Under conservative leadership, D&A&S were rewarded for bad behavior and
not doing their work.  Under socialism, they were held accountable and their
production levels determined and made known to the other workers.  Now D&A&S are
dunzo.  The only hiccups have come from the management (capitalists) who are not
workers in the shop.  Go try selling your hooey to someone else.
>>>>>>>>
>>>>>>>>-----Original Message-----
>>>>>>>>>From:
>>>>>>>>>Sent: Aug 10, 2010 11:36 AM

RE: paranoia
Case 6.16-cv-00066-RWS-JDL   Document 64-8   Filed 09/07/17   Page 70 of 108   PageID #:
Case 6.16-cv-00066-RWS-JDL   Document 54-2   Filed 08/03/17   Page 80 of 118   PageID #:
621
1047

>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: paranoia
>>>>>>>>>
>>>>>>>>>typical communist, when it becomes obvious that they olny stand for
social justice when its convient for them they quickly close thier mouth
>>>>>>>>>
>>>>>>>>>_____
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Tuesday, August 10, 2010 10:32 AM
>>>>>>>>>To: ██████████
>>>>>>>>>Subject: RE: paranoia
>>>>>>>>>
>>>>>>>>>will not dignify this gibberish with a reply.
>>>>>>>>>
>>>>>>>>>-----Original Message-----
>>>>>>>>>From: ██████████████ <██████████████>
>>>>>>>>>Sent: Aug 10, 2010 11:26 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: paranoia
>>>>>>>>>
>>>>>>>>>its not an alternate reality, its the truth.  You cut down the deadwood
and forced a merit based sytem; those who do well climb up the ladder.  In the
socialist system those who did little remain protected perhaps your coming around
and not that that's a bad thing
>>>>>>>>>
>>>>>>>>>_____
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Tuesday, August 10, 2010 10:23 AM
>>>>>>>>>To: ██████████
>>>>>>>>>Subject: RE: paranoia
>>>>>>>>>
>>>>>>>>>what alternate reality are you living in and is it cold there?
>>>>>>>>>
>>>>>>>>>-----Original Message-----
>>>>>>>>>From: ██████████████████████
>>>>>>>>>Sent: Aug 10, 2010 11:16 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: paranoia
>>>>>>>>>
>>>>>>>>>hockey, they were protected because that's the way things work.  It
took a dedicated capitalist to break through the covering up and provide a merit
based system to the students of History.  we win
>>>>>>>>>
>>>>>>>>>_____
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Tuesday, August 10, 2010 10:15 AM
>>>>>>>>>To: ██████████
>>>>>>>>>Subject: RE: paranoia
>>>>>>>>>
>>>>>>>>>Not a convo for the written record, but, suffice to say, if ultimate
power rested with the workers (socialism) in the department, Dan, Alex, and Stephen
would have been long gone.
>>>>>>>>>
>>>>>>>>>-----Original Message-----
>>>>>>>>>From: ██████████████ <██████████████>
>>>>>>>>>Sent: Aug 10, 2010 11:11 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: paranoia
>>>>>>>>>
>>>>>>>>>no they wouldn't thats what happened under the old system.  Are you

RE: paranoia
Case 6:16-cv-00066-RWS-JDL Document 64-8 Filed 08/03/17 Page 71 of 108 PageID #: 4228
Case 6:16-cv-00066-RWS-JDL Document 64-8 Filed 08/03/17 Page 81 of 118 PageID #: 1022

saying that by cutting down the deadwood that you are becoming a capitalist? Or do just dabble in it to suit your own ends like a communist would?
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>>>>Sent: Tuesday, August 10, 2010 9:59 AM
>>>>>>>>>>>>To:
>>>>>>>>>>>>Subject: RE: paranoia
>>>>>>>>>>>>
>>>>>>>>>>>>Sorry to burst your truth hating bubble, but we currently do not have socialism in the running of UT Tyler. IF we did, Dan and Alex would be long gone.
>>>>>>>>>>>>
>>>>>>>>>>>>-----Original Message-----
>>>>>>>>>>>>From:                          <                                    >
>>>>>>>>>>>>Sent: Aug 10, 2010 8:42 AM
>>>>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>>>>Subject: RE: paranoia
>>>>>>>>>>>>
>>>>>>>>>>>>Ergo? So in saying all of that Dan and Alex do work? Of course they do they arer paid at a much higher premium than the rest of the faculty combined in the per student ratio Socialism at its finest.
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>>>>Sent: Monday, August 09, 2010 9:09 PM
>>>>>>>>>>>>To:
>>>>>>>>>>>>Subject: RE: paranoia
>>>>>>>>>>>>
>>>>>>>>>>>>What higher body? In socialism, workers run the enterprise collectively. Because it is run by those who do the work, they are on the floor or in the shop or in the department. they know who the Donna's are and who the Alex's are. And, knowing is power. They can take immediate action. Plus the workplace perks like gyms, meals, massages, dry cleaning, 6 weeks of vacation, a year's leave for caregiving give people incentive to keep their jobs. Ergo they work up to the shop standard.
>>>>>>>>>>>>
>>>>>>>>>>>>-----Original Message-----
>>>>>>>>>>>>From:
>>>>>>>>>>>>Sent: Aug 9, 2010 9:55 PM
>>>>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>>>>Subject: RE: paranoia
>>>>>>>>>>>>
>>>>>>>>>>>>regarding your last statement, this precisely why we do not need socialism. Few people do all of the work to help out those that do nothing because the results are mandated by a higher body. If you want to see true results a merit based system is the only way to go, In America we call that capitalism.
>>>>>>>>>>>>
>>>>>>>>>>>>
>>>>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>>>>Sent: Monday, August 09, 2010 8:39 PM
>>>>>>>>>>>>To:          @uttyler.edu;                            @uttyler.edu;                    @uttyler.edu
>>>>>>>>>>>>Subject: paranoia
>>>>>>>>>>>>
>>>>>>>>>>>>1. Ken's email today said Dan told them he would be working for the Journal of Florida History "if" the funding comes through. The secretary in the History department me told me that a contract "had been sent." Who do you believe?
>>>>>>>>>>>>
>>>>>>>>>>>>2. The students said Alex isn't coming back. They were right about Dan and UCF, so why conclude they are wrong about Alex leaving?

## RE: I love us

███████████

**Sent:** Sunday, August 08, 2010 1:19 PM
**To:** mlinehan13@earthlink.net

no

```
From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
Sent: Sunday, August 08, 2010 1:17 PM
To: █████████████
Subject: RE: I love us
```

That's better, but you still seem kind of moody.  I am being too pesty?

-----Original Message-----
>From: █████████████ ;
>Sent: Aug 8, 2010 2:13 PM
>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>Subject: RE: I love us
>
>do as you must -that's four
>
>
>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>Sent: Sunday, August 08, 2010 1:04 PM
>To: ██████████████
>Subject: RE: I love us
>
>Hey.  I get your game.  You are sending meaningless one word answers to rack up
your score, while poor Brendan writes paragraphs.  I hereby invalidate all of
today's scoring.
>
>-----Original Message-----
>>From: █████████████████████████
>>Sent: Aug 8, 2010 1:44 PM
>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>Subject: RE: I love us
>>
>>true
>>
>>
>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>Sent: Sunday, August 08, 2010 12:33 PM
>>To: ██████████
>>Subject: RE: I love us
>>
>>and handsome and kind and mature (but not in an old, decrepit, tapioca eating
sense of the word)
>>
>>-----Original Message-----
>>>From: ████████████████████████
>>>Sent: Aug 8, 2010 1:30 PM
>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>Subject: RE: I love us
>>>
>>>Yes he is
>>>
>>>

UTT 000282

RE: 1 love us

Case 6.16-cv-00066-RWS-JDL Document 64-8 Filed 09/07/17 Page 73 of 108 PageID #:
6240
Case 6.16-cv-00066-RWS-JDL Document 54-10 Filed 08/03/17 Page 83 of 118 PageID #:
624

\>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
\>>>Sent: Sunday, August 08, 2010 12:29 PM
\>>>To:
\>>>Subject: RE: I love us
\>>>
\>>>He is soooooooooooooo wonderful.
\>>>
\>>>-----Original Message-----
\>>>>From:
\>>>>Sent: Aug 8, 2010 1:26 PM
\>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
\>>>>Subject: RE: I love us
\>>>>
\>>>>probably so
\>>>>
\>>>>_____
\>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
\>>>>Sent: Sunday, August 08, 2010 12:24 PM
\>>>>To:
\>>>>Subject: RE: I love us
\>>>>
\>>>>yes, Kutch would respect those who love him and obey the damn doctor!
\>>>>
\>>>>-----Original Message-----
\>>>>>From:
\>>>>>Sent: Aug 8, 2010 1:22 PM
\>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
\>>>>>Subject: RE: I love us
\>>>>>
\>>>>>true there is always going to be someone better in this case its Kutch
\>>>>>
\>>>>>_____
\>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
\>>>>>Sent: Sunday, August 08, 2010 12:02 PM
\>>>>>To:
\>>>>>Subject: RE: I love us
\>>>>>
\>>>>>I know you would, but you are no Kutch.
\>>>>>
\>>>>>-----Original Message-----
\>>>>>>From:
\>>>>>>Sent: Aug 8, 2010 12:54 PM
\>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
\>>>>>>Subject: RE: I love us
\>>>>>>
\>>>>>>I would much rather be exceptional
\>>>>>>
\>>>>>>_____
\>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
\>>>>>>Sent: Sunday, August 08, 2010 11:27 AM
\>>>>>>To:
\>>>>>>Subject: RE: I love us
\>>>>>>
\>>>>>>I'm sure he would.  I offered them to him first, of course, but he felt great
pity in his soul for you and insisted I give them to you.  Not my choice, but I'm
sure you'll be adequate!
\>>>>>>
\>>>>>>-----Original Message-----
\>>>>>>>From:
\>>>>>>>Sent: Aug 8, 2010 12:23 PM

UTT_000283

Case 4:16-cv-00066-RWS-JDL   Document 64-8   Filed 09/07/17   Page 74 of 108 PageID #:
Case 6:16-cv-00066-RWS-JDL   Document 51-41   Filed 08/03/17   Page 84 of 118 PageID #:
625

>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>Subject: RE: I love us
>>>>>>>
>>>>>>>good point perhaps he take time out of his life to come clean off your roof
as well, how about spreading the wealth around and let grab up my two survey
courses , I'm sure he would teach them for free and then bring you cake afterwards.
>>>>>>>
>>>>>>>_____
>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>Sent: Sunday, August 08, 2010 9:28 AM
>>>>>>>To:
>>>>>>>Subject: RE: I love us
>>>>>>>
>>>>>>>you are focusing on the wrong part of that comment.  remember, it was
followed by a comma and "except for Kutch." :)
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>From:
>>>>>>>Sent: Aug 8, 2010 10:14 AM
>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>Subject: RE: I love us
>>>>>>>
>>>>>>>I'm sorry I thought I was also "the best graduate student in the
department"  Taken from DAN and Mary
>>>>>>>
>>>>>>>_____
>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>Sent: Saturday, August 07, 2010 10:40 PM
>>>>>>>To:
>>>>>>>Subject: RE: I love us
>>>>>>>
>>>>>>>only my "things to do" list.  You are my home improvement dude.
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>From:
>>>>>>>Sent: Aug 7, 2010 11:30 PM
>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>Subject: RE: I love us
>>>>>>>
>>>>>>>I thought I was always at the top of your lists
>>>>>>>
>>>>>>>_____
>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>Sent: Saturday, August 07, 2010 10:10 PM
>>>>>>>To:
>>>>>>>Subject: RE: I love us
>>>>>>>
>>>>>>>Yeah, we won't get to you until December at the earliest.  But, if you
don't stop disobeying my orders, I will move you up on the list.
>>>>>>>
>>>>>>>-----Original Message-----
>>>>>>>From:
>>>>>>>Sent: Aug 7, 2010 10:42 PM
>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>Subject: RE: I love us
>>>>>>>
>>>>>>>now that sounds like a plus, the younger the better
>>>>>>>
>>>>>>>_____
>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]

RE: I love us

Case 6:16-cv-00066-RWS-JDL   Document 64-8   Filed 09/07/17   Page 75 of 108 PageID #:
Case 6.16-cv-00066-RWS-JDL   Document 57-2   Filed 08/03/17   Page 85 of 118 PageID #:
7042
626

>>>>>>>>>Sent: Saturday, August 07, 2010 8:18 AM
>>>>>>>>>To: ▮▮▮▮▮▮▮▮
>>>>>>>>>Subject: RE: I love us
>>>>>>>>>
>>>>>>>>>You don't need to worry yet.  We're going to start with the younger, more succulent adjuncts.
>>>>>>>>>
>>>>>>>>>-----Original Message-----
>>>>>>>>>From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>>>>>>>>>Sent: Aug 7, 2010 12:18 AM
>>>>>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>>>>>Subject: RE: I love us
>>>>>>>>>
>>>>>>>>>I'm a little concerned with the eating our young statement
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>>>>>Sent: Friday, August 06, 2010 6:28 PM
>>>>>>>>>To: ▮▮▮▮▮@uttyler.edu; ▮▮▮▮▮▮; ▮▮▮▮@uttyler.edu;
▮▮▮▮@uttyler.edu
>>>>>>>>>Subject: I love us
>>>>>>>>>
>>>>>>>>>Hi Folks,
>>>>>>>>>
>>>>>>>>>I am a little afraid of too much premature celebration, again, but ain't we great?
>>>>>>>>>
>>>>>>>>>There's a song from My Fair Lady called "We Did It" and we did.  In fact, we did it in less than nine months.  We are spectacular and it is so awesome to see the good guys win after all the hell you all have been through for six years.
>>>>>>>>>
>>>>>>>>>I remember that meeting in November and how voiceless and disempowered we were made to feel.  Now?  We're King of the World!
>>>>>>>>>
>>>>>>>>>I'm going to be sad when we turn against each other and begin to eat our young. How spectacular was it today when ▮▮▮▮▮ heard a story and told her most trusted professor, he told the bitch, she told the scary lady.  ▮▮ called in from Cleveland for advice and ▮▮▮▮▮called in from wherever for updates and then our secret weapon carried the water into the principal's office.
>>>>>>>>>
>>>>>>>>>Is there a better pink and yellow, star-spangled team any where else in the world?  Even if we are a bit early with our celebration . . . We are the Champions.
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>Thank you so much for letting me play on your team!
>>>>>>>>>
>>>>>>>>>Mary
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>PS.  I think Sarah Palin had her lips plumped.  Also, ▮▮▮▮, please forward this to ▮▮▮▮▮▮▮ who started it all!

## RE: help!

███████

**Sent:** Sunday, August 08, 2010 10:18 PM
**To:** mlinehan13@earthlink.net

It sure is hard to argue with perfection

---

From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
Sent: Sunday, August 08, 2010 9:52 PM
To: ███████
Subject: RE: help!

████, PLEASE tell the doctor what you do and let him heal you.  I really am
worried about you and what happens if you never heal.  If you aren't going to be
honest with the doctor and trust him with your truth, you are really kind of
wasting your money.  And, if you don't heal, who is going to clean my gutters?
Seriously, I'll try comedy, pathos, pity whatever it takes to get you to listen to
reason.  You are old enough and have too many people dependent on you to be
irresponsible about this.  You know I am right.  I am always right about
everything.

-----Original Message-----
>From: ███████                    ███████>
>Sent: Aug 8, 2010 10:44 PM
>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>Subject: RE: help!
>
>leave my warlock alone
>
>_____
>
>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>Sent: Sunday, August 08, 2010 9:43 PM
>To: ███████
>Subject: RE: help!
>
>I have one appointment all day and it is at three.  Would you mind if I called the
doctor earlier in the day and discussed your reckless disregard of your health?
>
>-----Original Message-----
>>From: ███████
>>Sent: Aug 8, 2010 10:38 PM
>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>Subject: RE: help!
>>
>>monday 3pm
>>
>>_____
>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>Sent: Sunday, August 08, 2010 9:38 PM
>>To: ███████
>>Subject: RE: help!
>>
>>You can also help me choose whether we go with a pink background and yellow
letters, or a yellow background and pink letters.  I got both.  But, you can not
help decorate.  No physical labor on my watch.
>>
>>When do you see the doctor again and can I come with?  There are a few things I
would like to say to him.

Case 6:16-cv-00066-RWS-JDL   Document 64-8   Filed 09/07/17   Page 77 of 108 PageID #: 2
Case 6:16-cv-00066-RWS-JDL   Document 50-4   Filed 08/03/17   Page 87 of 118 PageID #:
628

```
>>
>>-----Original Message-----
>>>From: ████████████████████████
>>>Sent: Aug 8, 2010 10:32 PM
>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>Subject: RE: help!
>>>
>>>ok
>>>
>>>_____
>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>Sent: Sunday, August 08, 2010 8:00 PM
>>>To: ████████
>>>Subject: help!
>>>
>>████
>>>
>>>I decided to take you up on your offer of help.  But, it's nothing that can
injure you.  Because of the mail theft and, frankly, because I already had your
work address entered into my amazon account, I have just ordered five boxes shipped
to you.  These are decorations for the bulletin board and back to school gifts for
the faculty.  You can't open them!  If any books come, you can open those.  Okay?
>>>
>>>the do not open packages are coming from:
>>>A Treasure Nest
>>>Only in Canada
>>>Online Stores Inc
>>>Warehouse supply
>>>Fabric.com
>>>
>>>If anything came or comes from Amazon, you can open that and have your wildest
fantasies fulfilled.
>>>
>>>Thanks,
>>>The Queen
```

UTT_000287

## RE: today

**Sent:** Thursday, August 26, 2010 11:24 AM
**To:** mlinehan13@earthlink.net

I did call you and I got the typical Your call has been forwarded message, just like the five or six i got this morning whne I was standing out in front of your house.  Please do not be mad at me.,

---

From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
Sent: Wednesday, August 25, 2010 7:18 PM
To:
Subject: RE: today

Maybe try actually placing the call next time.

-----Original Message-----
>From:
>Sent: Aug 25, 2010 1:44 PM
>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>Subject: RE: today
>
>I'm not rejecting you at all. the first sentence explains everything, i was told to be somewhere, now i just happen to be at the library out here in lindal tucky at lunch I tried to call you again but you did not answer.  I have to go back to work but will be in tommorrow like I saiid.
>
>_____
>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>Sent: Wednesday, August 25, 2010 8:17 AM
>To:
>Subject: today
>
>I can understand if you have something going on for pay.  But, if you are just backing aay from me because I don't have a title any more (like everyone else is doing), you should know that you really let me down and hurt me today.  You promised to be there to help make this easier for me and I counted like that.  You might have to work, or do family stuff, and I can totally understand that.  But, since you didn't offer any explanation, you just seem like everyone else who has been rejecting me.

UTT_000288
https://sn2nrd0102.outlook.com/owa/?ae=Item&t=IPM.Note&id=RgAAAAAkNNtJZ%2bo...    5/9/2011

## RE: noses

████████

**Sent:** Thursday, August 12, 2010 7:39 PM
**To:** mlinehan13@earthlink.net

and thats one point of view really the only point of view that m,atters.  I do need your counsel and am encouraged by what you have to say.  But, like I said when I compare my last year, which has been tough, to my expectation for the upcoming year I just get worried.  But, regardless of what the future brings I know that I will be able to achieve my goals.

From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
Sent: Thursday, August 12, 2010 5:42 PM
To: ████████
Subject: noses

I solemnly swear that I will not rub your nose in my views, if you don't bring them up.  If I slip up, call me out.

Remember also that my perspective comes from my own parents and the mistakes they made and from my work with CASA and not from having walked in your flip flops.

Case 3:16-cv-00066-RWS-JDL   Document 64-8   Filed 09/07/17   Page 80 of 108 PageID #: 1
Case 3:16-cv-00066-RWS-JDL   Document 54-2   Filed 08/03/17   Page 90 of 118 PageID #:
631

## RE: conflict

████████

**Sent:** Thursday, August 12, 2010 7:37 PM
**To:**   mlinehan13@earthlink.net

yes the thruth is I need stable employment , which if I had that then just imagine the academic potential that I could have.

From: mlinehan13@earthlink.net [mlinehan13@eart hlink.net]
Sent: Thursday, August 12, 2010 5:26 PM
To: ████████
Subject: RE: conflict

and some of the ones you do see?

-----Original Message-----
>From: ████████████████████>
>Sent: Aug 12, 2010 6:22 PM
>To: "mlinehan13@earthlink.net"  <mlinehan13@earthlink.net>
>Subject: RE: conflict
>
>I take everything you say seriously, but li ke I said I'm just tring to account for some of the unknown factors in my future.   I'm sure I'll be able to pull  everthing together on time and on budget, but I do f ear things that I'm unable to see.
>
>
>From: mlinehan13@earthlink.net [mlinehan13@eart hlink.net]
>Sent: Thursday, August 12, 2010 2:27 PM
>To: ████████
>Subject: conflict
>
████████
>
>I have so many conflicting  emotions about what just happened.
>
>1.   I warned you I was  going to pick your scabs, but you tried t o dick with me.   I am who I am.  You have to accept that is my nature .
>2.   I don't feel bad about telling you some of what I was thinking.  You have shared in the circle and I respect that enough to give  my two cents.  However, I regret taking away your safe place.  Judging from  the way you sounded yesterday,  it must have taken you a lot of effort to get ther e.  Even if the safety is an illusion, I am not convinced that it was my right to take  it away from you.
>3.   All I want is to provide you with a g enuine safe place to talk about what you are really feeling and to help you figure  out pathways.  I want you to call or stop by at any time you need to talk.  I want to make you feel heard and  validated and comforted and inspired.
>4.   However, I can't force that on you.   I feel like you left here the second time pretty pissed.  I probably would have been  too if we had just had an emo moment about MY issues and you were laughing at  the computer instead of paying me attention.  But, I can't predict what you need.  If you need to talk, or you need t o be quiet, it doesn't matter.  Just tell me what you want.
>
>The dogs are with me  till Sunday. FEll free to stop by and say  hello.
>
>You are not alone.
>You are not weird.
>You are not mean.
>You have a friend.
>Mary

Case 6:16-cv-00066-RWS-JDL   Document 64-8   Filed 09/07/17   Page 81 of 108 PageID #:
Case 6:16-cv-00066-RWS-JDL   Document 54-8   Filed 08/03/17   Page 91 of 118 PageID #:
1048
632

## RE: urgent department issue

▇▇▇▇▇▇
**Sent:** Thursday, August 12, 2010 5:17 PM
**To:** mlinehan13@earthlink.net

depends on how you look at it

---

From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
Sent: Thursday, August 12, 2010 9:34 AM
To: ▇▇▇▇▇▇
Subject: RE: urgent department issue

this does not sound like a good plan at all

-----Original Message-----
>From: ▇▇▇▇▇▇ <julxon@patr▇▇▇▇▇▇>
>Sent: Aug 12, 2010 10:22 AM
>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>Subject: RE: urgent department issue
>
>get them your self
>
>_____
>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>Sent: Wednesday, August 11, 2010 9:51 PM
>To: ▇▇▇▇@uttyler.edu; ▇▇▇▇▇ ▇▇▇@uttyler.edu; ▇▇▇▇▇uttyler.edu
>Subject: urgent department issue
>
>What if this faculty shortage goes into a second year and ▇▇▇▇ gets tired of
fetching my mail, cokes, and sandwiches?  What will I do then?
>
>Also, please acknowledge with all due respect, that tomorrow will be Dr.
Murphree's last day teaching at Tyler for at least 54 weeks.

## RE: kutch

█████████████

**Sent:** Wednesday, September 01, 2010 8:17 AM
**To:** mlinehan13@earthlink.net

he is dreamy

From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
Sent: Wednesday, September 01, 2010 8:16 AM
To: ████████████
Subject: kutch

As brilliant as ████████ is, he had longer than you to prepare a topic and could only
come up with a few random sentences.  It's a good topic and he'll probably do a
great paper, but you are working at a completely different level.

Please note, this is accurate and not an attempt ease whatever issue you had with
me yesterday.  Okay?


How's this silence thing working for you?  I find it refreshing!

Case 6:16-cv-00066-RWS-JDL   Document 64-8   Filed 09/07/17   Page 83 of 108 PageID #:
Case 6:16-cv-00066-RWS-JDL   Document 54-50   Filed 08/03/17   Page 93 of 118 PageID #:
634

## and then 2

▆▆▆▆▆

**Sent:** Monday, August 30, 2010 4:18 PM
**To:**   mlinehan13@earthlink.net

I was thinking back on our conversation and it seems to me that you are pushing me to something, but what is that and why?

UTT_000297

## RE: please

█████████

**Sent:** Friday, October 08, 2010 9:53 AM
**To:** Mary Linehan [MLinehan@uttyler.edu]

Which is why I'm always selected for physical labor and Kutch gets to use his mind. The world is unfair!

---

**From:** Mary Linehan [MLinehan@uttyler.edu]
**Sent:** Thursday, October 07, 2010 4:45 PM
**To:** ████████████
**Subject:** RE: please

Thanks. You know I always think of you as powerful and strong and Kutch as weak and fragile, right?

---

**From:** █████████████████uttyler.edu]
**Sent:** Thursday, October 07, 2010 3:55 PM
**To:** Mary Linehan
**Subject:** RE: please

monday am

---

**From:** Mary Linehan [MLinehan@uttyler.edu]
**Sent:** Wednesday, October 06, 2010 1:17 PM
**To:** ███████████
**Subject:** please

Hey Hercules,

Could you please move my bookshelf tomorrow? I can't really do anything in my office until that is done. If you can't, I'll have to ask Ashton and I don't think of him that way.

Pitiful Pearl

## RE: tuesday

**Sent:** Monday, September 27, 2010 4:01 PM
**To:** Mary Linehan [MLinehan@uttyler.edu]

k

---

From: Mary Linehan [MLinehan@uttyler.edu]
Sent: Monday, September 27, 2010 3:55 PM
To:
Subject: RE: tuesday

sorry my computer is too high tech for you.  i'll show you what i sent when i see
you.  i changed some things and i wanted advice on how they read.

From: Dixon, Jason [jdixon@uttyler.edu]
Sent: Monday, September 27, 2010 3:10 PM
To: Mary Linehan
Subject: RE: tuesday

Can't read it because its on one of those mac and cheese computers
Cut and paste and i'll give it a look

---

From: Mary Linehan [MLinehan@uttyler.edu]
Sent: Sunday, September 26, 2010 6:39 PM
To:
Subject: RE: tuesday

Could you look this over and tell me what you think?  I'd be very obliged and might
even be nice to you the next time we meet.

Mary

From: Dixon, Jason [                              uttyler.edu]
Sent: Sunday, September 26, 2010 3:50 PM
To: Mary Linehan
Subject: RE: tuesday

I got your back, tell me more on monday

---

From: Mary Linehan [MLinehan@uttyler.edu]
Sent: Sunday, September 26, 2010 12:23 PM
To:
Subject: tuesday

Hey

I'm asking you first, so no pressure, I can ask      or      too.  And there is no
guarantee that this will come to be.  But, I am pretty sure I will be attending my
own funeral on Tuesday and wondered if you would be available to cover my classes?
It means proctoring a test in baby and copying and distributing notes for the
Children's History course.  Baby's is at 11 and Children's at 12:30.  Teens and
young adults does not meet this week.  Happy to exchange cash dollars for help.

Case 6:16-cv-00066-RWS-JDL   Document 64-8   Filed 09/07/17   Page 86 of 108 PageID #:
Case 6:16-cv-00066-RWS-JDL   Document 54-3   Filed 08/03/17   Page 96 of 118 PageID #:
637

Mary

PS.  Come to think of it, I don't think I can ask ████ as I'm pretty sure he has
class at 12:30.  Also, I don't have ████ phone number.  But, I may have a
miraculous recovery.  Just took some Tylenol and coke.

## RE: cell phone

**Sent:** Friday, October 29, 2010 2:20 PM
**To:** Mary Linehan [MLinehan@uttyler.edu]

No I have found myself with very little freedom.  So I have done away with the
thing that binds me most.  Secretly I'm hoping the cold morniings will kill it
forever, but I don't see that happening.  My wife has already ordered me another;
beware of people with good intentions

From: Mary Linehan [MLinehan@uttyler.edu]
Sent: Friday, October 29, 2010 2:09 PM
To: ███████████
Subject: RE: cell phone

not really helpful or friendly

From: ███████████████████████uttyler.edu]
Sent: Friday, October 29, 2010 2:01 PM
To: Mary Linehan
Subject: RE: cell phone

Then they would call my home phone or just wait until I decided to hog hunting
again where I would pick it back up.  As of now I am intrigued by my little
experiment the next step is to go without showers or cars; just a thought

From: Mary Linehan [MLinehan@uttyler.edu]
Sent: Friday, October 29, 2010 11:38 AM
To: ███████████
Subject: RE: cell phone

As I recall from this summer, you are the one who makes 99% of the calls!  And,
what if a friend with a broken heart needed to talk with someone?

From: ███████████████████████████████
Sent: Friday, October 29, 2010 9:09 AM
To: Mary Linehan
Subject: RE: cell phone

No that's not true.  I have had an awakening and came to the realization that I am
to tethered to my cell phone and computer which is something that I really
dislike.   I didn't lose it per say, I just left it wrapped up in a pop-up blind.
So far its been two weeks and I am starting to like the new me.  Who knows perhaps
I'll be a Luddite soon, but not the Unabomber.

From: Mary Linehan [MLinehan@uttyler.edu]
Sent: Friday, October 29, 2010 8:04 AM
To: ███████████
Subject: cell phone

I think you are just pretending you lost your phone cause you don't want to hear
how ███████ broke my heart.  I swear.  From ███████████, to you, to the university,
to the convict, to ███████, all the men I know have decided this is the year they
will break the bitch and make her cry.

UTT_000301

Case 6:16-cv-00066-RWS-JDL Document 64-8 Filed 09/07/17 Page 88 of 108 PageID #:
Case 6:16-cv-00066-RWS-JDL Document 54-8 Filed 08/03/17 Page 98 of 118 PageID #: 1 of 4
1255
639

## FW: RE:

FW: RE: ███████

**Sent:** Monday, November 08, 2010 3:02 PM
**To:** mary_linehan@uttyler.edu

From: ███████  ─────────────────
Sent: Monday, November 08, 2010 2:50 PM
To: mlinehan13@earthlink.net
Subject: RE: RE:

I have asked you to stop emialing me, now it appears that you are somehow attcking me as a person as well as a student. Because of this I feel we can no longer operate on a student professor relationship. Likewise, I feel that me continuing in your class is not in my personal best intrest. Because of this I feel it is important that I take this email, as well as the others that you have plauged me with over the last few months, to the deans office and let him make a decision about my future. Maybe Dr. Dan was right afterall.

From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
Sent: Monday, November 08, 2010 2:46 PM
To: ███████
Subject: RE: RE:

Hope your paper is more historically accurate than this email.

-----Original Message-----
>From: ███████
>Sent: Nov 8, 2010 3:37 PM
>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>Subject: RE: RE:
>
>OHHH, there is a concept, why don't you quit sending me nonsense in the form of email... All am trying to tell you is I'm busy and stressed out so please stop sending me your pproblems I'm tring to finish this paper so I can move on to the next thing that needs my attention before I leave town
>
>
>
>_____
>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>Sent: Monday, November 08, 2010 2:37 PM
>To: ███████
>Subject: RE: RE:
>
>Wait a minute. Your reply makes no sense at all. I asked why did you think I was writing about you and you reply that I only write about myself (like this morning when I tried to get you a job). IF there's something you want to talk about, come over and talk about it. Otherwise, quit sending me nonsense and, maybe, try not seeing yourself as the martyriest martyr whoever martyred. The whole world is not your enemy.
>
>-----Original Message-----
>>From: ███████
>>Sent: Nov 8, 2010 3:29 PM
>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>Subject: RE: RE:

UTT_000305

>>
>>Really, because it always seems to me that I only get emails from you about you
or your needs never anything else at all
>>
>>_____
>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>Sent: Monday, November 08, 2010 2:28 PM
>>To:█████████████
>>Subject: RE: RE:
>>
>>What in the world made you think I was talking about you? I was referring to this
recent problem with █████ and previous problems with█████from Longview (the ex
con) and████. Not everything is about you, you know. Though I'd love to know why
you think so.
>>
>>-----Original Message-----
>>>From:████████████ <████████████████████>
>>>Sent: Nov 8, 2010 2:38 PM
>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>Subject: RE: RE:
>>>
>>>What in the world makes you think that I abandoned you. I am incredably busy
with my own problems, menaing school work family I do not have the time or
inclination to add any other burdens to thew load I am already carring. I am maxed
out completly I justr wnat to make myself into a ball and make the world go away.
>>>
>>>_____
>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>Sent: Monday, November 08, 2010 1:35 PM
>>>To:█████████████
>>>Subject: RE: RE:
>>>
>>>From: mlinehan13@earthlink.net
>>>To:████████████  █████████████████████
>>>Subject: RE: boys
>>>Date: Nov 6, 2010 12:37 PM
>>>i wish you wouldn't talk riddles when this is so important to me. In almost 17
months, two people in Tyler were friendly to me and they both abandoned me in the
blink of an eye, without explanation. You add that to █████ in February and in 9
months, I lost my job and the three most important relationships in my life and I
have no idea why. All I know is that I am the common element, so it must be my
fault. I don't suppose you can imagine what it's like to repel people and not know
how.
>>>
>>>-----Original Message-----
>>>>From:████████████████████████
>>>>Sent: Nov 4, 2010 1:35 PM
>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>Subject: RE: boys
>>>>
>>>>
>>>> have to admit I just skimmed this because you have taken the trouble to send
this to me two times now. From my rather poor reading it seems to me that you are
trying to figure my people out. While I do not have the answers that you seek
Cosmopolitan magazine does, apparently they know more about men than men do. I
suggest your quest start there.
>>>>
>>>
>>>-----Original Message-----
>>>>From:██████████████████████

UTT_000306

Case 6:16-cv-00066-RWS-JDL Document 64-8 Filed 09/07/17 Page 90 of 108 PageID #:
Case 6:16-cv-00066-RWS-JDL Document 54-7 Filed 08/03/17 Page 100 of 118 PageID #: of 4
641

>>>>Sent: Nov 8, 2010 2:25 PM
>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>Subject: RE: RE:
>>>>
>>>>Oh Great how could I have possibly have hurt you now, let's see by taking time
out of my life to run your errands?  How about copying your exams for your class?
Is this what hurts Mary? because if it is I would more than happy to stop.
>>>>
>>>>_____
>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>Sent: Monday, November 08, 2010 12:27 PM
>>>>To:
>>>>Subject: RE: RE:
>>>>
>>>>more like 3-4 months late.  cause what does it matter how hurt other people
are??
>>>>
>>>>-----Original Message-----
>>>>From:
>>>>Sent: Nov 8, 2010 12:19 PM
>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>Subject: RE: RE:
>>>>
>>>>Newsome does not need me , nor want me.  Day late and a dollar short just like
everything else in my life.
>>>>
>>>>_____
>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>Sent: Monday, November 08, 2010 11:06 AM
>>>>To:
>>>>Subject: RE: RE:
>>>>
>>>>not at all.
>>>>
>>>>-----Original Message-----
>>>>>From:
>>>>>Sent: Nov 8, 2010 11:40 AM
>>>>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>
>>>>>Subject: RE: RE:
>>>>>
>>>>>While I do thank you, my immediate career goals can not be met because I am
struggling to write this damn paper .  If I do not respond quickly to your emails
or calls, please do not take it personally.  I feel like I am failing at everything
all at once right now and I refuse to let that happen.  I apologize for trying to
be a student and instructor but I really feel that I am running out of time on
everything right now and I just want to finish strong.  Sorry I hope this explains
my current position.,
>>>>>
>>>>>_____
>>>>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
>>>>>Sent: Monday, November 08, 2010 9:54 AM
>>>>>To:
>>>>>Subject: RE:
>>>>>
>>>>>Also, I wasn't being accusatory.  You have a history of non-responding and I
was only trying to offer advice that might help you achieve what had been one of
your career goals.
>>>>>
>>>>>-----Original Message-----
>>>>>From:

UTT_000307

## RE: the ugly and the adorable

███████████

**Sent:** Thursday, August 12, 2010 9:24 AM  
**To:** mlinehan13@earthlink.net

i do

From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]  
Sent: Wednesday, August 11, 2010 9:27 PM  
To:█████████  
Subject: RE: the ugly and the adorable

i'm sure you have quite a few bone stories of your own.

-----Original Message-----  
>From: ████████████████████████████  
>Sent: Aug 11, 2010 10:24 PM  
>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>  
>Subject: RE: the ugly and the adorable  
>  
>  
> yes we do  
>  
>  
>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]  
>Sent: Wednesday, August 11, 2010 9:13 PM  
>To███████████  
>Subject: RE: the ugly and the adorable  
>  
>all dogs like stories about bones.  
>  
>-----Original Message-----  
>>From: ████████████████████████  
>>Sent: Aug 11, 2010 9:07 PM  
>>To: "mlinehan13@earthlink.net" <mlinehan13@earthlink.net>  
>>Subject: RE: the ugly and the adorable  
>>  
>>I like story two best  
>>  
>>  
>>From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]  
>>Sent: Wednesday, August 11, 2010 1:20 PM  
>>To: █████@uttyler.edu;████████·███████@uttyler.edu;████@uttyler.edu  
>>Subject: the ugly and the adorable  
>>  
>>Gang,  
>>  
>>1.  Why are we not assuming ████s house sold?  It was priced for a quick sale and it was on the market a month. We assume he took it down, but what if it sold?  When we had cake, ████ was prepared to pull up stakes and move the family to Florida.  The secretary said a contract had been mailed.  Then ████ talked to Ken and Ken let him know we knew he was leaving.  Why do we assume this made ████ decide to stay, that his was taken down rather than sold, and that he told Donna the truth?  That doesn't even sound like ████   What does sound like ████ is going to Florida anyway and using this leave of absence to run the same will he or won't he scam on us next year.  What are your thoughts?  
>>  
>>  
>>2.  When Team Ed was in Hawaii, Penny planted a bone in my house which she retrieved from God knows where when she stayed with me in July.  Today, I am sorting through the big pile of laundry on the floor and buried deep within is the bone I gave her yesterday!  
>>  
>>Sunshine and rainbows to you!

UTT_000308

## RE: phone message

**Sent:** Thursday, October 14, 2010 5:04 PM
**To:**    Mary Linehan [MLinehan@uttyler.edu]

As per your request on progress for the paper.  I think i may be narrowing the
topic to some degree and focus more on Iraq, from the period of occupation until
the surge.  The research is leading me more in that direction.  Also I plan to
produce about 7 pages over the weekend and then 2 during the week with another 7or
8 by next weekend. That way i can spend the rest of the time revising and
polishing, adding and subtracting.  I just want this done!!!

From: Mary Linehan [MLinehan@uttyler.edu]
Sent: Thursday, October 14, 2010 2:38 PM
To:
Subject: RE: phone message

glad they spared your feelings

From:
Sent: Thursday, October 14, 2010 1:20 PM
To: Mary Linehan
Subject: RE: phone message

no

From: Mary Linehan [MLinehan@uttyler.edu]
Sent: Thursday, October 14, 2010 10:03 AM
To:
Subject: RE: phone message

you know what they say about small feet

From:
Sent: Thursday, October 14, 2010 9:45 AM
To: Mary Linehan
Subject: RE: phone message

I think he was buying bobby socks

From: Mary Linehan [MLinehan@uttyler.edu]
Sent: Wednesday, October 13, 2010 6:35 PM
To:
Subject: phone message

I did not realize that shop had a petite section.

# RE: research

■■■■■

**Sent:** Wednesday, ■■■■■ September 01, 2010 8:16 AM
**To:** mlinehan13@earthlink.net

Again I think a nutless monkey can do this job

From: mlinehan13@earthlink.net [mlinehan13@earthlink.net]
Sent: Wednesday, September 01, 2010 7:30 AM
To: ■■■■■■■■■■
Subject: research

Second night in a row that I didn't sleep at all. Just like last time I was fired,
I think I have developed a nasty case of the insomnia.

However, while I was trying to ignore what ever it was that happened in the
building -- conversation is not the word that comes to mind -- I was fixated on
what happened outside. With 2 hours notice and one prompting question, you sprang
into action with a remarkable, insanely remarkable, actually, research plan.
Nobody else could have done that. You really showed your command of the material
and how hard you have been working. It really does take someone well-versed in the
literature and engaged in the work to think like that on their feet. While it is a
very, very large topic, you pulled it together in a very masterful way. I know you
say it means nothing to you, but it should. You have a very rare gift.

You were in such an ornery mood, that I am sure you will think what I am saying is
"fluff." All that means is that you really do not understand how I use that word.

I truly hope you find the peace you need to see your problems and your gifts with
helpful clarity.

You are not alone if you don't want to be.

UTT_000312

**Subject:** Regarding Dr. Linehan's Class

**Date:** Wednesday, March 26, 2014 8:07:43 PM Central Daylight Time

**From:** ▬▬▬▬▬▬▬

**To:** Marcus Stadelmann

Hello Dr. Stadelmann,

▬▬▬▬▬▬ has involved me in gathering a group to speak with you and Dr. Gajda. I have spoken with a few of my classmates and have gathered a group of about 5-7 who are willing to discuss issues. Before we meet, there are some concerns I want to express to you on both my behalf and on behalf of my fellow classmates.

The largest concern is that Dr. Linehan will retaliate against those who do speak. While some students are afraid of the possible negative consequences and are willing to talk after the semester, it is already happening to me personally. I do not fear the consequences of my actions but the immediacy and severity of the situation is absurd. Is there any way we can be protected from her emotional and/or personal grading? Also, there are a few students who are willing to discuss more than others. Is there a way for us to air our grievances, regarding the course and Dr. Linehan, as a group and on an individual basis? If you need any clarification or explanation, please let me know.

Ultimately, we are wanting this situation to be examined and resolved in a professional manner. Do you have an available time for either an individual or group meetings within the coming week? As soon as I can, I will relay the possible times to my classmates so we can get this going.

Thank you,

▬▬▬▬▬▬

**Subject:** Dr. Linehan

**Date:** Monday, April 21, 2014 7:23:05 PM Central Daylight Time

**From:** ███████████

**To:** Marcus Stadelmann

Dr. Stadelmann,

I want to make you aware, if you already are not, about the unprofessionalism and unfair treatment by Dr. Linehan in the History 5388 Grad Class. Dr. Linehan created a syllabus for our course but we have not stuck to it since the third class meeting. She has added additional weekly assigments without any grading criteria to go off of, she canceled then reinstated our Mid Term in the form of a group project but was unclear whether it was a grade that 'counted' towards our final grade, she included an aditional writing assignment that was intially supposed to be graded on a 100 point scale but was returned to us with only a pass or fail grade, and has repeatedly denied my requests for writing examples and grading criteria. It is a safe assumption that most students in our class are unsure of how they are being graded, which grades are actually going towards our final average, or what grade they currently have. As a student of her class, I feel that it is unfair as we do not have a set contract of what is expected for the class as far as assignments and grading.

In addition to the unfair treatment, Dr. Linhan has been very unprofessional. She has answered 3 personal calls during class time without leaving the room, spent several hours of class time talking about her personal life, and has been posting grades to assignments in the public area of the 'discussion board' on the class Blackboard page after being asked not to by the class. But most importantly, it is my opinion that Dr. Linehan has been targeting one single student ███████████ on Blackboard and in grading her assignments ever since she has been defending (████████████, a fellow classmate. Ms.████████ has repeatedly been graded unfairly in her assignments due to Dr. Linehan's personal feelings. She seems to be trying to fail Ms. ████████ in an attempt to punish her for siding with Ms.████████ who had questioned our student rights in class regarding the syllbus. Dr. Linehan accused Ms.████████ of plagiarism in front of the whole class which is a very serious subject that should be addressed privately during office hours. Also, Dr. Linehan never included any information about plagiarism in the syllabus or the use of outside reviews which most people in class use in addtion to the class readings, including myself. Dr. Linehan also held the meeting with Ms. ████████ regarding her plagiarism in the classroom before everyone had left. Before Ms. ████████ took up for Ms. ████████, there was never any problems between Linehan and Ms.████████ in this class or any others. Given Ms. ████████s course history and 4.0 gpa, I'm positive the this course is devastating to her.

Please take this information into consideration when evaluating the many complaints for Dr. Linehan and this course.

Thank you,

███████████

Case 6:16-cv-00066-RWS-JBL Document 64-8 Filed 09/07/17 Page 96 of 108 PageID #:
1063
Case 6:16-cv-00066-RWS-JBL Document 54-8 Filed 08/03/17 Page 106 of 118 PageID #:
641Tuesday, April 22, 2014 1:38:42 PM Central Daylight Time

**Subject:** Regarding Dr. Linehan's Class
**Date:** Wednesday, March 26, 2014 8:07:43 PM Central Daylight Time
**From:** ▉▉▉▉▉▉▉▉
**To:** Marcus Stadelmann

Hello Dr. Stadelmann,

▉▉▉▉▉▉▉ has involved me in gathering a group to speak with you and Dr. Gajda. I have spoken with a few of my classmates and have gathered a group of about 5-7 who are willing to discuss issues. Before we meet, there are some concerns I want to express to you on both my behalf and on behalf of my fellow classmates.

The largest concern is that Dr. Linehan will retaliate against those who do speak. While some students are afraid of the possible negative consequences and are willing to talk after the semester, it is already happening to me personally. I do not fear the consequences of my actions but the immediacy and severity of the situation is absurd. Is there any way we can be protected from her emotional and/or personal grading? Also, there are a few students who are willing to discuss more than others. Is there a way for us to air our grievances, regarding the course and Dr. Linehan, as a group and on an individual basis? If you need any clarification or explanation, please let me know.

Ultimately, we are wanting this situation to be examined and resolved in a professional manner. Do you have an available time for either an individual or group meetings within the coming week? As soon as I can, I will relay the possible times to my classmates so we can get this going.

Thank you,

▉▉▉▉▉▉▉

Tuesday, April 22, 2014 1:39:22 PM Central Daylight Time

**Subject:** RE: Regarding Dr. Linehan's Class
**Date:** Thursday, March 27, 2014 1:04:06 PM Central Daylight Time
**From:** ▮▮▮▮▮▮▮▮▮▮
**To:** Marcus Stadelmann

Thank you Dr. Stadelmann,

I will be on campus within the next 30-45 minutes. I have attached a zip folder of emails and blackboard posts relevant to the class. I will also bring my laptop in case other examples are necessary. I have emailed the group to see when everyone is available to meet and have asked that they save any documentation they can. After talking with them, I have found out there are much deeper personal biases and favoritisms that are reflected in class. I will explain more in person, see you soon!

▮▮▮▮▮▮▮▮▮▮

**From:** Marcus Stadelmann <MStadelm@uttyler.edu>
**Sent:** Wednesday, March 26, 2014 9:15 PM
**To:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Regarding Dr. Linehan's Class

▮▮▮▮▮▮,

We can meet with you as a group or on an individual basis. It is your choice. Did you or your classmates keep copies/electronic records of the materials you submitted to Dr. Linehan for any assignments? Do not be afraid of any retaliation. I have talked to the Dean and he is willing to act if there should be any cases of retaliation against students. He would also like to attend the meeting with you and the other students. How is retaliation happening to you personally? Please do tell me. Please do tell your classmates that if students are not willing to talk until after the semester is over, there is not much I or the Dean can do to resolve the situation. I would like to meet with students as quickly as possible, because two-thirds of the semester is over. We could meet tomorrow or Friday/Monday early afternoon. The Dean will leave town next Wednesday and I would like to meet before then.

Marcus Stadelmann

**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, March 26, 2014 8:07 PM
**To:** Marcus Stadelmann
**Subject:** Regarding Dr. Linehan's Class

Hello Dr. Stadelmann,

▮▮▮▮▮▮▮▮ has involved me in gathering a group to speak with you and Dr. Gajda. I have spoken with a few of my classmates and have gathered a group of about 5-7 who are willing to discuss issues. Before we meet, there are some concerns I want to express to you on both my behalf and on behalf of my fellow classmates.

The largest concern is that Dr. Linehan will retaliate against those who do speak. While some students are afraid of the possible negative consequences and are willing to talk after the semester, it is already happening to me personally. I do not fear the consequences of my actions but the immediacy

UTT_000449    Page 1 of:

and severity of the situation is absurd. Is there any way we can be protected from her emotional and/or personal grading? Also, there are a few students who are willing to discuss more than others. Is there a way for us to air our grievances, regarding the course and Dr. Linehan, as a group and on an individual basis? If you need any clarification or explanation, please let me know.

Ultimately, we are wanting this situation to be examined and resolved in a professional manner. Do you have an available time for either an individual or group meetings within the coming week? As soon as I can, I will relay the possible times to my classmates so we can get this going.

Thank you,

**Subject:** Dr. Linehan
**Date:** Monday, April 21, 2014 7:23:05 PM Central Daylight Time
**From:** ████████████
**To:** Marcus Stadelmann

Dr. Stadelmann,

I want to make you aware, if you already are not, about the unprofessionalism and unfair treatment by Dr. Linehan in the History 5388 Grad Class. Dr. Linehan created a syllabus for our course but we have not stuck to it since the third class meeting. She has added additional weekly assigments without any grading criteria to go off of, she canceled then reinstated our Mid Term in the form of a group project but was unclear whether it was a grade that 'counted' towards our final grade, she included an aditional writing assignment that was intially supposed to be graded on a 100 point scale but was returned to us with only a pass or fail grade, and has repeatedly denied my requests for writing examples and grading criteria. It is a safe assumption that most students in our class are unsure of how they are being graded, which grades are actually going towards our final average, or what grade they currently have. As a student of her class, I feel that it is unfair as we do not have a set contract of what is expected for the class as far as assignments and grading.

In addition to the unfair treatment, Dr. Linhan has been very unprofessional. She has answered 3 personal calls during class time without leaving the room, spent several hours of class time talking about her personal life, and has been posting grades to assignments in the public area of the 'discussion board' on the class Blackboard page after being asked not to by the class. But most importantly, it is my opinion that Dr. Linehan has been targeting one single student ████████ on Blackboard and in grading her assignments ever since she has been defending ████████, a fellow classmate. Ms. ████████ has repeatedly been graded unfairly in her assignments due to Dr. Linehan's personal feelings. She seems to be trying to fail Ms. ████████ in an attempt to punish her for siding with Ms. ████████ who had questioned our student rights in class regarding the syllabus. Dr. Linehan accused Ms. ████████ of plagiarism in front of the whole class which is a very serious subject that should be addressed privately during office hours. Also, Dr. Linehan never included any information about plagiarism in the syllabus or the use of outside reviews which most people in class use in addtion to the class readings, including myself. Dr. Linehan also held the meeting with Ms. ████████ regarding her plagiarism in the classroom before everyone had left. Before Ms. ████████ took up for Ms. ████████, there was never any problems between Linehan and Ms. ████████ in this class or any others. Given Ms. ████████s course history and 4.0 gpa, I'm positive the this course is devastating to her.

Please take this information into consideration when evaluating the many complaints for Dr. Linehan and this course.

Thank you,

████████

Mary Linehan <MLinehan@uttyler.edu>
RE: Tuesday
Tue 9/25/2012 5:03 PM
I'm not certain what goes on in other classes, but, trust me, no professor likes it when other people make plans for the class without asking permission in advance.

█████████████

Re: Tuesday
Tue 9/25/2012 5:00 PM
I understand your side of this, and agree that I used the wrong wording and aproach to this. However in other classes students have bought food for the class, even on a test day, and I have not seen a professor have an issue with it. I was trying to simply

mark as unread

Mary Linehan <MLinehan@uttyler.edu>
Tue 9/25/2012 4:43 PM
**Inbox**
███ the issue is not when you informed me, it is THAT you informed me. You are not the instructor. You do not make the decisions for this class. If you had asked permission, I would have been glad to work with you on finding a time that would have worked with the class schedule. Again, if you think there is "yet another problem" I do not know what you are referring to. In this instance, you acted inappropriately, but, ordinarily, you do a lot of good things for this class and our department, as I have repeatedly said. Mary Linehan

mark as unread

█████████████

Tue 9/25/2012 4:35 PM
Sent Items
> Informing you that I was going to bring cupcakes to class is inappropriate as opposed to having just showed up with them. I was trying to let you what my plans where ahead of time instead of doing that which I viewed as inappriate. Instead my efforts have caused yet another problem, I will simply give each person thier dollar back and forget the whole idea. I seem to cause problems no matter what I try to do so I will simply not do things anymore.
>
> Sent from my iPhone

mark as unread

Mary Linehan <MLinehan@uttyler.edu>
Tue 9/25/2012 4:12 PM
Inbox
su-3300.doc
Preview

UTT_000486

You may have cupcakes before class starts, but at 12:30 it is class time and all signs of cupcakes must disappear. I am not sure what you mean about you upsetting me "lately," but this was very inappropriate. I do tell students to bring treats on their birthday, but I know what is planned for class and how any breaks may fit in. This was not your decision to make or to "inform" me of your plans.

Mary Linehan
REPLY REPLY ALL FORWARD
CONTINUE EDITING DISCARD
mark as unread

Tue 9/25/2012 3:18 PM
Sent Items
To:
Mary Linehan <MLinehan@uttyler.edu>;
...
>> Im sorry for the misunderstanding, you were busy talking with other people and I was simply trying to inform you that i am having cupcakes for the class , not a "party". Its the first class of the day that I have with Stacey ands its also the time that my friend can bring the cupcakes. I also used your class because u said the urchins should have brought me cupcakes on my birthday. I only wish to tell stacey the class got her cupcakes for her birthday and people can get one as they finish the test. It should not take time away from the graduate student that is presenting or the test either really. I didnt ask your premission because you always say to bring stuff for birthdays, I think I just shouldn't have said party as that was not my actual intention. I would not have planned an actual party during a class, however I seem to be doing well at upsetting you lately, and I always know im in trouble when I get called Jill.
>>
>> My apologies,
>>
>>
>> Sent from my iPhone


mark as unread

Mary Linehan <MLinehan@uttyler.edu>
Tue 9/25/2012 2:46 PM
Inbox


I really value the things you do to tutor the other students. I also know that your desire to throw a party for Stacey comes from a good and kind-hearted place. However, it is never appropriate to tell a professor, "I am taking over your class on Tuesday." To notify the other students of this party and to collect money from them before asking my permission is disrespectful. It also puts me in an untenable position. My class has contributed money for a party you promised them. Do I cut in half the time promised them for Tuesday's test to accommodate your celebration? Or, do I take time away from the nervous graduate student giving her first professional lecture -- on which she will be evaluated -- to make room for festivities of which she has no part?

As you intend to pursue a career in academia, I would like your advice before I decide what to do. If you were the professor, what would you do about the situation?

Am I also to understand that you are having a party for Stacey in all of the classes you take together? If not, I'm not sure why you would choose the class you have a test in for a party.

I won't make a decision until I hear from you, so please reply soon.

Thank you,
Mary Linehan

UTT_000488

## Amy Clem

| | |
|---|---|
| **From:** | Ona Tolliver |
| **Sent:** | Friday, December 05, 2014 11:07 AM |
| **To:** | Michael Donley |
| **Cc:** | Amy Clem; Lozano, Priscilla; Garcia, Melissa (mgarcia@utsystem.edu) |
| **Subject:** | FW: UT Tyler student complaints |

**Importance:**                    High

-----Original Message-----
From: Mary Linehan [mailto:MLinehan@uttyler.edu]
Sent: Friday, December 05, 2014 11:04 AM
To: Ona Tolliver
Subject: RE: UT Tyler student complaints

Dear Dean Tolliver,

I was so sorry to receive your message.

I am disappointed that you could not supply the questions you had about the false Title IX complaint so that I could answer them in writing before my leave began. Requesting those questions less than two days after the hearings you called were cancelled hardly seems unreasonable. I would think after 33 weeks of investigating and after calling for 16 hours of hearings this week you would have had many questions prepared for me. Perhaps the testimony and evidence I provided in June told you all needed to know about the bogus nature of these claims? As you may know, I teach gender and civil rights history so Title IX has been my life's work. I am more than eager to see this case wrapped up so the truth of the students' plot may be exposed.

As you do know, at 231 days, this investigation has already far exceeded the 60 days the OCR recommends for a "prompt and equitable" resolution to a Title IX case. My FMLA leave ends on March 31st, 2015. May we PLEASE schedule hearings now for April?

Thank you very much. I hope you have a wonderful Christmas and a very Blessed new year.
Mary Linehan

PS. While I have been on administrative leave, I have not contacted any students. I am assuming, however, that you did question the students I identified to you in June as witnesses who had told Dr. Stadelmann of the plot against me before the complaint was even filed with your office. I'm concerned, however, because one of these witnesses has apparently quit school and moved to Houston. It will be more difficult and expensive for the university, but if you have not interviewed her yet, I'm sure you could get an affidavit.

From: Ona Tolliver [OTolliver@uttyler.edu]
Sent: Friday, December 05, 2014 10:16 AM
To: Mary Linehan
Cc: Michael Donley
Subject: RE: UT Tyler student complaints

1

**EXHIBIT A-6**

UTT_003116

Dr. Linehan,

I am in receipt of your email. Your request to provide you with written questions on an extremely short time frame is not practical and unreasonable.

-----Original Message-----
From: Mary Linehan [mailto:MLinehan@uttyler.edu]
Sent: Thursday, December 04, 2014 2:26 PM
To: Ona Tolliver
Subject: RE: UT Tyler student complaints

Dear Dean Tolliver,

I know my doctor ordered me not to participate in a sixteen hour interrogation five days before surgery. But, as I think about it, I have been waiting 33 weeks to clear my name and conclude this investigation. That's why I asked to be questioned on October 11th and October 28th. I begin FMLA tomorrow at five pm and I leave for Cleveland Sunday morning at five am. There isn't much time, but you have gone to all the trouble, and months of work, of preparing questions for me and Mr. Donley says it's perfectly acceptable for me to answer in writing. So, why don't you just send over your questions and I will answer them tonight?? Like I said before, I don't know what I can add to the testimony and evidence I gave before, but if you have any new questions, I'd be happy to answer them now and would be grateful for the opportunity to clear my name before this catastrophic surgery. It may even take my mind off pre-surgery anxiety. Plus, after 33 weeks of waiting, I am eager to make any additional statements you need me to make.

I'm looking forward to hearing from you this afternoon, Thank you, Mary

From: Ona Tolliver [OTolliver@uttyler.edu]
Sent: Wednesday, December 03, 2014 5:12 PM
To: Mary Linehan
Cc: Michael Donley
Subject: RE: UT Tyler student complaints

Thank you for the notice.

-----Original Message-----
From: Mary Linehan [mailto:MLinehan@uttyler.edu]
Sent: Monday, December 01, 2014 1:14 PM
To: Ona Tolliver
Subject: RE: UT Tyler student complaints

Dean Tolliver,

As much as I am looking forward to clearing my name, my doctor has advised me that is dangerous for me to participate in a 16 hour hearing five days before major surgery. Dr. Powell was especially concerned that my attorney was not able to rearrange his schedule with such short notice and that I would be going to the hearings alone. She believes the stress of the hearing and the stress of the surgery will be bad for my heart, complicating both. She has ordered me not to take part in any hearings at this time.

I am looking forward to the opportunity to clear my name and to speaking with you after my FMLA leave.

I am sorry for any inconvenience this may have caused you.

2

UTT_003117

Sincerely,
Mary Linehan

---

From: Ona Tolliver [OTolliver@uttyler.edu]
Sent: Tuesday, November 25, 2014 1:03 PM
To: Mary Linehan; greg@gregporterlaw.com
Cc: Cameron Winters; Michael Donley
Subject: RE: UT Tyler student complaints

Dr. Linehan,

That is good to hear. We will proceed with the interview next Thursday, December 4th and Friday, December 5th beginning at 9:00 am. We will meet in the Human Resources conference room Administration building 108 on both dates.

Ona Tolliver, M. Ed.
Dean of Students
and Assistant Vice President for Student Affairs The University of Texas at Tyler
3900 University Blvd.
Tyler, Texas 75799
Phone: 903 565 5651
Fax: 903 565 5778

Responsibility, Relator, Consistency, Arranger, Connectedness

-----Original Message-----
From: Mary Linehan [mailto:MLinehan@uttyler.edu]
Sent: Monday, November 24, 2014 12:56 PM
To: Ona Tolliver; greg@gregporterlaw.com
Cc: Cameron Winters; Michael Donley; Pam Martin
Subject: RE: UT Tyler student complaints

Dear Dean Tolliver,

I am sorry if Amy's misunderstanding of FMLA policy has caused you any inconvenience, but I will be on FMLA leave from December 8th to March 31st. As my previous emails (below) attest, with the exception of one week in October when I was on FMLA leave, I have been available for questioning — as requested by the university — at all times during the past 31 weeks.

Sincerely,
Mary

---

From: Ona Tolliver [OTolliver@uttyler.edu]
Sent: Monday, November 24, 2014 9:29 AM
To: Mary Linehan; greg@gregporterlaw.com
Cc: Cameron Winters; Michael Donley; Pam Martin
Subject: RE: UT Tyler student complaints

3

UTT_003118

Dr. Linehan,

Amy Clem indicated that you are now available to meet regarding the student complaints. I have confirmed two dates with Dr. Pam Martin on December 9th and 10th. In order to allow adequate time to address the student complaints we have scheduled two days, please let me know what times on those dates you would like to begin. Once I receive your response I will confirm a location.

Thank you.


Ona Tolliver, M. Ed.
Dean of Students
and Assistant Vice President for Student Affairs The University of Texas at Tyler
3900 University Blvd.
Tyler, Texas 75799
Phone: 903 565 5651
Fax: 903 565 5778


Responsibility, Relator, Consistency, Arranger, Connectedness



——Original Message——
From: Mary Linehan [mailto:MLinehan@uttyler.edu]
Sent: Tuesday, October 28, 2014 3:36 PM
To: Ona Tolliver; greg@gregporterlaw.com
Subject: RE: UT Tyler student complaints

Dear Dean Tolliver,

I don't know what I can add to the 200+ pages of testimony and evidence I provided four months ago, but I could try to answer any additional questions you may have.

Thank you,
Mary

From: Ona Tolliver [OTolliver@uttyler.edu]
Sent: Tuesday, October 28, 2014 3:01 PM
To: Mary Linehan
Cc: Howard Patterson; Cameron Winters
Subject: RE: UT Tyler student complaints

Dr. Linehan,

I am following up with you regarding our previous email exchange. We would like to have you provide your testimony in person but if your health does not allow we can provide a written option. Please let us know how you would like to proceed as soon as possible.

Thank you.


Ona Tolliver, M. Ed.

4

UTT_003119

Dean of Students
and Assistant Vice President for Student Affairs The University of Texas at Tyler
3900 University Blvd.
Tyler, Texas 75799
Phone: 903 565 5651
Fax: 903 565 5778


Responsibility, Relator, Consistency, Arranger, Connectedness


-----Original Message-----
From: Ona Tolliver
Sent: Monday, October 13, 2014 9:29 AM
To: Mary Linehan
Cc: Howard Patterson; Cameron Winters
Subject: RE: UT Tyler student complaints


Dr. Linehan,

Thank you. Please contact me when you are available to schedule.


Ona Tolliver, M. Ed.
Dean of Students
and Assistant Vice President for Student Affairs The University of Texas at Tyler
3900 University Blvd.
Tyler, Texas 75799
Phone: 903 565 5651
Fax: 903 565 5778


Responsibility, Relator, Consistency, Arranger, Connectedness


-----Original Message-----
From: Mary Linehan [mailto:MLinehan@uttyler.edu]
Sent: Saturday, October 11, 2014 7:09 PM
To: Ona Tolliver
Subject: RE: UT Tyler student complaints

Dean Tolliver,

I am sorry if it seems I have been avoiding your message. It is now 7:03 pm on Saturday evening (October 11th). I have been in Cleveland all week having surgery and did not have email access. I am sorry you were not informed of this trip by HR and the university attorney. While I am now somewhat mobile, I still do not have much a of a voice and after 2 days in ICU not much energy. Amy Clem should be able to answer whatever questions you may have, but I hope we can reschedule this meeting. Thank you and I am sincerely sorry for the delay in a response.

Mary

From: Ona Tolliver [OTolliver@uttyler.edu]

5

UTT_003120

Sent: Monday, October 06, 2014 1:58 PM
To: Mary Linehan
Cc: Howard Patterson; Cameron Winters; Pam Martin
Subject: UT Tyler student complaints

Dr. Linehan,

I would like to schedule an interview with you to discuss the alleged violation of university policy. Dr. Pam Martin and I will conduct the interview; she will address the student complaints related to academics. I would like to schedule the interview next week.

Additionally, please provide me with a list of potential witnesses who may be able to speak to the issues related to student complaints regarding sexual harassment/sexual misconduct. You may also provide me with a list of questions for the witnesses which may help further my investigation.

You may submit your list of witnesses and questions now or at the time of our interview.

Please let me know your availability to meet during the next week so that I may coordinate with Dr. Martin.

Thank you.

Ona Tolliver, M. Ed.
Dean of Students
and Assistant Vice President for Student Affairs The University of Texas at Tyler
3900 University Blvd.
Tyler, Texas 75799
Phone: 903 565 5651
Fax: 903 565 5778

Responsibility, Relator, Consistency, Arranger, Connectedness

6

UTT_003121