IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARY LINEHAN, | § § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 6:16-CV-00066-RWS |
| v. | § § | |
| UNIVERSITY OF TEXAS AT TYLER, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Order Adopting Report and Recommendation of United States Magistrate Judge entered on this same date, it is hereby **ORDERED** that the above-entitled action be **DISMISSED WITH PREJUDICE**, and final judgment be entered in this case.

Any motions by either party not previously granted are hereby **DENIED.**

The Clerk of the Court is directed to close this case.

**SIGNED this 5th day of February, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE